# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Steven E. Greer

Plaintiff - Appellant

(List the full name(s) of the plaintiff(s)/petitioner(s).)

15 cv 6119 AJN(JLC)

-against-

Dennis Mehiel, et al

Defendant

(List the full name(s) of the defendant(s)/respondent(s).)

**NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED **MAR 2 1 2016**

Notice is hereby given that the following parties: Steven Greer

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 3-21-2016 DKT 143 and

that: and 2-24-2016 DKT 138 (date that judgment or order was entered on docket)

My Urgent Motion to Stay Eviction was denied

(If the appeal is from an order, provide a brief description above of the decision in the order.)

3/21/2016
Dated

Signature

Greer, Steven, E
Name (Last, First, MI)

200 Rector Place, New York, NY 10280
Address / City / State / Zip Code

212 945 7252
Telephone Number

stevee@BatteryPark.TV
E-mail Address (if available)

BatteryPark.TV

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13