# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN E. GREER**, MD | )<br>)<br>) CIVIL ACTION NO.<br>)<br>Plaintiff; ) **15-CV-6119 (AJN)(JLC)**<br>)<br>v. )<br>)<br>) **NOTICE OF DEPOSITION OF**<br>**ROBERT SERPICO and** ) **KIRK SWANSON**<br>**THE BATTERY PARK CITY** )<br>**AUTHORITY** )<br>)<br>Defendants. )<br>)<br>) |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Steven Greer will take the deposition of Kirk Swanson on **January 20, 2017**, commencing at 10:00 AM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 6A**.  The deposition might be videotaped and taken before a notary public and certified shorthand reporter who might record the deposition stenographically.


Dated: December 14th, 2016
        New York, NY

Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN E. GREER**, MD)))Plaintiff;))v.))**ROBERT SERPICO and**)**THE BATTERY PARK CITY**)**AUTHORITY**))Defendants.))) | CIVIL ACTION NO.**15-CV-6119 (AJN)(JLC)****NOTICE OF DEPOSITION OF****ROBERT SERPICO** |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Steven Greer will take the deposition of defendant Robert Serpico on **January 20, 2017**, commencing at 12:00 PM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 6A**.  The deposition might be videotaped and taken before a notary public and certified shorthand reporter who might record the deposition stenographically.

Dated: December 14th, 2016
New York, NY

Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN E. GREER**, MD | CIVIL ACTION NO. |
| Plaintiff; | **15-CV-6119 (AJN)(JLC)** |
| v. | |
| **ROBERT SERPICO and THE BATTERY PARK CITY AUTHORITY** | **NOTICE OF DEPOSITION OF DENNIS MEHIEL** |
| Defendants. | |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Steven Greer will take the deposition of defendant Dennis Mehiel on **January 20, 2017**, commencing at 12:00 PM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 6A**.  The deposition might be videotaped and taken before a notary public and certified shorthand reporter who might record the deposition stenographically.

Dated: December 14th, 2016
　　　　New York, NY

*[signature: Steven Greer]*

Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN E. GREER**, MD Plaintiff; v. **ROBERT SERPICO and** **THE BATTERY PARK CITY** **AUTHORITY** Defendants. | CIVIL ACTION NO. **15-CV-6119 (AJN)(JLC)** **NOTICE OF DEPOSITION OF** **KEVIN MCCABE** |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Steven Greer will take the deposition of defendant Kevin McCabe on **January 20, 2017**, commencing at 2:00 PM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 6A**.  The deposition might be videotaped and taken before a notary public and certified shorthand reporter who might record the deposition stenographically.

Dated: December 14th, 2016
New York, NY

*[signature: Steven Greer]*
Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252