# RENEWAL LEASE FORM

DATE **JANUARY 13, 2011**

Tenant's Name and Address:
**STEVEN GREER MD**
**200 RECTOR PLACE**
**NEW YORK NY 10280**

Owner's/Agent Name & Address:
**MILFORD MANAGEMENT CORP, AS AGENT**
**MARINER'S COVE "B" ASSOC, LANDLORD**
**99 BATTERY PLACE**
**NEW YORK NY 10280**
**(212) 860-4710**

1. The Owner hereby notifies you that your lease will expire on: **APRIL 30, 2011**   UNIT **35F**
   MONTH  DAY  YEAR

## PART A–OFFER TO TENANT TO RENEW

2. You may renew this lease, for one or two years, at your option, as follows:

| Col. a Renewal Form | Col. b Current Rent | Col. c Increase | | Col. f Separate Charge, if any (See item 4 below) | Col. g New Rent (if lower rent is to be charged "x" box ( ) and see 5 below) |
|---|---|---|---|---|---|
| ( ) 1 Year | $2,850.00 | ( %) | $145.00 | | * $2,995.00 |
| ( ) 2 Year | $2,850.00 | ( %) | $155.00 | | ** $3,150.00 |

*–Monthly rent in the first year of the lease.
**–Monthly rent in the second year of the lease, if applicable.

3. Security Deposit: NOTE–TO INCLUDE ADD'L AMOUNTS AS REQUIRED UNDER THE TERMS OF YOUR LEASE.
Current Deposit: $2,850.00; Additional Deposit Required – 1 year lease: $0.00; – 2 year lease: $50.00

4. Specify separate charges if applicable:
Air Conditioner-Electricity Charge: $_____/mo.-Unit Charge: $_____/mo.
421 a (2.2%): $_____/mo. Other (Describe):_____ $_____/mo.

5. Not applicable

6. This renewal lease shall commence on 05/01/11, which shall not be less than 120 days nor more than 150 days from the date of mailing or personal delivery of this Renewal Lease Form. This renewal lease shall terminate on 04/30/12 for a ( ) one year lease and 04/30/13 for a ( ) two year lease.

7. This renewal lease is based on the same terms and conditions as your expiring lease, except that lawful provisions attached and written agreement(s) between owner and tenant attached have been added.
(Indicate in the blank spaces as applicable, the number of additional provisions or written agreements attached).

THIS FORM BECOMES A BINDING LEASE RENEWAL WHEN SIGNED BY THE OWNER BELOW AND RETURNED TO THE TENANT.

## PART B–TENANT'S RESPONSE TO OWNER

( ) I (we) the undersigned tenant(s), agree to enter into a __2__ year lease at the monthly rent of $ 2995.00 12 menth
This renewal lease is based on the same terms and conditions as my (our) expiring lease, and further attached lawful provisions and attached written agreements, if any (see item 7 under PART A above).   Then 3150.00

( ) I (we) will not renew my (our) lease and I (we) intend to vacate the apartment on the expiration date of the present lease   12 Mo
set forth above.

Dated: __4/25__, 20 __11__   Tenant's Signature(s) X _[signature]_

Dated: _____, 20 _____   Owner's Signature X _____

# RENEWAL LEASE FORM

DATE **JANUARY 13, 2011**

Tenant's Name and Address:
**STEVEN GREER MD**
**200 RECTOR PLACE**
**NEW YORK NY 10280**

Owner's/Agent Name & Address:
**MILFORD MANAGEMENT CORP, AS AGENT**
**MARINER'S COVE "B" ASSOC, LANDLORD**
**99 BATTERY PLACE**
**NEW YORK NY 10280**
**(212) 860-4710**

1. The Owner hereby notifies you that your lease will expire on: **APRIL 30, 2011**    UNIT **35F**
   MONTH   DAY   YEAR

## PART A–OFFER TO TENANT TO RENEW

2. You may renew this lease, for one or two years, at your option, as follows:

| Col. a Renewal Form | Col. b Current Rent | Col. c Increase | | Col. f Separate Charge, if any (See item 4 below) | Col. g New Rent (if lower rent is to be charged "x" box ( ) and see 5 below) |
|---|---|---|---|---|---|
| ( ) 1 Year | $2,850.00 | ( %) | $145.00 | | * $2,995.00 |
| ( ) 2 Year | $2,850.00 | ( %) | $155.00 | | ** $3,150.00 |

\*–Monthly rent in the first year of the lease.
\*\*–Monthly rent in the second year of the lease, if applicable.

3. Security Deposit: NOTE–TO INCLUDE ADD'L AMOUNTS AS REQUIRED UNDER THE TERMS OF YOUR LEASE.
Current Deposit: $2,850.00; Additional Deposit Required – 1 year lease: $0.00; – 2 year lease: $50.00

4. Specify separate charges if applicable:
Air Conditioner–Electricity Charge: $_____/mo.–Unit Charge: $_____/mo.
421 a (2.2%): $_____/mo. Other (Describe):_____ $_____/mo.

