**New York County Civil Court**
**Landlord and Tenant Judgment**

Petitioner(s):  
MARINERS COVE SITE B ASSOCIATES

**Index Number: LT-063974-14/NY**

vs.

Respondent(s):  
GREER, DR. STEVEN

A Petition and Holdover Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Maria Milin Housing Court Judge on August 10, 2015, a final order is made, after hearing in favor of Petitioner: MARINERS COVE SITE B ASSOCIATES.

On Motion of:   ABRAMSON LAW GROUP, PLLC
570 LEXINGTON AVENUE 23 FL, NEW YORK, NY 10022

**IT IS ADJUDGED:**
That possession of the premises, described in the petition located at 200 RECTOR PLACE 35F, NEW YORK, NY 10280, said property is further described as: APARTMENT 35F, be awarded to the petitioner(s), along with a monetary judgment in the amount of $44,135.00 for a total judgment of $44,135.00, without costs.

Petitioner creditor(s) and address(es):
(1) MARINERS COVE SITE B ASSOCIATES

Respondent debtor(s) and address(es):
(1) GREER, DR. STEVEN, at 200 RECTOR PLACE 35F, NEW YORK, NY 10280

**IT IS FURTHER ORDERED:**
That a warrant of eviction shall issue removing all named respondents from the described premises. The Execution of the Warrant is Stayed per Stipulation/Order.

Date of Decision: 08/10/2015

Honorable Maria Milin
Housing Court Judge

Judgment entered at New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW YORK in the total amount of **$44,135.00 on 01/29/2016 at 09:57 AM.**

Judgment sequence 1

Carol Alt, Chief Clerk

Warrant issued to Marshal _____ on _____

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.