# Exhibit C

Confidential document submitted to Chambers pursuant to

Individual Practices Rule 1.A.