# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GREER,<br><br>       *Plaintiff*,<br><br>- against -<br><br>DENNIS MEHIEL, ROBERT SERPICO, THE BATTERY PARK CITY AUTHORITY, HOWARD MILSTEIN, STEVEN ROSSI, JANET MARTIN, MILFORD MANAGEMENT, and MARINERS COVE SITE B ASSOCIATES,<br><br>       *Defendants*. | Case No. 1:15-cv-06119<br><br>Judge Alison J. Nathan (AJN)<br>Mag. Judge James L. Cott (JLC)<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF STEVEN GREER** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure the Hugh L. Carey Battery Park City Authority and Robert Serpico (together the "BPCA Defendants"), by their attorneys, Sive, Paget & Riesel P.C., will take the deposition of Steven Greer, of 4674 Tatersall Court, Columbus, Ohio 43230, on January 25, 2017, commencing at 10:00am at 560 Lexington Avenue, 15th Floor, New York, NY 10022. The deposition will continue from day to day until complete. The deposition or depositions will be videotaped and taken before a notary public and certified shorthand reporter who will record the deposition stenographically.

Dated: November 14, 2016
       New York, NY

                                                                                                                   _____
                                                                                                                 Dan Chorost
                                                                                                                 Sive, Paget & Riesel P.C.
                                                                                                                 460 Park Avenue
                                                                                                                 New York, NY 10022
                                                                                                *Attorneys for the BPCA Defendants*

To: Mr. Steven Greer
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv
 (via email and regular mail)

Deborah Riegel, Esq.