# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN E. GREER**, MD | )<br>)<br>) CIVIL ACTION NO.<br>)<br>Plaintiff; ) **15-CV-6119 (AJN)(JLC)**<br>)<br>v. )<br>)<br>) **NOTICE OF DEPOSITION OF**<br>) **DENNIS MEHIEL**<br>**Dennis Mehiel**, **Robert Serpico**, **The Battery** )<br>**Park City Authority**, **Howard Milstein**, )<br>**Steven Rossi**, **Janet Martin**, **Milford** )<br>**Management**, **Mariners Cove Site B** )<br>**Associates** )<br>)<br>Defendants. )<br>)<br>) |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the order by Judge Cott (Dkt. No. 299) Steven Greer will take the deposition of defendant Dennis Mehiel on **April 3rd, 2017**, commencing at 10:00 AM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 14A**. The deposition will be videotaped and taken before a court reporter to be supplied by the defendants.

Dated: March 29, 2017
New York, NY

/s/ Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN E. GREER**, MDPlaintiff;v.**Dennis Mehiel**, **Robert Serpico**, **The Battery Park City Authority**, **Howard Milstein**, **Steven Rossi**, **Janet Martin**, **Milford Management**, **Mariners Cove Site B Associates**Defendants. | CIVIL ACTION NO.**15-CV-6119 (AJN)(JLC)****NOTICE OF DEPOSITION OF HOWARD MILSTEIN** |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the order by Judge Cott (Dkt. No. 299) Steven Greer will take the deposition of defendant Howard Milstein on **April 7th, 2017**, commencing at 10:00 AM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 14A**.  The deposition will be videotaped and taken before a court reporter to be supplied by the defendants.

Dated: March 29, 2017
         New York, NY


/s/ Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN E. GREER**, MD | ) |
| | ) |
| Plaintiff; | ) CIVIL ACTION NO. |
| | ) **15-CV-6119 (AJN)(JLC)** |
| v. | ) |
| | ) |
| **Dennis Mehiel**, **Robert Serpico**, **The Battery Park City Authority**, **Howard Milstein**, **Steven Rossi**, **Janet Martin**, **Milford Management**, **Mariners Cove Site B Associates** | ) **NOTICE OF DEPOSITION OF KARL KOENIG** |
| Defendants. | ) |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the order by Judge Cott (Dkt. No. 299) Steven Greer will take the deposition of defendant Karl Koenig on **April 6th, 2017**, commencing at 1:00 PM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 14A**.  The deposition will be videotaped and taken before a court reporter to be supplied by the defendants.

Dated: March 29, 2017
          New York, NY

/s/ Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN E. GREER**, MD             )<br>                                                             )<br>                                                             )<br>            Plaintiff;                             )<br>                                                             )<br>    v.                                                   )<br>                                                             )<br>**Dennis Mehiel**, **Robert Serpico**, **The Battery** )<br>**Park City Authority**, **Howard Milstein**, )<br>**Steven Rossi**, **Janet Martin**, **Milford** )<br>**Management**, **Mariners Cove Site B** )<br>**Associates**                                  )<br>                                                             )<br>            Defendants.                       )<br>                                                             )<br>_____ ) | CIVIL ACTION NO.<br><br>**15-CV-6119 (AJN)(JLC)**<br><br><br>**<u>NOTICE OF DEPOSITION OF<br>KEVIN MCCABE</u>** |

Steven Greer, pro se
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

1

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the order by Judge Cott (Dkt. No. 299) Steven Greer will take the deposition of defendant Kevin McCabe on **April 6th, 2017**, commencing at 10:00 AM at the federal courthouse located at **500 Pearl Street, New York, New York, courtroom 14A**.  The deposition will be videotaped and taken before a court reporter to be supplied by the defendants.

Dated: March 29, 2017
      New York, NY

/s/ Steven Greer, *pro se*
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252