# Exhibit A

Confidential document submitted to Chambers pursuant to Individual Practices Rule 1.A