**Your money: BPCA spends $600,000 on geothermal well experiment, elevators, but still fails to fund traffic lights**

**Martha Gallo, person who oversaw JPMorgan problems, still on BPCA board**

**Exclusive: BPCA's Anne Fenton and Matt Monahan gone**

**Chairman/CEO of BPCA might be next to leave**

**Exclusive: BPCA's Phyllis Taylor leaving next month**

**Chaos at the BPCA**

**What we the people demand from the BPCA**

**Plan to form "committee" deciding fate of Stuyvesant community center is likely illegal**

**Exclusive: BPCA pays for park staff reassigned to non-BPC parks**

**CB1 has been given the green light to call for the end of the BPCA**

**Apartment values would skyrocket if city took over BPCA**

**Sheldon Silver's synagogue sued**

**Exclusive: Is the BPCA paying the city for no-show PEP officers?**

**Exclusive: BPCA pays for park staff reassigned to non-BPC parks**

**Is Sheldon Silver really fighting for more schools?**

**Winners and losers if the BPCA were to be dissolved**

**Apartment values would skyrocket if city took over BPCA**

**Will Asphalt Green survive in Sheldon Silver's district?**

**Important BPCA meeting tomorrow now cancelled**

**Exclusive: Who is behind CB1′s move to dissolve the BPCA?**

**Should I run against Sheldon Silver in 2014?**

**BPCA's Fernando Mateo in the news again for another scandal**

**Sheldon Silver staffer snaps. Posts bogus comment.**

**Questions you should ask of the appointed BPCA**

**Huge conflict of interest created by the BPCA hiring new President Shari Hyman**

**Is the BPCA trying to kill the Irish Memorial?**

**PEP Captain Falcon denies reassigning his PEP to other parks**

**Sheldon Silver unable to get a traffic light for PS 276**

GREER001160