Mariners Cove B v. Greer 5 1 14 Petition HO

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X

MARINERS COVE SITE B ASSOCIATES,　　　　　Index No. L&T 14N063974

　　　　　　Petitioner,

　　- against -　　　　　　　　　　　　　　　　　　　NOTICE OF PETITION
　　　　　　　　　　　　　　　　　　　　　　　　　　　HOLDOVER DWELLING
DR. STEVEN GREER
200 RECTOR PLACE　　　　　　　　　　　　　　　　Condominium Apartment
APARTMENT 35F
NEW YORK, NEW YORK 10280,

　　　　　　Respondent.
-----------------------------------------------------------X

　　　　　To the respondent above named and described, in possession of the premises hereinafter described or claiming possession thereof:

　　　　　**PLEASE TAKE NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of New York, City and State of New York, in Part G, Room 84 at 111 Centre Street, New York, New York on May 14, 2014 at 2:00 p.m. in the afternoon of that day, on the annexed petition of Mariners Cove Site B Associates, verified on May 2, 2014, which prays for a final judgment of possession, awarding to petitioner possession of the premises described as follows: apartment 35F in the building known as and located at 200 Rector Place, New York, New York 10280 as demanded in the petition, which you must answer. Your answer may set forth any defense or counterclaim against petitioner unless precluded by law or prior agreement of the parties.

　　　　　**PLEASE TAKE FURTHER NOTICE** that demand is made in the petition herein for judgment against you for all outstanding use and occupancy for the subject premises together with any outstanding rent prior to the expiration of the parties' lease agreement.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or a payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 30 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that, in the event of your failure to answer and appear, final judgment by default may be entered against you for the relief demands in the petition.

Dated: New York, New York
       May 2, 2014

                                                                                  Carol Alt
                                      Clerk of the Civil Court
                                      of the City of New York

By: _____
The Abramson Law Group, PLLC
Attorneys for Petitioner
570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 686-4401

                                                              *Carol Alt*
                                                            CHIEF CLERK

                                                              MAY -6 2014

                                                              CIVIL COURT

The undersigned affirms under penalty of perjury that he is the attorney for the Petitioner; that he has read the foregoing petition and knows the contents thereof; that the same are true based upon information and belief. The grounds of his belief are statements and/or records provided by the Petitioner, its agents and/or employees and contained in the attorney's office.

This verification is made pursuant to the provisions of RPAPL 741.

Affirmed:   New York, New York
            May 2, 2014

_____
Jeffrey Bodoff

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
MARINERS COVE SITE B ASSOCIATES,   Index No. L&T

        Petitioner,

    - against -   **VERIFIED HOLDOVER**
        **PETITION DWELLING**
DR. STEVEN GREER
200 RECTOR PLACE   **Condominium Apartment**
APARTMENT 35F
NEW YORK, NEW YORK 10280,

        Respondent.
-------------------------------------------------------------X

    Petitioner Mariners Cove Site B Associates ("Petitioner"), as and for its petition, respectfully alleges:

    1.    Petitioner is the landlord of the subject premises hereinafter described and is authorized to institute and maintain this proceeding.

    2.    The Premises from which removal is sought are occupied for dwelling purposes and are described as apartment 35F in the building known as and located at 200 Rector Place, New York, New York 10280 ("Premises") situated within the territorial jurisdiction of the Civil Court of the City of New York, New York County.

    3.    Respondent Dr. Steven Greer ("Respondent") entered into possession of the Premises under a written agreement dated February 21, 2002 between himself, as tenant and Petitioner, as landlord ("Lease").  The Lease subsequently was renewed through April 30, 2014 and expired on April 30, 2014.  The Lease has not been renewed and no rent for a period subsequent to April 30, 2014 has been accepted from Respondent.

    4.    This proceeding is without prejudice to Petitioner's rights in the nonpayment proceeding between the parties under index no. L&T 61405/2014.

    5.    Respondent is holding over and remains in possession of the Premises without the permission of Petitioner after the expiration of said term.

6. The Premises is not subject to the Rent Control Law, the Rent Stabilization Law of 1969, as amended by Chapter 576 of the Laws of 1974 or the Emergency Tenant Protection Act of 1974 because the Premises is a condominium apartment.

7. The Premises is located in a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a current effective registration statement on file with the Office of Code Enforcement in which the Petitioner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the Premises..

| Multiple Dwelling Registration No. | Managing Agent | Registered Business Address |
|---|---|---|
| 140521 | Lorraine Doyle | 99 Battery Place New York, N.Y. 10280 |

8. The property herein sought to be recovered is the residence of Respondent.

**WHEREFORE**, Petitioner requests final judgment as follows:

1. Against Respondent, awarding to Petitioner possession of the Premises;

2. Directing a Warrant of Eviction to be issued to remove Respondent from possession of the Premises;

3. Awarding to Petitioner value of use and occupation of the Premises to the date of judgment and the value of the rent outstanding prior to the expiration of the Lease;

4. Provided a written agreement authorizing such an award exists between the parties pursuant to applicable law, awarding to Petitioner reasonable attorneys' fees, costs and disbursements of the instant proceeding in a sum not presently known but to be determined at trial; and

5. Granting Petitioner such further relief as to the Court may seem just and proper.

Dated: New York, New York
      May 2, 2014

                                                    MARINERS COVE SITE B ASSOCIATES
                                                    Landlord

_[signature]_
The Abramson Law Group, PLLC
Attorneys for Petitioner
570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 686-4401