

81 BROADWAY, SUITE 2100
NEW YORK, NEW YORK 10006
(212) 635-3150

STATE OF NEW YORK
**OFFICE OF THE INSPECTOR GENERAL**
EMPIRE STATE PLAZA
AGENCY BLDG. 2, 16TH FLOOR
ALBANY, NEW YORK 12223
(518) 474-1010

Catherine Leahy Scott
INSPECTOR GENERAL

65 COURT STREET, 8TH FLOOR
BUFFALO, NEW YORK 14202
(716) 847-7118

September 19, 2013

Robert M. Serpico
Acting President
Battery Park City Authority
200 Liberty Street
New York, NY 10281

Dear Acting President Serpico,

    This year, New York State Inspector General Catherine Leahy Scott provided mandatory training, entitled "Uniform Guidelines and Code of Conduct," to executive management, counsels, ethics officers, and internal control officers of all Executive branch agencies and authorities.

    You have not yet received the mandatory training, in spite of being required to do so. Additionally, you have not responded to the Inspector General's communication dated September 11th, 2013, which advised you of two additional dates for the training being provided by the Inspector General.

    **Please contact Inspector General Scott, immediately, at (518) 474-1010, to discuss this matter.**

Very truly yours,

*[signature]*

Michael C. Clarke
Chief of Staff and Counselor