```
 1
 2
 3
 4
 5
 6
 7        3-14-2017 Voicemail (ends abruptly)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Dana Anderson-Linnell
```

```
 1            MS. SORIERO:  Hey, Steve, give me a
 2   call.  I spoke to a lawyer.  A few things, but
 3   however.  Also what I wanted to point out is
 4   that Kirk's job is broken into Robert
 5   [unintelligible] and Anthony Peterson, who
 6   Anthony Peterson all of a sudden from -- from
 7   nothing became an EEO, a person, point person,
 8   meanwhile he does football pools and fantasy
 9   football pools with all the guys.  And he's not
10   a person to go EEO because --
11            (Audio ends abruptly.)
12            * * * * * * * * * * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE
 2
      STATE OF MINNESOTA    )
 3                          ) ss.
      COUNTY OF HENNEPIN    )
 4
              I hereby certify that I transcribed the
 5    foregoing audio recording on June 1, 2017, in Maple
      Grove, Minnesota;
 6
 7            That the audio recording was transcribed by
      me and is a true record of the proceedings;
 8
 9            That the cost of the original has been
      charged to the party who ordered the transcription,
10    and that all parties who ordered copies have been
      charged at the same rate for such copies;
11
12            That I am not a relative or employee or
      attorney or counsel of any of the participants, or a
13    relative or employee of such attorney or counsel;
14
              That I am not financially interested in the
15    action and have no contract with the parties,
      attorneys, or persons with an interest in the action
16    that affects or has a substantial tendency to affect
      my impartiality;
17
18
19            WITNESS MY HAND AND SEAL THIS 1st day of
      June, 2017.
20
21
            [signature: Dana Anderson]
22
23
24    Dana S. Anderson-Linnell
      Notary Public, Hennepin County, MN
25    My commission expires 1/31/2020
```