-----Original Message-----
From: Linda Soriero [mailto:linda.soriero@icloud.com]
Sent: Tuesday, March 14, 2017 10:50 PM
To: Steven Greer, Dr.
Subject: Anthony Peterson

I think you may want to depose Anthony Peterson, EEO supposed person! That would a trip! He's the booky!

He reports to Benjamin Jones of Operation & Administration!

Not the Legal Dept, where that position belongs!

Sent from my iPhone