| NAME | WINS | LOSES | GAMES BACK | # OF TIMES WINNER | PREVIOUS WEEK |
|---|---|---|---|---|---|
| Eddie | 105 | 87 | - | | 5-11 |
| Carrion | 105 | 87 | - | | 6-10 |
| Sellazzo | 104 | 88 | 1 | 1 | 7-9 |
| Kel | 103 | 89 | 2 | | 4-12 |
| Antoinette | 103 | 89 | 2 | Split | 5-11 |
| Jacklyn | 103 | 89 | 2 | | 6-10 |
| Jason | 102 | 90 | 3 | 1 | 8-8 |
| Lethal | 102 | 90 | 3 | 1 | 9-7 |
| Tim | 100 | 92 | 5 | | 5-11 |
| Castro | 99 | 93 | 6 | | 6-10 |
| Geri | 98 | 94 | 7 | | 9-7 |
| Therese | 97 | 95 | 8 | | 2- |
| Serpico | 97 | 95 | 8 | 1 | 4-12 |
| Derosa | 97 | 95 | 8 | 1 | 4-12 |
| Windman | 96 | 96 | 9 | | 5-11 |
| Steve H | 96 | 96 | 9 | | 7-9 |
| R Serp | 95 | 97 | 10 | 2 | 2-14 |
| Steve A | 94 | 98 | 11 | | 6-10 |
| Lynch | 94 | 98 | 11 | 1 | 7-9 |
| Karen | 94 | 98 | 11 | 1 | 7-9 |
| Erik | 93 | 99 | 12 | 1 | 3-13 |
| Eliot | 93 | 99 | 12 | | 4-12 |
| Tyler | 93 | 99 | 12 | 1 | 9-7 |
| Davis | 92 | 100 | 13 | | 4-12 |
| Joe C | 92 | 100 | 13 | | 7-9 |
| Della | 91 | 101 | 14 | Split | 5-11 |
| Anthony | 91 | 101 | 14 | | 5-11 |
| George | 90 | 102 | 15 | | 5-11 |
| Sotz | 90 | 102 | 15 | | 6-10 |
| Bertha | 90 | 102 | 16 | | 6-10 |
| Mike | 89 | 103 | 16 | | 6-10 |
| Amy | 89 | 103 | 16 | 1 | *10-6 |

GREER001166