# Exhibit 2

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]