# Exhibit 8

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - -x
     STEVEN E. GREER, MD
 4   an individual,
 5                            Plaintiff,
 6           -against-
 7   Dennis Mehiel, an individual, Robert
     Serpico, an individual, The Battery Park
 8   City Authority, a New York State authority,
     Howard Milstein, an individual, Steven
 9   Rossi, an individual, Janet Martin, an
     individual, Milford Management, a New York
10   Corporation, and Mariners Cove Site B
     Associates, a New York corporation.
11
                              Defendants.
12
      - - - - - - - - - - - - - - - -x
13
14
                  CONFIDENTIAL
15
16
17   DEPOSITION OF KIRK SWANSON
     New York, New York
18   March 21, 2017
19
20
21
22
23
     Reported by:
24   Pessi Goldstein
     JOB NO. 121382
25
```

Page 2

1

2                             March 21, 2017

                              2:07 P.m.

3

4

5        DEPOSITION of KIRK SWANSON, a

6   Non-Party Witness herein, held at the United

7   States District Court, Southern District of

8   New York, 500 Pearl Street, New York, NY

9   10007, taken before Pessi Goldstein, a

10  shorthand reporter and Notary Public within

11  and for the State of New York.

12

13                  *       *       *

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2    A P P E A R A N C E S:
 3
 4         STEVEN E. GREER, MD
                Plaintiff Pro Se
 5
 6
 7         SHER TREMONTE
                Attorneys for Defendants
 8              Robert Michael Serpico
                Battery Park City Authority
 9              80 Broad Street
                New York, NY  10004
10         BY:  MICHAEL TREMONTE, ESQ.
                MICHAEL GIBALDI, ESQ.
11              JUSTIN GUNNELL, ESQ.
12
           ROSENBERG & ESTIS
13              Attorneys for
                Remaining Defendants
14              733 Third Avenue
                New York, NY  10017
15         BY:  DEBORAH RIEGEL, ESQ.
16
17
           GISKAN SOLOTAROFF & ANDERSON
18              Attorneys for the Witness
                11 Broadway
19              New York, NY 10004
           BY:  JASON SOLOTAROFF, ESQ.
20
21
      ALSO PRESENT:
22              ALIX S. PUSTILNIK
                General Counsel for BPCA
23
24                  *    *    *
25
```

Page 4

1

2      S T I P U L A T I O N S

3

4           IT IS HEREBY STIPULATED AND
5  AGREED by and between the attorneys for the
6  respective parties herein, that filing,
7  sealing and certification be and the same
8  are hereby waived.
9           IT IS FURTHER STIPULATED AND
10 AGREED that all objections, except as to the
11 form of the question shall be reserved to
12 the time of the trial.
13          IT IS FURTHER STIPULATED AND
14 AGREED that the within deposition may be
15 signed before any Notary Public with the
16 same force and effect as if signed and sworn
17 to before the Court.
18
19
20
21
22
23
24
25

1            KIRK SWANSON - CONFIDENTIAL
2              MR. SOLOTAROFF:  Sure.
3                        ***
4            (Whereupon, a recess was taken
5        at this time.)
6                        ***
7        Q.   Mr. Swanson, I didn't quite ask
8    this right.  Do you believe, is it your
9    opinion that Robert Serpico was involved in
10   my eviction or non-renewal of my lease, and
11   if so, why?
12              MR. TREMONTE:  Objection to form.
13       A.   Yes, almost immediately
14   afterwards Kevin and I were down at the far
15   end of that hall closer to Bob's office and
16   Bob crossed our path.  And I asked Bob if he
17   had anything to do with Greer not getting
18   his lease renewed, to which Bob visibly
19   smirked, shrugged and didn't answer my
20   question and walked away.
21       Q.   Was that January 21st?
22       A.   That was that same day.
23       Q.   Thank you.
24       A.   Shortly after Kevin approached
25   me.