# Exhibit 9

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]