# Exhibit 10

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]