# Exhibit 17

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]