# Exhibit 18

[Multimedia File Submitted to Chambers]