# Exhibit 19

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]