# Exhibit 20

[Submitted to Chambers Under Seal Pursuant to Individual Rule 4.A]