# Exhibit 25

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Opening Balance** | | **0.00** | | |
| 03/14/2002 | **Payments** | 0 | PVO | Cash | | 2,265.00 | (2,265.00) | | |
| 04/01/2002 | 47 - RENT ADJUSTMENT | 677377 | 1G8 | Credit | (1,057.00) | | (3,322.00) | 38 | |
| 04/01/2002 | RT - APT RENT | 684315 | 1G8 | Invoice | 2,265.00 | | (1,057.00) | 38 | |
| 05/01/2002 | RT - APT RENT | 695273 | 1G8 | Invoice | 2,265.00 | | 1,208.00 | 8 | |
| 05/09/2002 | **Payments** | 0 | 1G8 | Cash | | 1,208.00 | 0.00 | | |
| 06/01/2002 | RT - APT RENT | 706869 | 84Z | Invoice | 2,265.00 | | 2,265.00 | 6 | |
| 06/07/2002 | **Payments** | 0 | 84Z | Cash | | 2,265.00 | 0.00 | | |
| 07/01/2002 | RT - APT RENT | 717745 | GZW | Invoice | 2,265.00 | | 2,265.00 | 9 | |
| 07/10/2002 | **Payments** | 0 | GZW | Cash | | 2,265.00 | 0.00 | | |
| 08/01/2002 | RT - APT RENT | 729290 | N47 | Invoice | 2,265.00 | | 2,265.00 | 5 | |
| 08/06/2002 | **Payments** | 0 | N47 | Cash | | 2,265.00 | 0.00 | | |
| 09/01/2002 | RT - APT RENT | 741964 | X9I | Invoice | 2,265.00 | | 2,265.00 | 19 | |
| 09/20/2002 | **Payments** | 0 | X9I | Cash | | 2,265.00 | 0.00 | | |
| 10/01/2002 | RT - APT RENT | 754449 | 19T | Invoice | 2,265.00 | | 2,265.00 | 3 | |
| 10/04/2002 | **Payments** | 0 | 19T | Cash | | 2,265.00 | 0.00 | | |
| 10/29/2002 | **Payments** | 0 | 4UT | Cash | | 2,265.00 | (2,265.00) | | |
| 11/01/2002 | L9 - LEGAL_09/10 | 758852 | DYY | Debit | 50.00 | | (2,215.00) | 33 | |
| 11/01/2002 | RT - APT RENT | 766584 | DYY | Invoice | 2,265.00 | | 50.00 | 33 | |
| 12/01/2002 | L9 - LEGAL_09/10 | 769929 | DYY | Credit | (50.00) | | 0.00 | 3 | |
| 12/01/2002 | RT - APT RENT | 777903 | DYY | Invoice | 2,265.00 | | 2,265.00 | 3 | |
| 12/04/2002 | **Payments** | 0 | DYY | Cash | | 2,265.00 | 0.00 | | |
| 01/01/2003 | LY - LATE-NOVEMBER | 781575 | LG4 | Debit | 100.00 | | 100.00 | 1 | |
| 01/01/2003 | RT - APT RENT | 789245 | VLZ | Invoice | 2,265.00 | | 2,365.00 | 37 | |
| 01/02/2003 | **Payments** | 0 | LG4 | Cash | | 2,265.00 | 100.00 | | |
| 02/01/2003 | RT - APT RENT | 1165 | YYC | Invoice | 2,265.00 | | 2,365.00 | 23 | |
| 02/07/2003 | **Payments** | 0 | VLZ | Cash | | 2,265.00 | 100.00 | | |
| 02/24/2003 | **Payments** | 0 | YYC | Cash | | 2,265.00 | (2,165.00) | | |
| 03/01/2003 | RT - APT RENT | 12725 | 603 | Invoice | 2,265.00 | | 100.00 | 18 | |
| 03/20/2003 | **Payments** | 0 | 603 | Cash | | 2,265.00 | (2,165.00) | | |
| 04/01/2003 | 78 - LATE CHARGE | 16789 | F42 | Credit | (100.00) | | (2,265.00) | 34 | |
| 04/01/2003 | LY - LATE-NOVEMBER | 16794 | F42 | Credit | (100.00) | | (2,365.00) | 34 | |
| 04/01/2003 | RT - APT RENT | 24543 | F42 | Invoice | 2,265.00 | | (100.00) | 34 | |
| 05/01/2003 | 78 - LATE CHARGE | 28081 | F42 | Debit | 100.00 | | 0.00 | 4 | |
| 05/01/2003 | CB - CABLE | 35785 | F42 | Invoice | 24.95 | | 24.95 | 4 | |
| 05/01/2003 | RT - APT RENT | 35785 | MIO | Invoice | 2,265.00 | | 2,289.95 | 34 | |
| 05/05/2003 | **Payments** | 0 | F42 | Cash | | 2,265.00 | 24.95 | | |
| 06/01/2003 | TV - CABLE TV | 39342 | MIO | Credit | (24.95) | | (0.00) | 3 | |
| 06/01/2003 | RT - APT RENT | 46896 | MIO | Invoice | 2,265.00 | | 2,265.00 | 3 | |
| 06/04/2003 | **Payments** | 0 | MIO | Cash | | 2,265.00 | 0.00 | | |