5. Not applicable

6. This renewal lease shall commence on 05/01/11, which shall not be less than 120 days nor more than 150 days from the date of mailing or personal delivery of this Renewal Lease Form. This renewal lease shall terminate on 04/30/12 for a ( ) one year lease and 04/30/13 for a ( ) two year lease.

7. This renewal lease is based on the same terms and conditions as your expiring lease, except that lawful provisions attached and written agreement(s) between owner and tenant attached have been added.
(Indicate in the blank spaces as applicable, the number of additional provisions or written agreements attached).

THIS FORM BECOMES A BINDING LEASE RENEWAL WHEN SIGNED BY THE OWNER BELOW AND RETURNED TO THE TENANT.

## PART B–TENANT'S RESPONSE TO OWNER

( ) I (we) the undersigned tenant(s), agree to enter into a **2** year lease at the monthly rent of $ **2,995.00 for 12 month**
This renewal lease is based on the same terms and conditions as my (our) expiring lease, and further attached lawful **then 3,150.00**
provisions and attached written agreements, if any (see item 7 under PART A above). **for 12 month**

( ) I (we) will not renew my (our) lease and I (we) intend to vacate the apartment on the expiration date of the present lease set forth above.

Dated: **4/25**, 20 **11**    Tenant's Signature(s) X _Steve Greer_

Dated: _____, 20 ____    Owner's Signature X _____

Rider attached to and forming part of the lease dated January 13, 2011 between Steven Greer, tenant and Milford Management, as Agent for Mariner's Cove Site B Associates, Landlord, owner for Apartment 35F in the building known as the Liberty Court, 200 Rector Place.

At the tenant's request, the landlord consents to the tenant's request to, UPON THIRTY (30) DAYS WRITTEN NOTICE TO THE LANDLORD, terminate the lease. <u>This request must be made by certified mail or e-mail to cspagnoli@milfordmgmt.com</u>. The earliest date you may give notice is May 1, 2011.

The tenant agrees that this rider and the tenant's right to terminate the lease as aforementioned is subject to the tenant being in full compliance with all the terms and conditions of the lease including but not limited to all rent and other charges having been paid in full prior to any written notification to the owner and up until the date of vacatur. Compliance also includes any additional security deposit owed.

Notice may be given on or before the first of the month - not after. The tenant agrees to vacate the apartment on or before the last day of the month notice is given. The cancellation will be effective on the last day of the month notice is given. The tenant will be responsible for full rent payments through the termination date.

If there is no written notification to the landlord, the provisions of the lease and its conditions continue in full effect and in full force until <u>April 30, 2012</u>.

MILFORD MANAGEMENT CORP.,
As Agent for Mariner's Cove Site B Associates, Landlord

_____ Owner

*[signed]* Steven Greer 4/25/2011
_____ Tenant

_____ Tenant

**MILFORD MANAGEMENT CORP.**
30 WEST 63RD STREET
NEW YORK, N.Y. 10023
TEL: (212) 860-4710
FAX: (212) 860-4191

January 15, 2011

Dear Resident(s):

We want to express our appreciation for your residency and would welcome the opportunity of extending your stay with us. Below you will find instructions for renewing or not renewing your lease.

**TO RENEW YOUR LEASE,** sign and/or complete all of the enclosed. **PLEASE BE SURE TO SIGN BOTH COPIES OF THE LEASE.** Make a check, payable to Milford Management Corporation for the amount of additional security, which corresponds to the term of the renewal you have selected. Return all of the documents and the check to my attention at 30 W. 63rd Street, Suite 3N, NYC, NY 10023) or your concierge desk. You will receive a set of documents countersigned shortly thereafter.

*As part of your lease renewal, we will be offering all residents who renew for at least one year a one-month complimentary membership at the Liberty Club, corresponding to the first month of the renewal lease. PLEASE NOTE THAT YOUR COMPLIMENTARY CLUB MEMBERSHIP BEGINS ON THE SAME DATE THAT YOUR LEASE RENEWAL BEGINS so get the required paperwork and additional security deposit back to us as soon as possible so not to lose any valuable membership time. When you receive your countersigned copy of the renewal lease, please bring it to the Liberty Club.*

If you elect **not** to renew your lease, complete Part B (Tenant's Response to Owner) and return the document packet, to my attention, to one of the three places listed above.

In either case, **PART B OF THE "LEASE RENEWAL FORM"** (Tenant's Response to Owner), **MUST BE COMPLETED AND RETURNED TO MY OFFICE BY FEBRUARY 28, 2011.** Should you have any questions please contact me at the above number. I'm available Monday through Friday, 9:30 AM to 5:30 PM.

Sincerely,

Clive Spagnoli
Director of Lease Services
cspagnoli@milfordmgmt.com

Encls.