Page 1 of 10

LD002640

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  **MARINER'S COVE SITE B ASSOC.**
**200 RECTOR PLACE   #35F**  **200 RECTOR PLACE**
**NEW YORK, NY 10280**  **NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/2003 | **Payments** | 0 | S3V | Cash | | 2,378.25 | (2,378.25) | | |
| 07/01/2003 | RT - APT RENT | 58379 | S3V | Invoice | 2,378.25 | | 0.00 | 0 | |
| 07/11/2003 | 28 - RETURNED CHECK | 61924 | WFC | Debit | 2,378.25 | | 2,378.25 | 10 | |
| 07/21/2003 | **Payments** | 0 | WFC | Cash | | 2,378.25 | 0.00 | | |
| 08/01/2003 | RT - APT RENT | 69428 | XJL | Invoice | 2,378.25 | | 2,378.25 | 4 | |
| 08/05/2003 | **Payments** | 0 | XJL | Cash | | 2,378.25 | 0.00 | | |
| 09/01/2003 | RT - APT RENT | 76037 | 1XV | Invoice | 2,378.25 | | 2,378.25 | 9 | |
| 09/10/2003 | **Payments** | 0 | 1XV | Cash | | 2,378.25 | 0.00 | | |
| 10/01/2003 | RT - APT RENT | 81540 | 3QT | Invoice | 2,378.25 | | 2,378.25 | 5 | |
| 10/06/2003 | **Payments** | 0 | 3QT | Cash | | 2,378.25 | 0.00 | | |
| 11/01/2003 | RT - APT RENT | 86962 | 6D0 | Invoice | 2,378.25 | | 2,378.25 | 2 | |
| 11/03/2003 | **Payments** | 0 | 6D0 | Cash | | 2,378.25 | 0.00 | | |
| 12/01/2003 | RT - APT RENT | 92660 | A6K | Invoice | 2,378.25 | | 2,378.25 | 2 | |
| 12/03/2003 | **Payments** | 0 | A6K | Cash | | 2,378.25 | 0.00 | | |
| 01/01/2004 | RT - APT RENT | 98223 | E9A | Invoice | 2,378.25 | | 2,378.25 | 6 | |
| 01/07/2004 | **Payments** | 0 | E9A | Cash | | 2,378.25 | 0.00 | | |
| 02/01/2004 | RT - APT RENT | 103676 | HBS | Invoice | 2,378.25 | | 2,378.25 | 3 | |
| 02/04/2004 | **Payments** | 0 | HBS | Cash | | 2,378.25 | 0.00 | | |
| 03/01/2004 | RT - APT RENT | 109216 | KPE | Invoice | 2,378.25 | | 2,378.25 | 2 | |
| 03/03/2004 | **Payments** | 0 | KPE | Cash | | 2,379.00 | (0.75) | | |
| 04/01/2004 | RT - APT RENT | 114987 | OLF | Invoice | 2,378.25 | | 2,377.50 | 5 | |
| 04/06/2004 | **Payments** | 0 | OLF | Cash | | 2,378.50 | (1.00) | | |
| 05/01/2004 | RT - APT RENT | 120445 | RM3 | Invoice | 2,378.25 | | 2,377.25 | 5 | |
| 05/06/2004 | **Payments** | 0 | RM3 | Cash | | 2,377.25 | 0.00 | | |
| 06/01/2004 | RT - APT RENT | 126325 | UI9 | Invoice | 2,378.25 | | 2,378.25 | 2 | |
| 06/03/2004 | **Payments** | 0 | UI9 | Cash | | 2,378.25 | 0.00 | | |
| 07/01/2004 | RT - APT RENT | 131993 | YQY | Invoice | 2,378.25 | | 2,378.25 | 6 | |
| 07/07/2004 | **Payments** | 0 | YQY | Cash | | 2,400.00 | (21.75) | | |
| 08/01/2004 | RT - APT RENT | 137923 | 2S6 | Invoice | 2,450.00 | | 2,428.25 | 8 | |
| 08/09/2004 | **Payments** | 0 | 2S6 | Cash | | 2,428.25 | 0.00 | | |
| 09/01/2004 | RT - APT RENT | 144263 | 6H4 | Invoice | 2,450.00 | | 2,450.00 | 8 | |
| 09/09/2004 | **Payments** | 0 | 6H4 | Cash | | 2,450.00 | 0.00 | | |
| 10/01/2004 | RT - APT RENT | 150471 | 9HF | Invoice | 2,450.00 | | 2,450.00 | 4 | |
| 10/05/2004 | **Payments** | 0 | 9HF | Cash | | 2,450.00 | 0.00 | | |
| 11/01/2004 | RT - APT RENT | 156648 | D2G | Invoice | 2,450.00 | | 2,450.00 | 2 | |
| 11/03/2004 | **Payments** | 0 | D2G | Cash | | 2,450.00 | 0.00 | | |
| 12/01/2004 | RT - APT RENT | 163076 | HF4 | Invoice | 2,450.00 | | 2,450.00 | 6 | |
| 12/07/2004 | **Payments** | 0 | HF4 | Cash | | 2,450.00 | 0.00 | | |
| 01/01/2005 | RT - APT RENT | 169979 | KYX | Invoice | 2,450.00 | | 2,450.00 | 5 | |
| 01/06/2005 | **Payments** | 0 | KYX | Cash | | 2,450.00 | 0.00 | | |

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2005 | RT - APT RENT | 177135 | Q4E | Invoice | 2,450.00 | | 2,450.00 | 9 | |
| 02/10/2005 | **Payments** | 0 | Q4E | Cash | | 2,450.00 | 0.00 | | |
| 03/01/2005 | RT - APT RENT | 184071 | TKC | Invoice | 2,450.00 | | 2,450.00 | 7 | |
| 03/08/2005 | **Payments** | 0 | TKC | Cash | | 2,483.75 | (33.75) | | |
| 03/08/2005 | 42 - CHECK RECEIVED | 192066 | WAQ | Debit | 33.75 | | 0.00 | 26 | |
| 04/01/2005 | RT - APT RENT | 190184 | WAQ | Invoice | 2,450.00 | | 2,450.00 | 3 | |
| 04/04/2005 | **Payments** | 0 | WAQ | Cash | | 2,500.00 | (50.00) | | |
| 04/05/2005 | **Payments** | 0 | WP0 | Cash | | 2,490.00 | (2,540.00) | | |
| 05/01/2005 | RT - APT RENT | 200614 | 5IG | Invoice | 2,450.00 | | (90.00) | 40 | |
| 06/01/2005 | RT - APT RENT | 208318 | 5IG | Invoice | 2,450.00 | | 2,360.00 | 9 | |
| 06/09/2005 | 42 - CHECK RECEIVED | 210765 | 5IG | Credit | (2,398.75) | | (38.75) | 1 | |
| 06/10/2005 | **Payments** | 0 | 5IG | Cash | | 1,000.00 | (1,038.75) | | |
| 06/20/2005 | **Payments** | 0 | 60M | Cash | | 1,490.00 | (2,528.75) | | |
| 07/01/2005 | RT - APT RENT | 216084 | 8UF | Invoice | 2,450.00 | | (78.75) | 10 | |
| 07/11/2005 | **Payments** | 0 | 8UF | Cash | | 1,480.00 | (1,558.75) | | |
| 07/18/2005 | **Payments** | 0 | 9GF | Cash | | 1,000.00 | (2,558.75) | | |
| 08/01/2005 | RT - APT RENT | 222720 | D05 | Invoice | 2,495.00 | | (63.75) | 11 | |
| 08/12/2005 | **Payments** | 0 | D05 | Cash | | 2,386.25 | (2,450.00) | | |
| 09/01/2005 | RT - APT RENT | 230225 | G3B | Invoice | 2,495.00 | | 45.00 | 7 | |
| 09/08/2005 | **Payments** | 0 | G3B | Cash | | 2,495.00 | (2,450.00) | | |
| 10/01/2005 | RT - APT RENT | 236933 | KSY | Invoice | 2,495.00 | | 45.00 | 12 | |
| 10/13/2005 | **Payments** | 0 | KSY | Cash | | 2,500.00 | (2,455.00) | | |
| 11/01/2005 | RT - APT RENT | 245764 | N7L | Invoice | 2,495.00 | | 40.00 | 3 | |
| 11/04/2005 | **Payments** | 0 | N7L | Cash | | 2,461.25 | (2,421.25) | | |
| 12/01/2005 | RT - APT RENT | 252342 | R75 | Invoice | 2,495.00 | | 73.75 | 6 | |
| 12/07/2005 | **Payments** | 0 | R75 | Cash | | 2,500.00 | (2,426.25) | | |
| 01/01/2006 | RT - APT RENT | 258529 | UIU | Invoice | 2,495.00 | | 68.75 | 4 | |
| 01/05/2006 | **Payments** | 0 | UIU | Cash | | 2,528.75 | (2,460.00) | | |
| 02/01/2006 | RT - APT RENT | 265381 | YNO | Invoice | 2,495.00 | | 35.00 | 5 | |
| 02/06/2006 | **Payments** | 0 | YNO | Cash | | 2,428.75 | (2,393.75) | | |
| 03/01/2006 | RT - APT RENT | 272256 | 334 | Invoice | 2,495.00 | | 101.25 | 7 | |
| 03/08/2006 | **Payments** | 0 | 334 | Cash | | 2,496.25 | (2,395.00) | | |
| 04/01/2006 | RT - APT RENT | 278645 | 6OR | Invoice | 2,495.00 | | 100.00 | 5 | |
| 04/06/2006 | **Payments** | 0 | 6OR | Cash | | 2,496.25 | (2,396.25) | | |
| 05/01/2006 | RT - APT RENT | 286548 | A2C | Invoice | 2,495.00 | | 98.75 | 3 | |
| 05/04/2006 | **Payments** | 0 | A2C | Cash | | 2,530.00 | (2,431.25) | | |
| 06/01/2006 | RT - APT RENT | 292709 | EKA | Invoice | 2,495.00 | | 63.75 | 6 | |
| 06/07/2006 | **Payments** | 0 | EKA | Cash | | 2,462.50 | (2,398.75) | | |
| 07/01/2006 | RT - APT RENT | 299335 | I39 | Invoice | 2,495.00 | | 96.25 | 6 | |
| 07/07/2006 | **Payments** | 0 | I39 | Cash | | 2,495.00 | (2,398.75) | | |

*Page 3 of 10*

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  **MARINER'S COVE SITE B ASSOC.**
**200 RECTOR PLACE   #35F**  **200 RECTOR PLACE**
**NEW YORK, NY 10280**  **NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/2006 | RT - APT RENT | 305731 | L2P | Invoice | 2,575.00 | | 176.25 | 1 | |
| 08/02/2006 | **Payments** | 0 | L2P | Cash | | 2,495.00 | (2,318.75) | | |
| 09/01/2006 | RT - APT RENT | 312088 | PZA | Invoice | 2,575.00 | | 256.25 | 6 | |
| 09/07/2006 | **Payments** | 0 | PZA | Cash | | 256.25 | 0.00 | | |
| 10/01/2006 | RT - APT RENT | 318288 | TRU | Invoice | 2,575.00 | | 2,575.00 | 4 | |
| 10/05/2006 | **Payments** | 0 | TRU | Cash | | 2,608.75 | (33.75) | | |
| 10/31/2006 | 42 - CHECK RECEIVED | 328613 | XTU | Debit | 33.75 | | 0.00 | 8 | |
| 11/01/2006 | RT - APT RENT | 326057 | XTU | Invoice | 2,575.00 | | 2,575.00 | 7 | |
| 11/08/2006 | **Payments** | 0 | XTU | Cash | | 2,608.75 | (33.75) | | |
| 11/17/2006 | 42 - CHECK RECEIVED | 330971 | 1AQ | Debit | 33.75 | | 0.00 | 21 | |
| 12/01/2006 | RT - APT RENT | 334535 | 1AQ | Invoice | 2,575.00 | | 2,575.00 | 7 | |
| 12/08/2006 | **Payments** | 0 | 1AQ | Cash | | 2,575.00 | 0.00 | | |
| 01/01/2007 | RT - APT RENT | 340628 | 5UX | Invoice | 2,575.00 | | 2,575.00 | 10 | |
| 01/11/2007 | **Payments** | 0 | 5UX | Cash | | 2,575.00 | 0.00 | | |
| 02/01/2007 | RT - APT RENT | 347170 | 94V | Invoice | 2,575.00 | | 2,575.00 | 6 | |
| 02/07/2007 | **Payments** | 0 | 94V | Cash | | 2,575.00 | 0.00 | | |
| 03/01/2007 | RT - APT RENT | 353813 | DD5 | Invoice | 2,575.00 | | 2,575.00 | 7 | |
| 03/08/2007 | **Payments** | 0 | DD5 | Cash | | 2,575.00 | 0.00 | | |
| 04/01/2007 | RT - APT RENT | 360020 | GRN | Invoice | 2,575.00 | | 2,575.00 | 4 | |
| 04/05/2007 | **Payments** | 0 | GRN | Cash | | 2,575.00 | 0.00 | | |
| 05/01/2007 | RT - APT RENT | 366389 | LHD | Invoice | 2,575.00 | | 2,575.00 | 8 | |
| 05/09/2007 | **Payments** | 0 | LHD | Cash | | 2,575.00 | 0.00 | | |
| 06/01/2007 | RT - APT RENT | 373386 | P3F | Invoice | 2,575.00 | | 2,575.00 | 5 | |
| 06/06/2007 | **Payments** | 0 | P3F | Cash | | 2,575.00 | 0.00 | | |
| 07/01/2007 | RT - APT RENT | 381452 | UYO | Invoice | 2,575.00 | | 2,575.00 | 17 | |
| 07/18/2007 | **Payments** | 0 | UYO | Cash | | 2,611.00 | (36.00) | | |
| 07/18/2007 | 42 - CHECK RECEIVED | 389868 | ZSX | Debit | 36.00 | | 0.00 | 42 | |
| 08/01/2007 | RT - APT RENT | 387877 | ZSX | Invoice | 2,675.00 | | 2,675.00 | 28 | |
| 08/29/2007 | **Payments** | 0 | ZSX | Cash | | 2,675.00 | 0.00 | | |
| 09/01/2007 | L7 - LEGAL_07/08 | 390249 | 1XU | Debit | 50.00 | | 50.00 | 9 | |
| 09/01/2007 | RT - APT RENT | 394941 | 6I3 | Invoice | 2,675.00 | | 2,725.00 | 39 | |
| 09/10/2007 | **Payments** | 0 | 1XU | Cash | | 2,700.00 | 25.00 | | |
| 10/01/2007 | L7 - LEGAL_07/08 | 397155 | 6I3 | Credit | (50.00) | | (25.00) | 9 | |
| 10/01/2007 | RT - APT RENT | 401979 | 6I3 | Invoice | 2,675.00 | | 2,650.00 | 9 | |
| 10/10/2007 | **Payments** | 0 | 6I3 | Cash | | 2,675.00 | (25.00) | | |
| 11/01/2007 | RT - APT RENT | 411772 | 9HM | Invoice | 2,675.00 | | 2,650.00 | 5 | |
| 11/06/2007 | **Payments** | 0 | 9HM | Cash | | 2,650.00 | 0.00 | | |
| 12/01/2007 | RT - APT RENT | 418764 | DN5 | Invoice | 2,675.00 | | 2,675.00 | 5 | |
| 12/06/2007 | **Payments** | 0 | DN5 | Cash | | 2,675.00 | 0.00 | | |
| 01/01/2008 | RT - APT RENT | 425663 | ILT | Invoice | 2,675.00 | | 2,675.00 | 8 | |

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/2008 | **Payments** | 0 | ILT | Cash | | 2,675.00 | 0.00 | | |
| 02/01/2008 | RT - APT RENT | 432596 | NJ8 | Invoice | 2,675.00 | | 2,675.00 | 11 | |
| 02/12/2008 | **Payments** | 0 | NJ8 | Cash | | 2,675.00 | 0.00 | | |
| 03/01/2008 | RT - APT RENT | 440069 | QTM | Invoice | 2,675.00 | | 2,675.00 | 5 | |
| 03/06/2008 | **Payments** | 0 | QTM | Cash | | 2,713.25 | (38.25) | | |
| 04/01/2008 | RT - APT RENT | 448147 | UZA | Invoice | 2,675.00 | | 2,636.75 | 6 | |
| 04/02/2008 | 42 - CHECK RECEIVED | 449944 | UZA | Debit | 38.25 | | 2,675.00 | 5 | |
| 04/07/2008 | **Payments** | 0 | UZA | Cash | | 2,675.00 | 0.00 | | |
| 05/01/2008 | RT - APT RENT | 455369 | 0XO | Invoice | 2,675.00 | | 2,675.00 | 19 | |
| 05/20/2008 | **Payments** | 0 | 0XO | Cash | | 2,675.00 | 0.00 | | |
| 06/01/2008 | RT - APT RENT | 462027 | 2HQ | Invoice | 2,675.00 | | 2,675.00 | 3 | |
| 06/04/2008 | **Payments** | 0 | 2HQ | Cash | | 2,675.00 | 0.00 | | |
| 07/01/2008 | **Payments** | 0 | 6C7 | Cash | | 2,675.00 | (2,675.00) | | |
| 07/01/2008 | L5 - LATE-MAY | 464205 | 6C7 | Debit | 50.00 | | (2,625.00) | 0 | |
| 07/01/2008 | RT - APT RENT | 468677 | EWW | Invoice | 2,675.00 | | 50.00 | 66 | |
| 08/01/2008 | RT - APT RENT | 475820 | EWW | Invoice | 2,675.00 | | 2,725.00 | 35 | |
| 09/01/2008 | 47 - RENT ADJUSTMENT | 477838 | EWW | Debit | 175.00 | | 2,900.00 | 4 | |
| 09/01/2008 | RT - APT RENT | 482972 | EWW | Invoice | 2,850.00 | | 5,750.00 | 4 | |
| 09/05/2008 | **Payments** | 0 | EWW | Cash | | 5,750.00 | 0.00 | | |
| 10/01/2008 | L8 - LATE-AUGUST | 485100 | KF7 | Debit | 100.00 | | 100.00 | 13 | |
| 10/01/2008 | RT - APT RENT | 490124 | NHG | Invoice | 2,850.00 | | 2,950.00 | 37 | |
| 10/14/2008 | **Payments** | 0 | KF7 | Cash | | 2,888.25 | 61.75 | | |
| 10/14/2008 | 42 - CHECK RECEIVED | 502147 | REV | Debit | 38.25 | | 100.00 | 57 | |
| 11/01/2008 | RT - APT RENT | 497226 | REV | Invoice | 2,850.00 | | 2,950.00 | 39 | |
| 11/07/2008 | **Payments** | 0 | NHG | Cash | | 2,888.25 | 61.75 | | |
| 11/07/2008 | 42 - CHECK RECEIVED | 502148 | REV | Debit | 38.25 | | 100.00 | 33 | |
| 12/01/2008 | L8 - LATE-AUGUST | 500416 | REV | Credit | (100.00) | | 0.00 | 9 | |
| 12/01/2008 | RT - APT RENT | 506030 | REV | Invoice | 2,850.00 | | 2,850.00 | 9 | |
| 12/10/2008 | **Payments** | 0 | REV | Cash | | 2,850.00 | 0.00 | | |
| 01/01/2009 | RT - APT RENT | 512784 | WN7 | Invoice | 2,850.00 | | 2,850.00 | 25 | |
| 01/26/2009 | **Payments** | 0 | WN7 | Cash | | 2,850.00 | 0.00 | | |
| 02/01/2009 | RT - APT RENT | 519406 | ZEQ | Invoice | 2,850.00 | | 2,850.00 | 16 | |
| 02/17/2009 | **Payments** | 0 | ZEQ | Cash | | 2,850.00 | 0.00 | | |
| 03/01/2009 | RT - APT RENT | 526284 | 2WK | Invoice | 2,850.00 | | 2,850.00 | 10 | |
| 03/12/2009 | **Payments** | 0 | 2WK | Cash | | 2,850.00 | 0.00 | | |
| 04/01/2009 | RT - APT RENT | 533079 | 74L | Invoice | 2,850.00 | | 2,850.00 | 15 | |
| 04/16/2009 | **Payments** | 0 | 74L | Cash | | 2,850.00 | 0.00 | | |
| 05/01/2009 | RT - APT RENT | 539601 | ASH | Invoice | 2,850.00 | | 2,850.00 | 13 | |
| 05/14/2009 | **Payments** | 0 | ASH | Cash | | 2,850.00 | 0.00 | | |
| 06/01/2009 | L4 - LATE-APRIL | 542052 | D7Z | Debit | 50.00 | | 50.00 | 4 | |

LD002644

#### **** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/2009 | RT - APT RENT | 546211 | HU0 | Invoice | 2,850.00 | | 2,900.00 | 39 | |
| 06/05/2009 | **Payments** | 0 | D7Z | Cash | | 2,850.00 | 50.00 | | |
| 07/01/2009 | RT - APT RENT | 552912 | LHV | Invoice | 2,850.00 | | 2,900.00 | 40 | |
| 07/10/2009 | **Payments** | 0 | HU0 | Cash | | 2,850.00 | 50.00 | | |
| 08/01/2009 | RT - APT RENT | 560034 | POY | Invoice | 2,850.00 | | 2,900.00 | 44 | |
| 08/10/2009 | **Payments** | 0 | LHV | Cash | | 2,850.00 | 50.00 | | |
| 09/01/2009 | L4 - LATE-APRIL | 562786 | POY | Credit | (50.00) | | 0.00 | 13 | |
| 09/01/2009 | RT - APT RENT | 566787 | POY | Invoice | 2,850.00 | | 2,850.00 | 13 | |
| 09/14/2009 | **Payments** | 0 | POY | Cash | | 2,850.00 | 0.00 | | |
| 10/01/2009 | RT - APT RENT | 573414 | RFX | Invoice | 2,850.00 | | 2,850.00 | 1 | |
| 10/02/2009 | **Payments** | 0 | RFX | Cash | | 2,850.00 | 0.00 | | |
| 11/01/2009 | RT - APT RENT | 579982 | WVM | Invoice | 2,850.00 | | 2,850.00 | 9 | |
| 11/10/2009 | **Payments** | 0 | WVM | Cash | | 2,850.00 | 0.00 | | |
| 12/01/2009 | RT - APT RENT | 589747 | 4CV | Invoice | 2,850.00 | | 2,850.00 | 38 | |
| 01/01/2010 | 14 - BULBS | 591994 | 4CV | Debit | 20.00 | | 2,870.00 | 7 | |
| 01/01/2010 | RT - APT RENT | 596938 | 4CV | Invoice | 2,850.00 | | 5,720.00 | 7 | |
| 01/08/2010 | **Payments** | 0 | 4CV | Cash | | 5,720.00 | 0.00 | | |
| 02/01/2010 | LZ - LATE-DECEMBER | 599456 | FE7 | Debit | 100.00 | | 100.00 | 51 | |
| 02/01/2010 | RT - APT RENT | 603939 | FE7 | Invoice | 2,850.00 | | 2,950.00 | 51 | |
| 03/01/2010 | RT - APT RENT | 611132 | LC6 | Invoice | 2,850.00 | | 5,800.00 | 66 | |
| 03/25/2010 | **Payments** | 0 | FE7 | Cash | | 5,700.00 | 100.00 | | |
| 04/01/2010 | L2 - LATE-FEBRUARY | 613228 | LC6 | Debit | 100.00 | | 200.00 | 36 | |
| 04/01/2010 | RT - APT RENT | 618567 | LC6 | Invoice | 2,850.00 | | 3,050.00 | 36 | |
| 05/01/2010 | 06 - LEGAL FEES | 620489 | QM2 | Debit | 139.43 | | 3,189.43 | 44 | |
| 05/01/2010 | RT - APT RENT | 625829 | QM2 | Invoice | 2,850.00 | | 6,039.43 | 44 | |
| 05/07/2010 | **Payments** | 0 | LC6 | Cash | | 3,100.00 | 2,939.43 | | |
| 06/01/2010 | 06 - LEGAL FEES | 627761 | UNF | Debit | 139.43 | | 3,078.86 | 42 | |
| 06/01/2010 | L4 - LATE-APRIL | 628221 | UNF | Debit | 100.00 | | 3,178.86 | 42 | |
| 06/01/2010 | RT - APT RENT | 632920 | UNF | Invoice | 2,850.00 | | 6,028.86 | 42 | |
| 06/01/2010 | L5 - LATE-MAY | 636146 | UNF | Debit | 100.00 | | 6,128.86 | 42 | |
| 06/14/2010 | **Payments** | 0 | QM2 | Cash | | 2,950.00 | 3,178.86 | | |
| 07/01/2010 | RT - APT RENT | 641217 | VD8 | Invoice | 2,850.00 | | 6,028.86 | 20 | |
| 07/13/2010 | **Payments** | 0 | UNF | Cash | | 5,800.00 | 228.86 | | |
| 07/21/2010 | **Payments** | 0 | VD8 | Cash | | 2,850.00 | (2,621.14) | | |
| 08/01/2010 | 06 - LEGAL FEES | 643086 | 9BW | Credit | (139.43) | | (2,760.57) | 87 | |
| 08/01/2010 | L6 - LATE-JUNE | 643290 | 9BW | Debit | 100.00 | | (2,660.57) | 87 | |
| 08/01/2010 | RT - APT RENT | 647952 | 9BW | Invoice | 2,850.00 | | 189.43 | 87 | |
| 09/01/2010 | RT - APT RENT | 657789 | 9BW | Invoice | 2,850.00 | | 3,039.43 | 56 | |
| 10/01/2010 | RT - APT RENT | 663682 | 9BW | Invoice | 2,850.00 | | 5,889.43 | 26 | |
| 10/01/2010 | 42 - CHECK RECEIVED | 665191 | 9BW | Credit | (2,850.00) | | 3,039.43 | 26 | |

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/2010 | 42 - CHECK RECEIVED | 665434 | 9BW | Credit | (2,850.00) | | 189.43 | 23 | |
| 10/27/2010 | **Payments** | 0 | 9BW | Cash | | 2,850.00 | (2,660.57) | | |
| 11/01/2010 | RT - APT RENT | 671367 | BGD | Invoice | 2,850.00 | | 189.43 | 9 | |
| 11/10/2010 | **Payments** | 0 | BGD | Cash | | 2,850.00 | (2,660.57) | | |
| 12/01/2010 | RT - APT RENT | 679288 | G2I | Invoice | 2,850.00 | | 189.43 | 16 | |
| 12/17/2010 | **Payments** | 0 | G2I | Cash | | 2,850.00 | (2,660.57) | | |
| 01/01/2011 | RT - APT RENT | 687001 | LNL | Invoice | 2,850.00 | | 189.43 | 24 | |
| 01/25/2011 | **Payments** | 0 | LNL | Cash | | 2,850.00 | (2,660.57) | | |
| 02/01/2011 | RT - APT RENT | 694104 | Q4Q | Invoice | 2,850.00 | | 189.43 | 28 | |
| 03/01/2011 | **Payments** | 0 | Q4Q | Cash | | 2,850.00 | (2,660.57) | | |
| 03/01/2011 | RT - APT RENT | 701235 | UFM | Invoice | 2,850.00 | | 189.43 | 28 | |
| 03/30/2011 | **Payments** | 0 | UFM | Cash | | 2,850.00 | (2,660.57) | | |
| 04/01/2011 | RT - APT RENT | 708989 | 00O | Invoice | 2,850.00 | | 189.43 | 34 | |
| 05/01/2011 | RT - APT RENT | 718987 | 6AG | Invoice | 2,850.00 | | 3,039.43 | 47 | |
| 05/05/2011 | **Payments** | 0 | 00O | Cash | | 2,995.00 | 44.43 | | |
| 06/01/2011 | 47 - RENT ADJUSTMENT | 721540 | 6AG | Debit | 145.00 | | 189.43 | 16 | |
| 06/01/2011 | RT - APT RENT | 726776 | 6AG | Invoice | 2,995.00 | | 3,184.43 | 16 | |
| 06/17/2011 | **Payments** | 0 | 6AG | Cash | | 5,990.00 | (2,805.57) | | |
| 07/01/2011 | RT - APT RENT | 735004 | 8HD | Invoice | 2,995.00 | | 189.43 | 5 | |
| 07/06/2011 | **Payments** | 0 | 8HD | Cash | | 2,995.00 | (2,805.57) | | |
| 07/07/2011 | 42 - CHECK RECEIVED | 736653 | JJC | Credit | (145.00) | | (2,950.57) | 71 | |
| 08/01/2011 | RT - APT RENT | 743558 | JJC | Invoice | 2,995.00 | | 44.43 | 46 | |
| 09/01/2011 | RT - APT RENT | 752029 | L43 | Invoice | 2,995.00 | | 3,039.43 | 32 | |
| 09/16/2011 | **Payments** | 0 | JJC | Cash | | 2,995.00 | 44.43 | | |
| 10/01/2011 | RT - APT RENT | 760523 | TU8 | Invoice | 2,995.00 | | 3,039.43 | 53 | |
| 10/03/2011 | **Payments** | 0 | L43 | Cash | | 2,995.00 | 44.43 | | |
| 11/01/2011 | RT - APT RENT | 769263 | VV4 | Invoice | 2,995.00 | | 3,039.43 | 37 | |
| 11/23/2011 | **Payments** | 0 | TU8 | Cash | | 2,995.00 | 44.43 | | |
| 12/01/2011 | RT - APT RENT | 780691 | 16N | Invoice | 2,995.00 | | 3,039.43 | 42 | |
| 12/08/2011 | **Payments** | 0 | VV4 | Cash | | 2,995.00 | 44.43 | | |
| 01/01/2012 | RT - APT RENT | 790091 | 3PO | Invoice | 2,995.00 | | 3,039.43 | 37 | |
| 01/12/2012 | **Payments** | 0 | 16N | Cash | | 2,995.00 | 44.43 | | |
| 02/01/2012 | RT - APT RENT | 797653 | BXZ | Invoice | 2,995.00 | | 3,039.43 | 62 | |
| 02/07/2012 | **Payments** | 0 | 3PO | Cash | | 2,995.00 | 44.43 | | |
| 03/01/2012 | RT - APT RENT | 5968 | DZA | Invoice | 2,995.00 | | 3,039.43 | 42 | |
| 04/01/2012 | RT - APT RENT | 14242 | L3R | Invoice | 2,995.00 | | 6,034.43 | 65 | |
| 04/04/2012 | **Payments** | 0 | BXZ | Cash | | 2,995.00 | 3,039.43 | | |
| 04/13/2012 | **Payments** | 0 | DZA | Cash | | 2,995.00 | 44.43 | | |
| 05/01/2012 | RT - APT RENT | 22163 | SZB | Invoice | 3,150.00 | | 3,194.43 | 73 | |
| 06/01/2012 | RT - APT RENT | 31779 | WKE | Invoice | 3,150.00 | | 6,344.43 | 67 | |

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1    35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/05/2012 | **Payments** | 0 | L3R | Cash | | 2,995.00 | 3,349.43 | | |
| 07/01/2012 | RT - APT RENT | 40116 | Z6L | Invoice | 3,150.00 | | 6,499.43 | 66 | |
| 07/13/2012 | **Payments** | 0 | SZB | Cash | | 2,995.00 | 3,504.43 | | |
| 08/01/2012 | RT - APT RENT | 48826 | Z6L | Invoice | 3,150.00 | | 6,654.43 | 35 | |
| 08/07/2012 | **Payments** | 0 | WKE | Cash | | 2,950.00 | 3,704.43 | | |
| 09/01/2012 | L6 - LATE-JUNE | 51438 | Z6L | Debit | 100.00 | | 3,804.43 | 4 | |
| 09/01/2012 | L5 - LATE-MAY | 51442 | Z6L | Debit | 100.00 | | 3,904.43 | 4 | |
| 09/01/2012 | RT - APT RENT | 56594 | 4HB | Invoice | 3,150.00 | | 7,054.43 | 33 | |
| 09/05/2012 | **Payments** | 0 | Z6L | Cash | | 4,000.00 | 3,054.43 | | |
| 10/01/2012 | L8 - LATE-AUGUST | 59038 | BJI | Debit | 100.00 | | 3,154.43 | 49 | |
| 10/01/2012 | RT - APT RENT | 64293 | FRV | Invoice | 3,150.00 | | 6,304.43 | 71 | |
| 10/04/2012 | **Payments** | 0 | 4HB | Cash | | 3,054.43 | 3,250.00 | | |
| 11/01/2012 | RT - APT RENT | 72126 | KEQ | Invoice | 3,150.00 | | 6,400.00 | 70 | |
| 11/19/2012 | **Payments** | 0 | BJJ | Cash | | 450.00 | 5,950.00 | | |
| 11/19/2012 | **Payments** | 0 | BJI | Cash | | 2,700.00 | 3,250.00 | | |
| 12/01/2012 | RT - APT RENT | 79413 | PFT | Invoice | 3,150.00 | | 6,400.00 | 82 | |
| 12/11/2012 | **Payments** | 0 | FRV | Cash | | 2,000.00 | 4,400.00 | | |
| 01/01/2013 | 24 - REPAIRS KITCHEN | 82290 | PFT | Debit | 25.00 | | 4,425.00 | 51 | |
| 01/01/2013 | RT - APT RENT | 87705 | U43 | Invoice | 3,150.00 | | 7,575.00 | 82 | |
| 01/10/2013 | **Payments** | 0 | KEQ | Cash | | 3,400.00 | 4,175.00 | | |
| 02/01/2013 | RT - APT RENT | 98360 | U43 | Invoice | 3,150.00 | | 7,325.00 | 51 | |
| 02/21/2013 | **Payments** | 0 | PFT | Cash | | 3,150.00 | 4,175.00 | | |
| 03/01/2013 | L1 - LATE-JANUARY | 101818 | U43 | Debit | 100.00 | | 4,275.00 | 23 | |
| 03/01/2013 | RT - APT RENT | 106620 | 3JN | Invoice | 3,150.00 | | 7,425.00 | 809 | |
| 03/25/2013 | **Payments** | 0 | U43 | Cash | | 5,000.00 | 2,425.00 | | |
| 04/01/2013 | L2 - LATE-FEBRUARY | 109317 | 3JN | Debit | 50.00 | | 2,475.00 | 779 | |
| 04/01/2013 | RT - APT RENT | 114602 | 3JN | Invoice | 3,150.00 | | 5,625.00 | 779 | |
| 04/10/2013 | **Payments** | 0 | Y66 | Cash | | 2,300.00 | 3,325.00 | | |
| 05/01/2013 | RT - APT RENT | 122699 | 3JN | Invoice | 3,150.00 | | 6,475.00 | 749 | |
| 05/08/2013 | 42 - CHECK RECEIVED | 124479 | 3JN | Credit | (3,150.00) | | 3,325.00 | 742 | |
| 05/13/2013 | 42 - CHECK RECEIVED | 125373 | 3JN | Debit | 42.75 | | 3,367.75 | 737 | |
| 05/13/2013 | 42 - CHECK RECEIVED | 125373 | 3JN | Debit | 85.50 | | 3,453.25 | 737 | |
| 05/13/2013 | 42 - CHECK RECEIVED | 125373 | 3JN | Debit | 85.50 | | 3,538.75 | 737 | |
| 05/13/2013 | 42 - CHECK RECEIVED | 125373 | 3JN | Debit | 128.25 | | 3,667.00 | 737 | |
| 05/16/2013 | 42 - CHECK RECEIVED | 125700 | 3JN | Credit | (3,395.00) | | 272.00 | 734 | |
| 06/01/2013 | 47 - RENT ADJUSTMENT | 125686 | 3JN | Debit | 245.00 | | 517.00 | 718 | |
| 06/01/2013 | RT - APT RENT | 130410 | 3JN | Invoice | 3,395.00 | | 3,912.00 | 718 | |
| 06/20/2013 | 42 - CHECK RECEIVED | 133860 | 3JN | Credit | (3,395.00) | | 517.00 | 699 | |
| 07/01/2013 | RT - APT RENT | 138459 | 3JN | Invoice | 3,395.00 | | 3,912.00 | 688 | |
| 08/01/2013 | L6 - LATE-JUNE | 141024 | | Debit | 50.00 | | 3,962.00 | 1320* | |

**** AR - HISTORY - REPORT ON 03/13/2017****

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/2013 | RT - APT RENT | 146294 | 3JN | Invoice | 3,395.00 | | 7,357.00 | 657 | |
| 08/02/2013 | 42 - CHECK RECEIVED | 147996 | 3JN | Credit | (3,395.00) | | 3,962.00 | 656 | |
| 08/12/2013 | 42 - CHECK RECEIVED | 149177 | 3JN | Credit | (3,395.00) | | 567.00 | 646 | |
| 08/13/2013 | 28 - RETURNED CHECK | 149379 | 3JN | Debit | 3,395.00 | | 3,962.00 | 645 | |
| 08/29/2013 | 42 - CHECK RECEIVED | 158636 | 3JN | Credit | (2,500.00) | | 1,462.00 | 629 | |
| 09/01/2013 | 78 - LATE CHARGE | 149730 | | Debit | 100.00 | | 1,562.00 | 1289* | |
| 09/01/2013 | RT - APT RENT | 156934 | 3JN | Invoice | 3,395.00 | | 4,957.00 | 626 | |
| 09/10/2013 | 42 - CHECK RECEIVED | 158743 | 3JN | Credit | (900.00) | | 4,057.00 | 617 | |
| 10/01/2013 | L8 - LATE-AUGUST | 159546 | | Debit | 100.00 | | 4,157.00 | 1259* | |
| 10/01/2013 | 33 - TENANT CHARGE | 161175 | | Debit | 30.00 | | 4,187.00 | 1259* | |
| 10/01/2013 | RT - APT RENT | 165760 | 3JN | Invoice | 3,395.00 | | 7,582.00 | 596 | |
| 10/09/2013 | 42 - CHECK RECEIVED | 167576 | 3JN | Credit | (3,395.00) | | 4,187.00 | 588 | |
| 10/09/2013 | 42 - CHECK RECEIVED | 167576 | 3JN | Credit | (3,395.00) | | 792.00 | 588 | |
| 11/01/2013 | 78 - LATE CHARGE | 167939 | | Debit | 100.00 | | 892.00 | 1228* | |
| 11/01/2013 | RT - APT RENT | 174104 | 3JN | Invoice | 3,395.00 | | 4,287.00 | 565 | |
| 12/01/2013 | 09 - TELEPHONE | 175594 | | Debit | 35.00 | | 4,322.00 | 1198* | |
| 12/01/2013 | RT - APT RENT | 181794 | 3JN | Invoice | 3,395.00 | | 7,717.00 | 534 | |
| 12/04/2013 | 42 - CHECK RECEIVED | 182940 | 3JN | Credit | (3,000.00) | | 4,717.00 | 531 | |
| 01/01/2014 | LY - LATE-NOVEMBER | 184364 | | Debit | 100.00 | | 4,817.00 | 1167* | |
| 01/01/2014 | RT - APT RENT | 189540 | 3JN | Invoice | 3,395.00 | | 8,212.00 | 503 | |
| 01/09/2014 | 42 - CHECK RECEIVED | 190728 | 3JN | Credit | (3,600.00) | | 4,612.00 | 495 | |
| 02/01/2014 | LZ - LATE-DECEMBER | 191356 | | Debit | 100.00 | | 4,712.00 | 1136* | |
| 02/01/2014 | RT - APT RENT | 197323 | 3JN | Invoice | 3,395.00 | | 8,107.00 | 472 | |
| 03/01/2014 | L1 - LATE-JANUARY | 199063 | | Debit | 100.00 | | 8,207.00 | 1108* | |
| 03/01/2014 | RT - APT RENT | 204937 | | Invoice | 3,395.00 | | 11,602.00 | 1108* | |
| 04/01/2014 | L2 - LATE-FEBRUARY | 206887 | | Debit | 100.00 | | 11,702.00 | 1077* | |
| 04/01/2014 | RT - APT RENT | 213963 | | Invoice | 3,395.00 | | 15,097.00 | 1077* | |
| 05/01/2014 | 06 - LEGAL FEES | 215704 | | Debit | 98.23 | | 15,195.23 | 1047* | |
| 05/01/2014 | RT - APT RENT | 221707 | | Invoice | 3,395.00 | | 18,590.23 | 1047* | |
| 06/01/2014 | RT - APT RENT | 230908 | | Invoice | 3,395.00 | | 21,985.23 | 1016* | |
| 07/01/2014 | 06 - LEGAL FEES | 233493 | | Debit | 785.31 | | 22,770.54 | 986* | |
| 07/01/2014 | RT - APT RENT | 239569 | | Invoice | 3,395.00 | | 26,165.54 | 986* | |
| 08/01/2014 | RT - APT RENT | 248728 | | Invoice | 3,395.00 | | 29,560.54 | 955* | |
| 09/01/2014 | RT - APT RENT | 257777 | | Invoice | 3,395.00 | | 32,955.54 | 924* | |
| 10/01/2014 | 20 - USE & OCCUPANCY | 265971 | | Invoice | 3,395.00 | | 36,350.54 | 894* | |
| 11/01/2014 | 20 - USE & OCCUPANCY | 274319 | | Invoice | 3,395.00 | | 39,745.54 | 863* | |
| 12/01/2014 | 20 - USE & OCCUPANCY | 282190 | | Invoice | 3,395.00 | | 43,140.54 | 833* | |
| 01/01/2015 | 20 - USE & OCCUPANCY | 290065 | | Invoice | 3,395.00 | | 46,535.54 | 802* | |
| 02/01/2015 | 20 - USE & OCCUPANCY | 297379 | | Invoice | 3,395.00 | | 49,930.54 | 771* | |
| 03/01/2015 | 20 - USE & OCCUPANCY | 304836 | | Invoice | 3,395.00 | | 53,325.54 | 743* | |

LD002648

**\*\*\*\* AR - HISTORY - REPORT ON 03/13/2017\*\*\*\***

**GREER MD, STEVEN**  
**200 RECTOR PLACE   #35F**  
**NEW YORK, NY 10280**

**MARINER'S COVE SITE B ASSOC.**  
**200 RECTOR PLACE**  
**NEW YORK, NY 10280**

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| Z1   35F | GREER MD, STEVEN | MARINER'S COVE SITE B ASSOC. | 05/01/2013 | 04/30/2014 | 645 | $3,395.00 |

| Date IN | A/R Desc | Inv # | Voucher | Type | Amount Billed | Payments | Running Bal. | Age | Description |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2015 | 20 - USE & OCCUPANCY | 314112 | 3JM | Invoice | 3,395.00 | | 56,720.54 | 49 | |
| 05/01/2015 | 20 - USE & OCCUPANCY | 321665 | 3JM | Invoice | 3,395.00 | | 60,115.54 | 19 | |
| 05/05/2015 | 42 - CHECK RECEIVED | 322854 | 3JM | Credit | (3,395.00) | | 56,720.54 | 15 | USE & OCCUP APRIL PAYMENT |
| 05/12/2015 | 42 - CHECK RECEIVED | 323123 | 3JM | Credit | (3,395.00) | | 53,325.54 | 8 | FOR USE&OCCUPANCY DEP |
| 05/20/2015 | 42 - CHECK RECEIVED | 323477 | 3JN | Credit | (10,730.70) | | 42,594.84 | 0 | CK FROM NYC FINANCE |
| 06/01/2015 | 20 - USE & OCCUPANCY | 329280 | | Invoice | 3,395.00 | | 45,989.84 | 651* | |
| 06/17/2015 | 42 - CHECK RECEIVED | 331167 | | Credit | (3,395.00) | | 42,594.84 | 635* | |
| 07/01/2015 | 20 - USE & OCCUPANCY | 336944 | | Invoice | 3,395.00 | | 45,989.84 | 621* | |
| 07/16/2015 | 42 - CHECK RECEIVED | 339593 | | Credit | (3,395.00) | | 42,594.84 | 606* | |
| 08/01/2015 | 20 - USE & OCCUPANCY | 346096 | | Invoice | 3,395.00 | | 45,989.84 | 590* | |
| 08/11/2015 | 42 - CHECK RECEIVED | 347365 | | Credit | (3,395.00) | | 42,594.84 | 580* | |
| 09/01/2015 | 20 - USE & OCCUPANCY | 353950 | | Invoice | 3,395.00 | | 45,989.84 | 559* | |
| 09/15/2015 | 20 - USE & OCCUPANCY | 355270 | | Credit | (3,395.00) | | 42,594.84 | 545* | |
| 10/01/2015 | 20 - USE & OCCUPANCY | 361477 | | Invoice | 3,395.00 | | 45,989.84 | 529* | |
| 10/30/2015 | 42 - CHECK RECEIVED | 370298 | | Credit | (3,395.00) | | 42,594.84 | 500* | CK DEP 10/30/15 USE & OCCUP |
| 11/01/2015 | 20 - USE & OCCUPANCY | 369097 | | Invoice | 3,395.00 | | 45,989.84 | 498* | |
| 11/23/2015 | 42 - CHECK RECEIVED | 377721 | | Credit | (3,395.00) | | 42,594.84 | 476* | USE & OCCUP CK FOR NOVEMBER |
| 12/01/2015 | 20 - USE & OCCUPANCY | 376560 | | Invoice | 3,395.00 | | 45,989.84 | 468* | |
| 12/22/2015 | 42 - CHECK RECEIVED | 385709 | | Credit | (3,395.00) | | 42,594.84 | 447* | USE & OCCUPANCY |
| 01/01/2016 | 20 - USE & OCCUPANCY | 384546 | | Invoice | 3,395.00 | | 45,989.84 | 437* | |
| 01/12/2016 | 42 - CHECK RECEIVED | 386131 | | Credit | (3,395.00) | | 42,594.84 | 426* | |
| 02/01/2016 | 20 - USE & OCCUPANCY | 392120 | | Invoice | 3,395.00 | | 45,989.84 | 406* | |
| 02/08/2016 | 42 - CHECK RECEIVED | 393337 | | Credit | (3,395.00) | | 42,594.84 | 399* | DEPOSIT 2/8-USE & OCCUPANCY |
| 03/01/2016 | 20 - USE & OCCUPANCY | 399508 | | Invoice | 3,395.00 | | 45,989.84 | 377* | |
| 03/18/2016 | 42 - CHECK RECEIVED | 401900 | | Credit | (1,697.50) | | 44,292.34 | 360* | DEPOSIT 3/21 USE & OCCUPANCY |
| 04/01/2016 | 20 - USE & OCCUPANCY | 407073 | | Invoice | 3,395.00 | | 47,687.34 | 346* | |
| 05/01/2016 | 47 - RENT ADJUSTMENT | 408859 | | Credit | (2,489.67) | | 45,197.67 | 316* | |
| 05/01/2016 | 40 - SECURITIES APPL | 408859 | | Credit | (3,395.00) | | 41,802.67 | 316* | |
| | | | | Tenant Totals: | 388,013.85 | 346,211.18 | 41,802.67 | | |

*Filter Criteria:*

*Results based on: Start Date = 01/01/1997 AND  End Date = None*

LD002649