# Exhibit 26



# Downtown News & Events
## Monday, December 2, 2013

The Statue of Liberty at sunset

# All Is Not Well with Geothermal System at BPCA Facility
## Authority Plans to Scrap Expensive Power and Climate System



The Battery Park City Authority (BPCA) is planning to scrap and replace a geothermal power and climate control system in the headquarters of its Parks Conservancy that was originally hailed as cutting-edge technology and an example of the Authority's commitment to environmentally sustainable design. The Parks Conservancy facility, located at Battery Place and Second Place, is housed within the Visionaire condominium and was constructed in 2010.

At the Authority's November 19 board meeting, Gwen Dawn, the BPCA's senior vice president for asset management outlined a contract with Elite Construction for management of the project. "The original plant and mechanical system was based on a geothermal well, a couple of them, which didn't produce as anticipated," she said. "We've gone through an investigation, gotten recommendations on the appropriate methodology for getting the mechanical system operating to capacity that we are going to need, installing a chiller plant within the facility and we have a designer on board. This is the contract for the construction management, which will be about an 18 month project."

Martha Gallo, the only member of the BPCA board who lives in the community, asked, "those geo-thermal wells, were they an experiment?" Ms. Dawson answered, "there was a desire at the time to have the Parks headquarters be a stand-alone facility that was capable of having other systems going down in the area, and there was also an emphasis on green construction. This was part of that effort at the time. Unfortunately, the wells were just not capable of producing in order to meet the needs of the building."

Ms. Gallo asked, "Had the manufacturer told us that? How much did we spend on the geo-thermal wells?" Ms. Dawson replied, "I'll have to get back to you on exactly what the expenditure on the wells is -- I don't have that at my fingertips at the moment. But until the wells were drilled, there was no way of knowing."

BPCA board member Donald Capoccia took up this line of questioning, asking, "there was no geo-tech engineer that looked at this in advance?" Ms. Dawson replied, "we had an engineering firm on board that designed it and recommended it, based on what they knew at the time. But it ultimately just didn't produce."

Authority board chair Dennis Mehiel weighed in, "there's no mystery to a geo-thermal system. You can put your own liquid in it, it's ambient temperature. I don't know, maybe because we're on created land out in the river, it's somehow different. But you pump it back up and you've got fans and you blow it. I did this in my house."

Mr. Capoccia then asked, "were the wells not deep enough?" Ms. Dawson answered that, "the wells were 1800 feet deep." Mr. Mehiel added, "I went down 1200 feet. It's a no-brainer." Ms. Dawson noted, "they don't always work," and added that, "the water that ultimately wound up in the system was brackish."

Mr Mehiel then observed, "that just makes no sense to me at all. A closed-loop system in which we introduce the water." Mr. Capoccia explained, "they were looking to tap hot water well belong grade." Mr. Mehiel replied, "whatever we've spent, we've blown in it."

Ms. Dawson noted that, "we've investigated and we've pursed means of trying to use it and to modify it and to fix it and to add to it, and at this point there is nothing that anybody has been able to recommend to us that will enable us to do that."

Mr. Mehiel then asked for a semantic clarification: "So we call it repair and modification, but what you're saying is that this thing is going to be replaced -- a whole new system?" Ms. Dawson answered, "yes." She added that the fee for Elite Construction to manage the project is $294,000. Since construction management is just one component of any project, and does not include design costs or fees for subcontractors, the total cost for this project may eventually exceed $1 million.

*Matthew Fenton*
*photo by Robert Simko*

# The NYC Rescue Mission Celebrates 15th Annual Great Thanksgiving Banquet

Kathie Lee Gifford and Hoda Kotb, co-hosts of the Today Show,
volunteered at the NYC Rescue Mission's 15th Annual
Great Thanksgiving Banquet

On Monday, November 25, the New York City Rescue Mission (NYCRM), located at 90 Lafayette Street, hosted its 15th Annual Great Thanksgiving Banquet. Many celebrities and local elected officials lent a hand to serve hundreds of needy New



Yorkers a festive pre-Thanksgiving meal, along with live music, a raffle, and extra servings of good cheer.

Helping hands NYC Fire Commissioner Salvatore Cassano, NYC Rescue Mission Executive Director Craig Mayes and NYC Police Commissioner Ray Kelly

For over 140 years, the NYCRM has been transforming lives by providing shelter, sustenance and support to the homeless. In the words of executive director Craig Mayes, "When we place a plate of food in the outstretched hands of our guests each day, I pray that we also dish out at least a little hope." In that spirit he kicked off the mission's 'Season of Hope' by running his first New York City marathon on November 3, raising thousands of dollars.

Fresh Air Fund chef Nicki Bogie and NYC Rescue Mission chef Pedro Rodriguez who competed together in the September Home Town Heroes episode of "Chopped." Ms. Bogie was assisted by six Fresh Air Fund students to help prepare and serve the Thanksgiving Banquet.

The NYCRM is currently adding three new floors in order to expand from 100 to 240 beds, and to accommodate overnight housing for women for the first time. In addition the 9-12 month recovery program will double its intake from 30 to 60 men. The mission also provides medical services, tutoring and job training for those who seek help.

Some of the glittering stars who shone their light on the event:
Miss New York 2013, Amanda Mason; Miss Connecticut 2013 Kaitlyn Tarpey; and Miss America 2014, Nina Davuluri

The Shop for the Homeless Christmas Catalog is a great way to support the NYCRM this holiday season, by purchasing specific items for someone in need. To learn more about the NYC Rescue Mission or to volunteer, visit nycrescue.org

# Eyes to the Sky
## December 2 - 6, 2013
## Song of the Morning Sky with Four Planets

On a singing clear morning a gem of light is to be found in the soft blue blanket that is Earth's atmosphere. It is planet Jupiter, visible rather high in the west until quarter to 7, when it is overwhelmed by daylight. Best to locate the namesake of the king of the gods earlier so that you may enjoy the challenge of finding it in daylight, just before sunrise. The sun rises at about 7 in the coming days.

Find Sirius the Dog Star, the brightest true star visible in the Northern Hemisphere, close to the horizon below and left, south, of Jupiter at about 6:20. The second brightest star in our skies, red-orange Arcturus, is opposite Jupiter, quite high in the east and visible into twilight.

*Beautiful shot of Mercury and Saturn in the eastern, predawn sky on Tuesday, November 26. EarthSky facebook friend Jann Peter Normann captured this over Oslofjord, Norway.*

Planet Mars, not so bright, is best seen by 6:20, a tawny radiance mid-

sky in the south, at the top of a diagonal line of dignitaries. Bright star Spica shines below and to the left of Mars followed by planet Saturn, which is low to the southeast horizon. Below Saturn, at the end of the diagonal span, shines Mercury, brightest of all. Saturn recently began to climb into the morning sky, whereas Mercury is near the end of its morning apparition. The messenger of the gods persists even as the horizon brightens to a pale peach with the sun's approach.

*Space.com diagram for November 25.*
*Saturn is now above Mercury.*

Comet ISON, the visitor from the outer edge of our solar system that brought sky gazers back to celestial mornings, may not have survived its turn around the sun. It was anticipated to appear, perhaps to the naked eye, near Mercury and Saturn in early December. Find an unobstructed view to the east-southeast horizon under clear skies to revel with the planets and, most likely, just the memory of the once-deemed Comet of the Century.

*Comet ISON appears to have lost some of its sizzle as it plunged near the Sun on Thanksgiving Day. Sun-watching satellites saw the comet approach the Sun on November 28, but initially it did not reappear after passing about 700,000 miles above the Sun's surface. However, it was rediscovered by a Sun-watching spacecraft on November 29, suggesting that while the comet may have lost significant chunks of material, at least some of it remains. Scientists say it's too early to know whether the comet will still stage a good showing in the morning skies of early December.  In this diagram by Earthsky.org:  +  =  ISON close to the sun*

Judy Isacoff

naturesturn.org

# Have a Say
## The New York Rising Community Reconstruction Program

The Governor's Office of Storm Recovery has implemented a community driven process to support recovery and increase resiliency in communities affected by Hurricanes Sandy and Irene and Tropical Storm Lee.

A recently released Lower Manhattan interactive map is designed to allow community residents to provide input to the Reconstruction Planning Committee. Please click HERE to explore the map and provide feedback about recovery and resiliency needs in Lower Manhattan, and your ideas on how to solve them.

The final Community Reconstruction Plan proposing strategies and projects to meet the community's short and long term goals is due to be completed by March 31, 2014.

The second public Lower Manhattan meeting will be held this evening, December 2nd from 6:00pm - 8:00pm at the University Settlement at the Houston Street Center Gymnasium, 273 Bowery. For more information about this program, click HERE.

# Today's Calendar

**This Day in History - Monday December 2**

1697 - St. Paul's Cathedral opens in London
1804 - Napoleon Bonaparte is crowned emperor of France in Paris
1816 - 1st savings bank in U.S. opens (Philadelphia Savings Fund Society)
1845 - Manifest Destiny: U.S. President James K. Polk announces to
Congress that the U.S. should aggressively expand into the West
1867 - In a New York City theater, British author Charles Dickens
gives his first public reading in the United States
1901 - Gillette patents 1st disposable razor
1929 - 1st skull of Peking man found 50km from Peking at Tsjoe Koe Tien
1941 - Yamamoto sends his fleet to Pearl Harbor
1942 - 1st controlled nuclear chain reaction (Enrico Fermi-University of Chicago)
1952 - 1st human birth televised to public (KOA-TV Denver, CO)
1954 - U.S. Senate censures Joe McCarthy (Sen-R-Wisc) for "conduct that
tends to bring Senate into dishonor & disrepute"
1957 - 1st U.S. large-scale nuclear power plant opens (Shippingport PA)
1961 - Fidel Castro declares he's a Marxist, & will lead Cuba to Communism

1964 - Ringo Starr's tonsils are removed
1969 - Boeing 747 jumbo jet 1st public preview (Seattle to NYC)
1970 - Environmental Protection Agency begins (Dir: William Ruckelshaus)
1971 - Soviet *Mars 3* is 1st to soft land on Mars
1972 - "December Giant" largest sinkhole in U.S. collapses (Alabama)
1980 - 4 American Maryknoll nuns killed by death squads in El Salvador
1982 - 1st permanent artificial heart successfully implanted (University of Utah)
in retired dentist Barney Clark; lived 112 days with Jarvic-7 heart
1986 - Dow-Jones index hits record 1,955.57
1990 - 1st time 12 people in space
1993 - Dow-Jones hits record 3,702.11
1994 - *Achille Lauro* (Willem Ruys) sinks off the coast of Somalia
2001 - Enron files for Chapter 11 bankruptcy
2012 - Borut Pahor is elected President of Slovenia
2012 - Pier Luigi Bersani is elected Italian Prime Minister
*edited data courtesy Historyorb.com and NYTimes.com archives*

---------------------------------------------------------------

# Monday December 2

## Greenmarkets
Union Square: 8am - 6pm

## The National Museum of the American Indian
Exhibitions, workshops, film screenings and lectures for adults and children. Admission is free.
*Âs NutayuneÂn/We Still Live Here:* An award-winning documentary, it explores the cultural resiliency of the Wampanoag, the tribe that greeted the Pilgrims at Plymouth in 1620, and tells the story of Jesse Little Doe Baird's efforts to restore Native language fluency to members of southern New England's Wampanoag communities. At 12pm and 2pm.
*Stories from the Seventh Fire:* Animations for children based on the paintings of Anishinaabe artist Norval Morrisseau tell the stories of the trickster Wesakechak. 10:30 and 11:45am.
*In Our Language:* Lively short works present the significance and pleasure of speaking one's own indigenous language. 1pm and 3pm.
*Today:*Beaded Moccasin Demonstration 2-3:30pm.
For a complete list of daily events, visit  americanindian.si.ed

## Downtown Libraries
Battery Park City Library 175 North End Ave. (212) 790-3499 nypl.org
New Amsterdam Library 9 Murray Street (212) 732-8186 nypl.org

## Gridiron Glory at the Liberty Science Center
Football history, culture, and more is combined into an exciting exhibition. Visitors can test agility, strength, reaction time, throwing abilities, and more in the interactive Training Camp where wall panels give performance tips from renowned coaches and trainers. For more information about LSC exhibits, click HERE. For location and hours, click HERE.
Other current exhibits include the *Da Vinci Surgical Robot; Energy Quest; Art of Science* and the ever popular *Touch Tunnel*. lsc.org Visit LSC.org/BPC or HERE for more information.

## Free Tours of Tweed Courthouse and City Hall
Visit two of New York City's most architecturally distinguished civic monuments. Tours are offered free on weekdays. To make a reservation, visit HERE or call (212) 788-2656.

nyc.gov/designcommission

## Stories & Songs at 6 River Terrace
Participatory music and storytelling for infants, toddlers and preschoolers accompanied by an adult. Monday mornings 3 sessions (through Dec. 16); Wednesday mornings 4 sessions (through Dec. 4). More info and registration at: 212.267.9700 x 363 or bpcparks.org

## Parent & Baby Yoga at 6 River Terrace
Yoga for new parents and babies (newborn until crawling). 1-2:15pm or 2:30-3:45pm, 6 River Terrace, $130. More info and registration at: 212.267.9700 x 363 or bpcparks.org

## Bach at One at St. Paul's Chapel
The Choir of Trinity Wall Street and Trinity Baroque Orchestra offer a weekly service featuring the music of Johann Sebastian Bach's cantatas. This fall, as part of Trinity Wall Street's "Celebrating Britten" festival, many Bach at One services will feature at least one work by the versatile and prolific composer, Benjamin Britten, in honor of his 100th birthday. Free. 1pm. Broadway at Fulton Street. trinitywallstreet.org

## Open Art Classes at the Church Street School for Music and Art
Jewelry making, sewing, cards, gifts and more. For all ages. $10/hour. 3:30-5:30pm. Pick-up available from local schools. More info at 212-571-7290 churchstreetschool.org

## Free Cardio Sculpting Class
Cardio conditioning program to increase strength, flexibility and endurance. Mondays 6pm. 6 River Terrace (next to Le Pain Quotidien Cafe, BPC). More info HERE

## Yoga at the Community Center at Stuyvesant High School
7pm - 8pm. Fee: $140 for 8 sessions, or pro-rated. Through December 16. ccshs.org

## *Hats off to Bacteria* at the New York Academy of Science
The Science and the City series presents a panel discussion about the strong connection researchers have observed between our bodies and the billions of bacteria that call us home. From probiotics to fecal transplants, science and medicine are gaining a better understanding of how influencing our microbiome can lead to dramatic health benefits.
$25, $20, $15, 7 - 8:30pm. 7 World Trade Center, 40 Floor.  Register at nyas.org/bacteria

*photo by Robert Simko*

# Affordable Housing Opportunity
The Church Street School for Music and Art will be hosting its annual Gingerbread House Decorating Workshops fundraiser (which helps fund programs at the non-profit school), starting December 7.

The cost to participate is $95, which gets you a handmade gingerbread house, plus all the candy and homemade icing you need to make it über-festive. Workshops will be held at 2:15pm and 4pm on Saturdays (December 7, 14, and 21) and 11am, 1pm, and 3pm on Sundays (December 8, 15, and 22). To register, please call 212-571-7290 or e-mail

gb@ChurchStreetSchool.org
More information is available at churchstreetschool.org

*photo by Robert Simko*

# Bulletin Board
## Community Notices

### The Water Street Pops Winter Festival

The series of free, outdoor activities and special events in Water Street's privately owned public spaces (POPS), that debuted in the summer is back with some events designed for winter entertainment. It will include live music performances, after-work happy hours, food tastings, fitness classes, and much more. For more information about the Water Street Pops program and a calendar of events, click HERE.

### Native American Art Market
### at the National Museum of the American Indian

This annual event features hand-made jewelry, baskets, textiles, ceramics and beadwork by 39 award-winning Native artists from throughout the Americas. It takes place this weekend, Dec. 7 - 8, from 10am to 5pm, and attendance is free. Tickets to the Preview Party that features special presentations and a cocktail reception on Friday,

Dec. 6 are available at nmai.si.edu/artmarket

### Bulb Planting in Washington Market Park

Volunteers are encouraged and welcome to help plant hundreds of bulbs Monday through Friday this week, from 9am - 2pm. Bring a friend, gloves provided. Colorful results promised in the spring.  washingtonmarketpark.org

## Holiday Lights in South Cove

Celebrate the season at the annual tree lighting hosted by the Battery Park City Parks Conservancy in South Cove. The menorah will be lit starting on November 27, and on December 5 at 5:45 Santa will join the a cappella *Accidentals* for carol singing, merry making and refreshments. Please support Stockings with Care by bringing a new unwrapped gift for a child or teen living in city shelters.
bpcparks.org

## Spreading Holiday Cheer

- **Stockings with Care,** a charity founded by Battery Park City resident Rosalie Joseph, is now embarking on its 22nd year of purchasing gifts for underprivileged children, and needs your help. Supporters are asked to sponsor a child by purchasing gifts from that recipient's wishlist and dropping them off at the organization's Santa's Workshop in mid-December. (Stockings with Care will arrange delivery.) Those who don't have the time to shop are welcome to make tax-deductible contributions directly to Stockings with Care, where the staff will handle the shopping, the wrapping, as well as the down-the-chimney-and-under-the-tree part. For more information, please browse the group's website, StockingsWithCare.org

- **The New York Rescue Mission:** A Shop for the Homeless Christmas Catalog allows you to give specific items to someone in need. nycrescue.giving-hope.org

- **Aid Typhoon Haiyan victims:**
Philippine Red Cross: redcross.org.ph or 1-800-REDCROSS
World Food Programme: wfp.org or Text AID to 27722 to donate $10
International Rescue Committee: rescue.org or Text REBUILD to 25383 to donate $10

- **Donate Used Soccer Gear:** From Monday, November 25 to Thursday, December 5 donations can be dropped off in any of the collection boxes located at local schools: P.S./I.S. 89, P.S. 150, P.S. 234, P.S./I.S. 276 and P.S. 397. Clean uniforms, socks, shin guards, cleats, sneakers and soccer balls will be distributed by the US-Africa Children's Fellowship to impoverished schools in Zimbabwe, Ghana and South Africa. For more information please visit childrensfellowship.org. For information about the collection, please email Diana Solash at solasdi@yahoo.com

**The** *Broadsheet*
*(Nov. 17 - Dec. 3)*
**is available in building
lobbies.**

**Click the image
to see it online.**

It is distributed
to most doorman
residential buildings in
Battery Park City, the
Financial District,
the Seaport and Tribeca.

ebroadsheet.com

# RiverWatch
## Arrivals & Departures

A tug guides the *Alice Oldendorff,* a self-discharging bulk carrier, past Governors Island. To view the noisy spectacle of the ship discharging crushed stone click below



Drybulk ship
*Alice Oldendorff* at
Brooklyn Navy Yard Basin

## Monday, December 2
*Explorer of the Seas*
Inbound 7:30 am (Bayonne); outbound 4:00 pm; to Philipsburg, St. Maarten

## Tuesday, December 3
*Carnival Splendor*
Inbound 7:15 am; outbound 4:30 pm; to Nassau, Bahamas

*photo by Robert Simko*

## Thank Guide Almighty!
Click on The Doorman's Guide to Lower Manhattan 2013
to view in a fresh flipbook format!

The printed edition of the
*Doorman's Guide to Lower Manhattan*
is available in most residential doorman
buildings in Battery Park City, the Financial
District, the Seaport and Tribeca.

# Downtown in the News

**"CME Group Agrees to Sell Nymex Building to Brookfield for $200 Million,"** *The Wall Street Journal,* November 26. "CME Group Inc. agreed to sell the Nymex Building in lower Manhattan to Brookfield Office Properties Inc.for $200 million in a sale-leaseback deal that provides space for the New York Mercantile Exchange trading floor and offices." Read more.

**"Fabricating.com Named Finalist in NYC's Prestigious H.E.L.M. Award,"** *L.I. Newsday,* November 27. "abricating.com, the developer of an online marketplace created exclusively for American custom manufacturing, was named one of 20 finalists in the Take the H.E.L.M. competition." Read more.

**"Flatiron School Leaves Midtown South for Lower Manhattan,"** *Commercial Observer,* November 29. "The Flatiron School is leaving the creative mecca of Midtown South in favor of Lower Manhattan. The school will relocate from its location at 33 West 26th Street to 11 Broadway after being listed as a winner in the H.E.L.M: Hire + Expand in Lower Manhattan competition." Read more.

**"Standing Tall: Douglas Durst and the New World Trade Center,"** *The Commercial Observer,* November 26. "The Durst Organization's Chairman Douglas Durst on measuring America's tallest

building, lower Manhattan's dramatic rebirth, and energy efficiency controversies at 1 Bryant Park."
Read more.

Subscribe to the BroadsheetDAILY by clicking HERE

## The *BroadsheetDAILY*

is Lower Manhattan's daily newspaper covering Downtown news, people, places
and events. It is published Monday through Friday and available by
online subscription and on our website ebroadsheet.com.

The *BroadsheetDAILY* is an affiliate of
*The Broadsheet,* which is published every two weeks and distributed throughout
Battery Park City, the Financial District, the South Street Seaport and Tribeca.

Managing Editor: Caroline Press
News Editor: Matthew Fenton
Contributors:
Hannah Frederick, Marti Ann Cohen-Wolf, Brian Rogers,
Alison Simko, Brian Rogers and Sarah Smedley

We welcome your comments, suggestions, kudos and criticisms.
editor@ebroadsheet.com

Robert Simko, Publisher
robert@ebroadsheet.com 212-912-1106

All articles and photographs in the BroadsheetDAILY are copyrighted and
may not be reprinted or republished without written permission.
© 2013



   

# Downtown News & Events
## Friday, August 1, 2014

Boarding the ferry, Governors Island

## Ambulatory Anxiety
### BPCA Board Member Voices Concern about Pedestrian Safety at Liberty Intersection

At Thursday's meeting of the Battery Park City Authority (BPCA) board of directors, one member voiced grave concerns about pedestrian safety at the intersection of West and Liberty Streets, which has become the main point of access between Battery Park City and the World Trade Center complex, since it opened in May.

"This is one of the most dangerous intersections in the City right now," observed BPCA board member Martha Gallo. "You have thousands of people at that intersection, standing at the edge of an eight-lane highway, with children and strollers, as cars race by."

Ms. Gallo, the only member of the BPCA board who lives in Battery Park City, also noted, "there's no bridge that really works to take people back and forth between the Memorial and Battery Park City, so people are crossing at street level. There are no crossing guards, the conditions are really treacherous, and somebody is going to get hurt."

She added, "it's not just people going to the Memorial, but also people leaving the Memorial

The large number of visitors to the 9/11 Memorial and Museum is exacerbating surrounding traffic and pedestrian conditions

and coming to Battery Park
City. Brookfield Place is advertising like crazy for people to come to Hudson Eats, and
the way to get from the Memorial to Hudson Eats is this crossing."

Ms. Gallo voiced particular concern about the high number of tourists who use this
intersection. "They have no idea that this is a main thoroughfare, or that they are
standing at the edge of a highway. It's ridiculous. This could turn into a disaster."



"What is the plan?" she asked.
"Who owns that safety issue? Is
it the State Department of
Transportation? Is it us? You've
got this puzzle of organizations
and it's not clear who's going to
take the lead on this."

Gwen Dawson, the BPCA's
senior vice president of asset
management, replied, "the
intersection is only partially
open, because the State
Department of Transportation
needed to have a ground-level

A new pedestrian plaza will eventually connect the
World Trade Center to the glass entrance to
Brookfield Place

crossing available before they closed the Liberty Street pedestrian bridge." (This
temporary closure is slated for later this year, or early in 2015, during which time the
temporary approach to the east end of this span will be removed, as the bridge is
connected to an elevated park now under construction, between West and Greenwich
Streets.) Ms. Dawson added that once frontage work is completed along the West
Street side of the Brookfield Place complex (later this year or early next), a new
pedestrian crossing will connect the World Trade Center site to the glass pavilion that
marks the entrance to the Winter Garden.

"If there's any conversation you can have in the meantime to influence this situation,"
Ms. Gallo replied, "I just think we need to physically restrain people from being able
to approach that highway." She added the suggestion that "signage and repositioned
barriers" might help accomplish this.

Matthew Fenton
*photos by Robert Simko*

*Editor's Note: Yesterday's story, "Classical Revival: Restoring Landmarks Jurisprudential,
Political, and Nautical" mistakenly referred to Peg Breen, President of the New York Landmarks
Conservancy, as Peg Green.*

# Families on the Move
## To a warmer climate and their own pool

It's been nine years since Christopher and Rebecca Messina moved to Battery Park City and began to raise a family. First came Aiya, and then Malachi followed by Hannah. One by one they grew up enjoying Downtown's playgrounds and schools and the friends that were made. But time moves on and the Messina's have moved to Florida and send their best to their Battery Park City friends.

Aiya, Malachi, and Hannah Messina in front of their Battery Park City school

# August Camps and Activities

There are several options for young children to get creative in the last month of summer before the schedule of school and studies kicks in. The Crafty Kids is hosting a mini-camp for 4 to 9 year olds the last two weeks of August on Tuesdays, Wednesdays, and Thursdays, August 19 to 21 and August 26 to 28, from 9:30am-12:30pm and 1:30-4:30pm. Each session includes movement activities, group and individual projects and arts and crafts ranging from soap making, maracas, and watercolors to a back-to-school theme at the end of the month.  Snacks will be provided and registration options are flexible. The location is 165 William Street, 8th floor, and more information is available at 212-732-5182 or kidzcentralstation.com

*photo courtesy of The Crafty Kids*

Church Street School founder and executive director, Lisa Ecklund-Flores, was recently interviewed by *Parents Magazine* on the importance of art and creativity in early childhood development.  Speaking about artistic experimentation she said, "Children who feel able to experiment and make mistakes feel free to invent new ways of thinking." At the Church Street School for Music and Art (74 Warren Street) there are flexible camp options this month, which children can attend for one or up to five days per week.

For 3 to 5 year-olds, *Summer Arts Express* (August 4 - 14) offers music and movement using the Dalcroze Eurhythmics approach, song circle, dramatic play, and visual art. The hours are 9:15am -12:15pm and/or 1:00 - 4:00pm.

For 6 to 12 year-olds, *Arts Adventure Camp* (August 4 - 8 and August 11 - 15) takes the students to exciting parts of the city to explore, sketch, and sculpt. Backpacks are provided with everything necessary to soak up the sights and sounds of some of the city's most inspiring museums and other highlights.

Founder and director Lisa Ecklund-Flores at a recent Church Street School for Music and Art gala
*photo by Robert Simko*

For 8 to 14 year-olds, *Rock the House* (August 4 - 8 and August 11 - 15) matches students with band coaches for practice, jams and rehearsals. Theory, singing, and private instrumental instruction are included, with an

*photo courtesy of Church Street School*

emphasis on composition and improvisation. By the end, students will have written songs and collaborated with other musicians to form a band. More info at churchstreetschool.org

For those looking to cool off from the summer heat, the newly-renovated 75 x 45 foot pool at the Community Center at Stuyvesant High School is one of the most appealing and affordable nearby bodies of clean water to dive into. During the summer (through August) the pool is open for family swim Monday - Thursday from 3 - 6pm, Fridays 3 -7pm, Saturdays and Sundays 10am - 2:30pm. Learn to Swim classes are offered on Saturdays through August 16 for all ages and stages (members: $198; non-members: $225, pro-rated). Private swimming lessons are available at $120 for 3 half-hour sessions and $200 for 5 half-hour sessions. One-day passes are $15 for adults and $10 for seniors, students and youth and the facilities include a fitness center, basketball, handball and volleyball courts and a dance studio. For more information about memberships and classes, visit ccshs.org

*Caroline Press*

# Your Guide is Ready

Click the cover and flip through the new edition.
Hard copies will be available in building lobbies in a few days.

The Doorman's Guide to Lower Manhattan 2014
Look for it in your lobby!

The new edition of the *Broadsheet*
(July 26 - August 25)

# This Day in History
## August 1st

Aerial view illustration of Manhattan depicting Castle Clinton

30 BC - Octavian, later known as Augustus, enters Alexandria, Egypt, bringing it under the control of the Roman Republic.

1619 - First African Americans were traded in Jamestown, Virginia

1794 - Whiskey Rebellion begins in western Pennsylvania to protest the excise tax placed on distilled spirits.

1812 - Rare tornado hits Westchester County

1834 - Slavery abolished throughout the British Empire when the Slavery Abolition Act of 1833 comes into effect

George Washington reviews the troops before their march to suppress the Whiskey Rebellion

1855 - Castle Clinton in Battery Park opens as the first receiving station for immigrants in the United States

1883 - Amsterdam's Grand Hotel Krasnapolsky gets electric lights

1896 - Frank Samuelsen and George Harbo, in the *Fox,* reach the Isles of Scilly off Great Britain, becoming the first people to row across the Atlantic. They had departed from the southern tip of Manhattan fifty-five days earlier. Their record time was not broken for one-hundred and fourteen years.

1941 - The first Jeep is produced as a military vehicle

1943 - Race riot in Harlem began after an African-American soldier who inquired about a woman's arrest for disorderly conduct was shot by a police

officer

1944 - Anne Frank wrote her last diary
entry. Three days later, she was arrested

1955 - Microgravity research begins

**Birthdays**

1714 - Richard Wilson, Welsh landscape
painter

1819 - Herman Melville, New York, author
of *Moby Dick*

1885 - George de Hevesy, Hungarian
chemist, Nobel laureate recognized for his
work in the development of radioactive
tracers to study chemical processes

Harbo and Samuelsen with
the *Fox*

*Edited from various sources including historyorb.com, the NYTimes.com and other internet searches.*

# The Weekend Calendar

City Hall Park

# Friday, August 1

**Greenmarkets**
City Hall: 8am - 4pm
Staten Island Ferry Terminal: 8am - 7pm
Union Square: 8am - 6pm
*Available now at the markets: all kinds of vegetables, herbs, orchard fruit, cut flowers, cider, bread and baked goods.*

**Downtown Libraries**
**Battery Park City Library**
175 North End Ave. (212) 790-3499 nypl.org
*Mon. 10am-6pm; Tues. 12-8pm; Weds. 10am-6pm; Thurs. 12-8pm; Fri. 10am-5pm;*
*Sat. 10am-5pm.*
**New Amsterdam Library**
9 Murray Street (212) 732-8186 nypl.org
*Mon. 11am-7pm; Tues. 10am-6pm; Weds. 11am-7pm; Thurs. 10am-6pm;*
*Fri. 10am-5pm; Sat. 10am-5pm.*

**Visit Governors Island**
Enjoy the summer season at Governors Island, with 30 new acres of park and arts, cultural and recreational programs. Now open seven days per week, through September 28. But the formerly free ferry to and from the island (which departs from the Battery Maritime Building, at the foot of South Street, between Whitehall and Broad Streets) is now priced at $2 per round trip. Ferry info and a calendar of events at govisland.org More info at governorsislandalliance.org

*Programs presented by the National Park Service:*
nps.gov/gois

**Build a City of Poems on Governors Island**
An exhibition of children's art and poetry. Onsite activity stations invite elementary school-age children to make their own poetic scrolls and create 3D pop-up poetry cards. presented by Poets House on Governors Island at 406B Colonel's Row. Open 11am - 3pm.  Free.  poetshouse.org

**Game On!**
A new summer series of activities on Water Street launched last week.
It includes an urban beach, beer garden, food trucks, and a variety of games such as mini-golf, foosball, a giant connect-4, nok hockey, shuffleboard and more. For more information and a schedule of events, click HERE.

**Tai Chi on the Esplanade Plaza**
Greet the day with the ancient Chinese martial art, taught by experienced teacher, Alex Hing. No experience required. Free. Through October 31 (not 8/29, 10/10) . 8:30 - 9:30am. bpcparks.org

**BPC Seniors**
Standing exercises with light aerobics using the Richard Simmons and the Silver Foxes DVD. 10:30 - 11:30am. Free. 21 West Thames Street.

**FiDi Families at the South Street Seaport**
Family friendly activities and music at the summer stage. 10am. FiDiFamilies.com

**Summer Dance!**
At the National Museum of the American Indian
A participatory event with interactive dance programs and storytelling hosted by different Native American artists each week. Tuesdays through Fridays at 11am and at 1pm in the Diker Pavilion. First come, first served. Through Aug 1: Ty Defoe (ONeida/Ojibwe).
americanindian.si.edu

**Origin Tales: Films at National Museum of the American Indian**
Three short animated films teach children about the lives and cultures of Native peoples whose ancestors have lived in the Pacific Northwest for thousands of years. 1 and 3pm. Free. 1 Bowling Green, nmai.si.edu

**Ship Open House presented by the South Street Seaport Museum**
Tour the historic vessels of the South Street Seaport Museum. Pier 16 on the East River. $12, $8, $5. 11am - 5pm. Weds. to Sun. seany.org

**Tennis Lessons for Kids at the Community Center at Stuyvesant High School**
Group indoor tennis lessons for ages 8-14 on Monday, Wednesday, and Friday afternoons from 4-6pm through August 8. Lessons can be purchased as a package of nine sessions for $450, or as individual drop-in classes for $60 each. Call 646-210-4292 for more information. 345 Chambers Street. ccshs.or

**Sunset Jam on the Hudson in Wagner Park**
**Sponsored by the Battery Park City Parks Conservancy**
Drum some pagan skins in an evening drumming circle led by master drummers. Improvise on African, Latin and Caribbean rhythms. Led by master drummers Maguette Camara and Mary Knysh, these free gatherings will both teach basics (like traditional drumming patterns and establishing a steady heartbeat pulse) and inspire improvisations, like call-and-response chanting and drumming. Instruments are provided, or bring your own. No experience necessary. All ages welcome. 6:30 to 8pm. For more information, please call 212-267-9700 or browse bpcparks.org Through August 22.

**Friday Night Sunset Sail on the Good Yacht Ventura**
The Ventura is a beautiful, wooden sailing yacht - the grand lady of the harbor. Every Friday evening in summer she welcomes individuals, couples, and networking groups aboard for a unique cruise in New York Harbor. 6:30 - 9pm, depending on wind and tide. sailnewyork.com

*Ventura* in North Cove

# Saturday, August 2

**Greenmarkets:**
Tribeca: 8am - 3pm
Union Square: 8am - 6pm
*Textile Recycling* - 8am to 1:30pm
*Compost Collection* - 8am to 1pm

**Weekend Ferry Service to New Jersey**
While PATH train service between New Jersey and the World Trade Center is
suspended on weekends for Hurricane Sandy-related repairs, discounted weekend
ferry service between Paulus Hook terminal in Jersey City and the World Financial
Center terminal is provided by NYwaterway.com
Statue Cruises is also offering weekend ferry service between the World Financial
Center (WFC) and Warren Street in Downtown Jersey City, stopping also at Liberty
Landing Marina.

**Destination Red Hook: Free Ferry**
Saturday and Sunday, from 11am to 9:30pm, between Pier 11 in Manhattan and the
Brooklyn docks at IKEA and the Fairway supermarket. This NY Water Taxi ferry
service will run through Labor Day. A full schedule can be found HERE.

**Weekend Traffic Alerts:**
Click on Street Closures or MTA Bridges and Tunnels

**Summer Streets**
Annual celebration of NYC's most valuable public space - our streets. On three consecutive Saturdays in August, nearly seven miles of NYC's streets are opened for people to play, run, walk and bike. Brooklyn Bridge to Central Park, along Park Avenue and connecting streets. Rest stops, art installations, music, arts & crafts, zipline, voice tunnel, climbing wall and more. 7am - 1pm. Free. More info HERE.

**Free Kayaking at the Downtown Boathouse**
**on Pier 26**
Fridays, Saturdays and Sundays and holidays:
9am - 6pm through mid-October
Weekday evenings: 5 - 7pm in July and August.
Free classes, usually on Wednesdays: 6 - 8pm.
Select Saturday, Sunday and holiday
mornings: free three-hour trip on the open
Hudson River for more experienced kayakers.
Governors Island Pier 101:  free kayaking on Saturdays 10:30am - 4pm.
All are welcome - experienced rowers and beginners alike.
downtownboathouse.org/pier26

**Ink Experiments: Children's Workshop**
**at the Museum of Chinese in America**
A Chinese calligraphy workshop that teaches basic skills. 11 am. $10. 215 Centre St.
mocanyc.org

**For Kids! From Drills to Drums: Civil War Life on Governors Island**
Take a step into the past and meet Governors Island residents from hundreds of years ago. Kids and grown-ups will see first-hand the lives of soldiers, civilians and prisoners on the island in the 19th century. No tickets or reservations required, but if you're a large school or day camp group, call 212-825-3045.  Free.  10:20am and 11:20am.
 nps.gov/gois

**Drawing in the Park**
**Presented by the Battery Park**
**City Parks Conservancy**
Sketch and paint the Hudson River and parks with an artist/educator. Materials provided. South Cove. Free. 10am - 12pm. bpcparks.org

**Children's Storytime**
**at Barnes and Noble**
Free every Saturday. 11am. 97 Warren Street. barnesandnoble.com

**Front/Row Cinema: at the Seaport**
Free outdoor movie screening. 8pm. southstreetseaport.com

*Strictly Dishonorable* **at The Flea Theater**
Delightful play by Preston Sturges presented by the Attic Theater Company, directed by Laura Braza. Through August 10. 7pm Daily and 3pm on Saturdays. No shows on Mondays. For more information and tickets, visit HERE.

# Sunday, August 3

**Hudson River Park Nature Walk**
Learn about Hudson River Park's wildlife by joining experienced naturalists on guided nature walks along the Park's esplanade. One hour, two miles. Sundays through Sept. 28, 9am.

**Pop-Up Maker Space by Google on Pier 25**
Guided maker workshops challenge participants to design and construct projects inspired by both innovative technologies and traditional crafts. Come build, tinker and create in an enriching environment filled with possibilities. Free. Materials provided. 10am - noon. Through August 28. (Thursdays at 14th Street Park.)
hudsonriverpark.org

**Big City Fishing on Pier 25**
A free program for ages five and up provides rods, reels, bait and instruction about river ecology and the many fish species that can be found in the river. Excellent outdoor family recreation. Sundays 1-5pm. Mondays 5 - 7:30pm. Free. Through September 28.
 hudsonriverpark.org

**Visit Governors Island**
See listing for Friday above. Also, food options on the island: Little Eva's, a beer garden that also serves salads and sandwiches; Perfect Picnic, where customers can take away a packed lunch of bread, cheeses, and charcuterie (and then find a spot to spread out a blanket); and Veronica's Kitchen, a provider of West Indian favorites, such as Jerk Chicken and Curry Goat. Also available: Blue Marble Ice Cream, Brooklyn Soda Works, Carl's Philly Cheesesteaks; and Mayhem & Stout, which specializes in gourmet sandwiches made with braised meats. Ferry info and a calendar of events at govisland.org More info at governorsislandalliance.org

On the Ferry to Governors Island

**Badminton at the Community Center at Stuyvesant High School**
Bring a racquet. 1:15 - 5:30pm (also Thursdays 6:30 - 8:30pm.). Gym members free.
Day Pass Fee: Adults - $12, Seniors/Students/Youth - $10. 345 Chambers Street. 646-210-4292. ccshs.org

**KidAround! at the South Street Seaport**
Family event series featuring live music, story-time with popular characters, games and more, at the Front/Row stage. Free. 4pm. southstreetseaport.com

**Sweet Sounds of Summer**
**with the Knickerbocker Chamber Orchestra at the Seaport**
An outdoor concert by Lower Manhattan's hometown chamber orchestra. Brush up your waltz, tango and foxtrot, or just sit back and enjoy the timeless tunes of Johann Strauss, Irving Berlin and other great song and dance masters at a free, outdoor concert conducted by Gary S. Fagin. 5pm at the outdoor stage at Fulton and Front Streets, at the South Street Seaport. For more information visit knickerbocker-orchestra.org. For a map click HERE.

**Back to Top**

*Please confirm the information above by calling or going online, because details may have changed.*
*photos by Robert Simko*

# Orchestral Maneuvers in the Dusk
## Knickerbocker Chamber Orchestra to Host Dance Concert at Seaport

Last summer's outdoor concert by the KCO on the Brookfield Place plaza delighted an audience of all ages

One highlight among the many outdoor events on offer in the summer is a good old-fashioned dance concert. Next Sunday (August 3), Downtown's hometown ensemble, the Knickerbocker Chamber Orchestra (KCO), is providing just such an occasion at the outdoor stage at Fulton and Front Streets, in the Seaport.

The free performance, "Sweet Sounds of Summer," conducted by KCO founder and director Gary S. Fagin, will feature the timeless tunes of

Johann Strauss, Irving Berlin and other great song and dance masters. The notes of classic ballads and melodies will enchant both those who come to listen as well as those in search of a fast-paced foxtrot or a warmhearted waltz. The concert starts at 5pm, and a map of the location is available HERE.

For more information about the KCO visit knickerbocker-orchestra.org

*photo by Robert Simko*

# First Precinct's "National Night Out Against Crime"

First Precinct Community Council President Anthony Notaro at the podium, with State Assembly Speaker Sheldon Silver on his right, at last year's National Night Out

On August 5 the First Precinct's Community Council is hosting a "National Night Out Against Crime," an event that has been celebrated for 30 years by communities from coast to coast on the first Tuesday of August.

The local gathering will take place on the Battery Park City Esplanade Plaza from 5:30 to 8pm. There will be free hot dogs and burgers, kids rides, music and tables set up by local school PTA's, representatives from the district attorney's office and other local organizations. Captain Brendan Timoney and members of the First Precinct squad, as well as civic and elected leaders, will be on hand to greet visitors. A short ceremony will take place at 6:30pm.

The Community Council meets the last Thursday of every month at the First Precinct premises, 16 Ericsson Place, at 6:30pm. All those interested in community and police issues are invited to attend, but visit 1stprecinctcc.org to sign up for email updates about schedule changes. The website also provides helpful crime prevention tips.

More information about the First Precinct Community Council is available at (212) 334-0611 or 1stprecinctcc.org/national-night-out

First Precinct National Night Out 2013
on the Esplanade Plaza

# RiverWatch
## Arrivals & Departures

*Baylander IX-514:*
Heralded as the US Navy's "smallest aircraft carrier," this historic
vessel is docked at Brooklyn Bridge Park's Pier 5 on weekends for
free ship tours that will highlight her history and extraordinary
service. Only 131 feet in length, *Baylander* served in Vietnam before
being converted into a helicopter trainer for pilots from the U.S.
Navy, Marines, Air Force, Coast Guard and National Guard. Tours
are offered Saturdays from 10 am to 4 pm and Sundays from 10 am
to 2 pm through Labor Day.
More info HERE
*Photo credit: US Navy*


## Saturday, Aug 2
*Norwegian Gem*
Inbound 9:15 am; outbound 3:30 pm; 8-day Bahamas cruise


## Sunday, Aug 3

*Norwegian Breakaway*
Inbound 7:15 am; outbound 4:30 pm; 7-day Bermuda cruise
*Celebrity Summit*
Inbound 6:30 am (Cape Liberty terminal); outbound 4:00 pm;8-day Bermuda cruise

## Monday, Aug 4
*Carnival Splendor*
Inbound 7:15 am; outbound 4:30 pm; 9-day Eastern Caribbean cruise

## Saturday, Aug 9
*Norwegian Gem*
Inbound 9:15 am; outbound 3:30 pm; 8-day Bahamas cruise
Explorer of the Seas
Inbound 7:30 am (Cape Liberty terminal); outbound 4:00 pm; 6-day Bermuda cruise

## Sunday, Aug 10
*Norwegian Breakaway*
Inbound 7:15 am; outbound 4:30 pm; 7-day Bermuda cruise
Celebrity Summit
Inbound 7:15 am; outbound 4:30 pm; 9-day Eastern Caribbean cruise

*Many ships pass Battery Park City on their way to and from the midtown passenger ship terminal. Others may be seen on their way to or from docks in Brooklyn and Bayonne. Stated times, when appropriate, are for passing the Colgate Clock and are based on sighting histories, published schedules and intuition. They are also subject to tides, fog, winds, freak waves, hurricanes and the whims of upper management. Photos by Robert Simko.*

# Downtown in the News

**Unruly ferry horns driving away residents in Battery Park City,** *NY Post,* July 28. A year ago, when Lilia Stroker and her young family moved into the Riverhouse - a tony Battery Park City condo with sprawling $6 million pads - she was expecting an oasis: rest, relaxation and a respite from the din of city living. Read more.

**Teens caught aboard 'Casino Royale' yacht,** *NY Post,* July 30. "Two kids from the projects wanted to feel like billionaires for a night, so they slipped aboard several glitzy megayachts docked near the World Financial Center - telling cops they were 'just chill in' on them, law enforcement sources said." Read more.

**Protestant nonprofit to buy downtown office condo,** *Crains NY Business,* July 31.
"The Federation of Protestant Welfare Agencies is acquiring an office condo at 40 Rector St. for more than $13 million. The nonprofit follows other groups, who prefer to buy rather than rent to avoid paying real estate taxes." Read more.

**Origins of Mysterious World Trade Center Ship Revealed,** *livescience.com,* July 28.
"In July 2010, amid the gargantuan rebuilding effort at the site of the World Trade Center in Lower Manhattan, construction workers halted the backhoes when they uncovered something unexpected just south of where the Twin Towers once stood." Read more.

**Durst under pressure, could lose share if 1 WTC sales don't spike,** *NY Daily News,* July 28. "It's crunch time for the Durst Organization at 1 World Trade Center. Despite popular wisdom that Douglas Durst's 10 percent, joint-venture partnership with the Port Authority was a sweetheart deal, it turns out he's under the gun to find new tenants or face getting booted from the project." Read more.

**Port Authority of New York and New Jersey Tells Store to Drop 9/11 Items,** *New York Times,* July 28. The Port Authority of New York and New Jersey has a "great concern." It is not about the state of the region's airports. Read more.

Subscribe to the BroadsheetDAILY by clicking HERE

The *BroadsheetDAILY*
is Lower Manhattan's daily newspaper covering Downtown news, people, places
and events. It is published Monday through Friday and available by
online subscription and on our website ebroadsheet.com.

The *BroadsheetDAILY* is an affiliate of
*The Broadsheet,* which is published every two weeks and distributed throughout
Battery Park City, the Financial District, the South Street Seaport and Tribeca.

Managing Editor: Caroline Press
News Editor: Matthew Fenton
Contributors:
Hannah Frederick, Marti Ann Cohen-Wolf, Brian Rogers,
Alison Simko, and Sarah Smedley

We welcome your comments, suggestions, kudos and criticisms.
editor@ebroadsheet.com

Robert Simko, Publisher
robert@ebroadsheet.com 212-912-1106

All articles and photographs in the *BroadsheetDAILY* are copyrighted and
may not be reprinted or republished without written permission.
© 2014

   

# Downtown News & Events
## Thursday, October 23, 2014

South Cove



# When Does a Breach in a Window Frame Equal a Breach of Contract?

# Lease Terms Give BPCA Options If Gateway Landlord Fails to 'Keep and Maintain Buildings in Good and Safe Order'

The Gateway Plaza apartment complex situated beyond North Cove

The first apartment complex built in Battery Park City hasn't aged gracefully. After 30 years, the 1980s infrastructure and fixtures at Gateway Plaza had reached the point at which last winter's cold temperatures made the deficiencies of both the climate control units and the window insulation in many of the apartments unmistakably clear. This led to an agreement by the landlord, the LeFrak Organization, to replace more than 3,000 climate control units, which has addressed some residents' concerns about habitability and quality of life.

But, as a new winter approaches, other issues remain unresolved: most notably, the window frames that many residents claim allow rain and snow to accumulate inside apartments in winter, and allow cooled air to escape from dwellings in summer. State Assembly Speaker Sheldon Silver commented that, "the windows at Gateway Plaza are inadequate, forcing residents to endure frigid conditions in the winter and having to pay outrageously high electric bills. That is why I have been leading the effort, along with the Gateway Plaza Tenants Association, to replace the windows throughout the complex. Earlier this year, we succeeded in convincing the landlord to replace all heating/air conditioning units as a first step in the process of improving conditions for all Gateway tenants. I will continue the work I have done for many years to address a wide range of maintenance and quality of life issues at Gateway. I have also spent decades fighting to keep thousands of apartment units affordable for Battery Park City families."

Both of these issues, as well as others, may be affected by provisions contained in the ground lease that allows the landlords of Gateway Plaza to operate the giant rental complex. These provisions require the LeFrak Organization to maintain the six buildings properly, according to documents reviewed by the Broadsheet. The lease also says that failure to maintain the property could result in its ground lease being cancelled, which could enable the Battery Park City Authority (BPCA) to force the LeFrak Organization out of the lucrative role it has played at Gateway Plaza since the early 1980s, and bring in another real estate company to operate the six buildings.

Although the LeFrak organization built Gateway Plaza and has acted as the landlord there since the complex opened, they do not truly own it. Instead, they lease the land on which the buildings are located through the year 2069, and pay "ground rent" to the BPCA. (The Authority, in turn, conveys this money, along with funds collected from other buildings in Battery Park City, to the City and State.) Through the end of the ground lease, LeFrak is entitled to run Gateway Plaza as a business, collecting rent in much the same way that a landlord who owned the property outright would.

The lease that governs this arrangement says that LeFrak, "shall, at its expense, take good care of the premises and all equipment and shall keep and maintain the buildings (which the tenant was obligated to construct pursuant to the Gateway Plaza Sublease) in good and safe order and working condition and shall make all repairs, internal and external, structural and non-structural."

While the terms "good and safe order and working condition" are not explicitly defined in LeFrak's lease with the BPCA, they could reasonably be interpreted to include issues such as the gaps between window frames and walls in numerous dwellings, which allowed rain and snow inside residents' apartments last winter, leading to bitter complaints about safety, habitability, and quality of life.

Snow and ice accumulate inside Gateway windows in midwinter

The lease also spells out the BPCA's recourse in the event that LeFrak fails to live up to its obligations: "If certain defaults shall occur, the Authority shall have the right to terminate the Gateway Plaza Sublease." Apart from the literal definition of default as non-payment of ground rent, the lease also defines it as "failure to perform any other provision of the Gateway Plaza Sublease if such failure continues for a period of 30 days after notice by the Authority to tenant, unless such failure could not by its nature be cured within such 30 days, in which case tenant is required to remedy such failure with reasonable diligence." In so far as the requirement to keep the complex in "good and safe order and working condition" qualifies as another provision of the lease, failure to comply with these terms could fall within the definition of default, entitling

the BPCA to cancel LeFrak's lease for the Gateway complex, and begin the process of recruiting another real estate firm to act as landlord for the 1,600-plus rental units housed within. This possibility is made explicit in a clause that says, "In the event of a default... the Authority will have the right to terminate the Gateway Plaza Sublease and at its option relet the premises and seek damages."

Even without canceling Lefrak's lease (or while such a process is in motion), the lease additionally empowers the Authority to step in and make repairs in Lefrak's place, with or without its consent. A section of the lease titled, "the Authority's Right to Perform," says, "if an event of default shall have occurred under the Gateway Plaza Sublease, the Authority shall have the right to perform any obligation on tenant's behalf," meaning Lefrak's behalf, "and any monies expended by the Authority shall be repaid by tenant [again, meaning LeFrak] with interest on demand." This clause appears to raise the possibility that the BPCA could decide to take action on its own to remedy some of the conditions that have for years been the focus of chronic complaints by residents.

State Senator Daniel Squadron said, "it is critical that over the long-term, Gateway Plaza's affordability is protected and its residents are ensured buildings that are well-maintained and comfortable to live in. As we saw with the quality of life improvements we worked together to achieve earlier this year -- which started with the installation of new cooling/heating units and electrical meters -- we know that it is possible to make progress. Along with our colleagues and residents, we will continue to share these priorities with management and the Battery Park City Authority."

Glenn Plaskin, president of the Gateway Plaza Tenants Association (GPTA), said, "with the support of our elected officials, the GPTA is committed to improving the quality of life at Gateway in every way possible. The Landlord has recently implemented a number of constructive capital improvements -- most notably the installation of all new heat-and-air conditioning units, electric sub meters, and intercoms. This came about as a result of a negotiation lead by Senator Daniel Squadron, Speaker Silver, City Council member Margaret Chin, congressman Jerry Nadler, and others. This was GPTA working collectively with our representatives at its best. Working together, as we have, we are confident that management will continue to upgrade the property."

Matthew Fenton
*photos by Robert Simko*

# Entertainment for All Ages
## Upcoming Highlights at Tribeca PAC

"Hatched!"

The Tribeca Performing Arts Center (Tribeca PAC), located on the campus of the
Borough of Manhattan Community College at 199 Chambers Street, offers an
remarkably wide range of dance, music, film, comedy and theatrical performances.

Along with the jazz, blues and many other genres for adult audiences, there are a large
number of programs that are appropriate for children as well. The upcoming concert
by "rock star" violinist David Wong who performs rock, pop, and other top 40 hits
with his ensemble group High Strung (Friday, November 14) is sure to appeal to all
ages.  The same goes for *Metropolis* (Thursday, November 13), a rousing musical
featuring hip hop, ballet, salsa and acrobatic dance styles that tells the story of
Shenzhen's transformation from a small fishing village into one of China's most
vibrant cities.

Tribeca PAC also offers shows specifically geared to children. The Tribeca Family
Theater series, primarily adaptations of classic children's books to the stage, caters to
the very young. On Saturday, October 25, an interactive show for toddlers and
preschoolers, *Hatched,* uses live music, dance, theater and puppets to tell the story of a
newborn chick who hatches into a bustling world. This is followed by Judy Blume's
*Otherwise Known as Shelia the Great* (November 15);  *A Christmas Carol,* (November 23)

and *Junie B. in Jingle Bells, Batman Smells!* (December 20). These Saturday performances are at 1:30pm and the $25 ticket price is reduced to $12 with the purchase of a 10Club membership for $120. More information is available at <span style="color:red">tribecapac.org/family</span>

The Schooltime Educational Theatre program presents plays, musicals, circuses, concerts, and dance for school-age children. This series is designed to supplement classroom curricula and subsidized tickets and study guides are available for school groups.  Their next offering is *City That Drinks The Mountain Sky* on Friday, October 24 at 10:15am and 12pm. Presented by the Hudson valley's Arm-of-the-Sea eco-conscious theater group, the play is set in the Catskills where puppet performers portray the importance of protecting the watershed and its valuable water supply.  On a related theme, *Water: Stories of Change,* live storytelling about the precious resource's destructive force, takes place on Monday, November 10 at 8pm.

For more information call (212) 220 - 1460 or visit <span style="color:red">tribecapac.org/theater</span>

All are welcome to join long-term recovery organizations
from all five boroughs on Tuesday, October 28 at a ceremony in
Bowling Green Park at 6:30pm to mark Sandy's two year anniversary.

Today's Calendar
Thursday, October 23

Calatrava's Transit Center

**Today's Greenmarkets**
*Bowling Green:* 8am - 5pm
*Andaz Farmers Market:* 11am - 6pm (Andaz Wall Street Plaza, Wall & Water Streets)
*Seaport Youthmarket:* 12 - 5pm (19 Fulton Street)
*Water Street:* 8am - 6pm (between Hanover Square and Broad Street)
*Available this month: spinach, red leaf lettuce, romaine and cauliflower, celery, fennel, leeks, baby scallion, baby onions, jerusalem artichoke, peanuts, napa cabbage and jujubes (an oval autumn South Asian fruit with the taste and consistency of an apple.*

**Downtown Libraries**
**Battery Park City Library**
*Mon. 10am-6pm; Tues. 12-8pm; Weds. 10am-6pm; Thurs. 12-8pm; Fri. 10am-5pm; Sat. 10am-5pm. 175 North End Avenue. 212 790-3499.* nypl.org
**New Amsterdam Library**
Mon. 11am-7pm; Tues. 10am-6pm; Weds. 11am-7pm; Thurs. 10am-6pm; Fri.10am-5pm; Sat. 10am-5pm. 9 Murray Street 212 732-8186. nypl.org

**Preschool Play**
Join toddlers, parents and caregivers for interactive play on the Wagner Park lawn. Toys, books and play equipment provided. Mon, Tues, Weds, 10am - 12pm. Through Oct 29. bpcparks.org

**Stories and Songs**
**Presented by the BPC Parks Conservancy**
Music and movement provided by live musicians for caregivers to enjoy with infants,

toddlers or preschoolers. Remaining sessions pro-rated. Register at 212-267-9700 ext. 363 or at bpcparks.org

**Smithsonian's National Museum of the American Indian** *Daily Screenings: Especially for Kids* Films for families. 10:30am, repeated at 11:45am. Free. americanindian.si.edu
*Cultural Presentation*
Meet a Cultural Interpreter, one of the Museum's Native American educators, and learn about materials from throughout the Americas. 2:00pm - 4:00pm. Free. americanindian.si.edu

**Concert At One at Trinity Church**
Concerts at One presents a series of professional vocal and instrumental performances by emerging and established artists that features a diversity of music styles, from jazz to classical. These weekly concerts provide a musical respite for neighborhood residents, downtown workers, tourists, and music lovers. This week: Early Music for Trumpet and Organ including works by Bach, Handel, and Palestrina featuring West Point artists Craig Williams on organ and William Owens on trumpet.
trinitywallstreet.org/concertsatone

**Wall Street Coin, Currency and Collectibles Show IV**
**Museum of American Finance**
The fourth annual Wall Street numismatic show (formerly the Wall Street Bourse) will once again take place at the Museum of American Finance. Themed "America the Beautiful" this year, dealers from near and far will trade, sell and tell stories about their coins, stock certificates, paper money, medals, autographs and other financial memorabilia. Begins today at 12pm-7pm and continues Friday 10am-4p and Saturday 10am-3pm (Auction 10:30am). moaf.org

**Wood Type Poster Workshop**
In this 3-hour workshop participants will collaborate on designing and printing a broadside poster from moveable wood type. Each student will go home with their test prints and 3 copies of the group's poster. 6pm. Bowne Printers, 209 Water Street.
southstreetseaportmuseum.org/events/

**Thursday Sunset Trips Aboard the Historic Tug Pegasus**
Tug Pegasus Preservation Project is offering Thursday Sunset Trips to raise funds for the restoration of the engineer's cabin, scheduled to start this winter. The trips will depart from Hudson River Park's Pier 25 at 5pm and return there at 7pm. Visitors on board will be treated to an unobstructed view of the sunset over the Hudson River from comfortable deck chairs enjoying light refreshments. Capacity of 12 at $100/person. To reserve a place emailpamela@tugpegasus.org. Continues each Thursday throughout October. tugpegasus.org

*photo by Robert Simko*

# This Day in History

# October 23nd

Claude de Jongh's 1632 "View of London Bridge"

1091 - Tornado strikes the heart of London killing two and demolishing the then-wooden London Bridge. 'London Bridge' refers to the numerous bridges that have spanned the River Thames between the City of London and Southwark over the years, the first of which were timber bridges built by the Roman founders of London. At one point, the London Bridge was a stone-arched bridge as well as a medieval structure. It is currently a box girder bridge

1888 - Pelham Bay Park in Bronx vested

1915 - Twenty-five thousand women march in New York City, demanding right to vote

1941 - Walt Disney's *Dumbo* released

1947 - Husband and wife, Dr. Carl Cori and Dr. Gerty Cori, are the first spouses to be awarded joint Nobel Prizes. The Cori's each received a fourth of the Nobel Prize in Physiology or Medicine "for their discovery of the course of the catalytic conversion of glycogen," and the other half went to Bernardo Alberto Houssay "for his discovery of the part played by the hormone of the anterior pituitary lobe in the metabolism of sugar"

1956 - Thousands of Hungarians protest against the government and Soviet occupation. This marked the start of The Hungarian Revolution, which was crushed on November Forth

1964 - *Time* magazine uses term "op art" for the first time

The Galileo spacecraft is deployed from Atlantis

1977 - Paleontologist Elso Barghoorn announces that thirty-four-billion-year-old one-celled fossils, the earliest life forms, had been discovered. Barghoorn has been called "the father of Pre-Cambrian palaeontology." He was born in New York City and in 1972 was awarded the Charles Doolittle Walcott Medal

1989 - Sixty-second American-manned space mission STS 34, the fifth flight for *Atlantis,* returns from space. The mission lasted just short of five days, and it was during this journey that the *Galileo* probe was deployed from *Atlantis* bound for Jupiter.

*Galileo* went on to become the first spacecraft to orbit Jupiter and later discovered the first asteroid moon

1998 - Israeli-Palestinian Conflict: Israeli Prime Minister Benjamin Netanyahu and Palestinian Chairman Yasser Arafat reach a "land for peace" agreement.

2000 - In what is known as the "Monday Night Miracle," the Jets, down thirty to seven at the end of the third quarter, pull together a rapid and improbable comeback with four touchdowns and a field goal in the fourth quarter, and eventually defeat the Miami Dolphins forty to thirty-seven in overtime

Titian's "Isabella of Portugal," 1584, oil on canvas

**Birthdays**

1503 - Isabella of Portugal, queen of Spain and empress of Germany

1844 - Robert S. Bridges, England, poet laureate from 1913 to 1930. A poet laureate is a poet who is expected to compose poems for special occasions. Bridges was a physician and a member of the Fellowship of the Royal College of Physicians of London, and subsequently the only medical graduate to have held the office of Poet Laureate

**Anniversaries**

1918 - Actor Charlie Chaplin, twenty-nine, weds Mildred Harris, seventeen

1996 - American caricaturist Al Hirshfeld, ninety-three, weds Louise Kerz

**Deaths**

1581 - Michael Neander, German mathematician, teacher, medical academic, and

astronomer. Neander, a lunar impact crater in the southeastern part of the near side of the Moon, is named for him

1901 - Georg von Siemens, founder of Deutsche Bank, dies

2011 - John McCarthy, American computer scientist and pioneer in the field of Artificial Intelligence, as well as the inventor of the Lisp programming language

*edited from various sources by Cora Frederick*

# Eyes to the Sky, October 20 - 24, 2014
## Orionids Meteor Shower, Dark Morning Highlights

Comet Halley, source of Orionids
Credit: ESA/Max-Planck-Institute

*"Orionid meteors are known for their brightness and for their speed. These meteors are fast - they travel at about 148,000 mph (66 km/s) into the Earth's atmosphere," researchers wrote on*

*NASA's Orionids page.*

The Orionid meteor shower and the movement from old to new moon add to the fullness of the skywatcher's calendar this week. There will be the seasonal comings and goings of the stars and the near miss of a partial solar eclipse that will be enjoyed west of our region (the sun will be setting here as the eclipse begins). Relatively late risers may take advantage of a special window of opportunity for indulging in the wonders of dawn star and planet gazing as some of the darkest mornings - latest sunrises of the year - will occur during the next two weeks due to the trick of extended Daylight "Saving" Time.

At dawn, planet Jupiter shines high in the southeast, above Regulus, the brightest star in the constellation Leo the Lion. Tomorrow, a delicate crescent moon lines up with the planet and the star. The crescent appears at the base of the line-up, adding ineffable charm to the early morning darkness. Recent to rise above the east-northeastern horizon at dawn, spectacular Arcturus may be seen to the left of the threesome until about 6:40, and a minute or two later everyday through November 1st. Sunrise tomorrow is at 7:13; on Saturday, November 1st, sunrise will be at 7:26, dawn at 6:57! These are the same sunrise times as from mid-December through January, and it will be colder then. Note that on November 2nd clocks fall back to Eastern Standard Time and the sun will rise at 6:27.

Watch the thinning crescent Moon pass Jupiter and Regulus in early dawn

Away from city lights, Orionid meteors may fall into your predawn viewing until November 7, although the peak of the meteor shower is predicted for after midnight tonight until 5:30am. The radiant is above Orion, to the south, but look with a wide view. About 20 awe-inspiring shooting stars per hour are predicted.

*Judy Isacoff*
NaturesTurn.org



# Community Board Meeting Scheduled October 28

**CB1 Monthly Meeting: Oct. 28**
**Location:** The National Museum of the American Indian, 1 Bowling Green, Diker
Pavilion for Native Arts and Cultures, 1st floor
**Guest Speaker:** John Haworth, Senior Executive, National Museum of the American
Indian in New York
**5:15pm:** A tour of the museum will be conducted prior to the meeting. Meet at the
ground floor at 5:15pm sharp and please RSVP to MAN01@cb.nyc.gov.
**6pm: A Public Hearing on CB1 Capital and Expense Budget Priorities
for the NYC fiscal year 2016 budget:**
This hearing is residents' opportunity to let Community Board 1 know what your
budget priorities are for our Lower Manhattan district. The board will finalize its
priorities during the business session of the meeting following the hearing. All
interested community residents are encouraged to attend. For more information call

212-442-5050 or email MAN01@cb.nyc.gov.

*photo by Robert Simko*

Subscribe to the BroadsheetDAILY by clicking HERE

The *Broadsheet*

(October 8 - 23) is now available

Click the page to preview

## The BPC Halloween Puppy Parade
### Saturday, October 25

The Thirteenth Annual BPC Halloween Puppy Parade will be held on Saturday, October 25, starting at noon, on the BPC Esplanade at the South Cove wooden arbor. The parade will proceed from there in a northerly direction along the Esplanade to the plaza near North Cove Marina (where the volleyball courts are usually set up).

Costumed dogs (and maybe their owners) will be judged on their creative getups. In addition to Best Costume, prizes are awarded in the large and small breed

categories for Best Owner/Dog Combo, Best Tail-Wagger, Best Dog Team, amongst others.

The event is hosted by the Battery Park City Dog Association, whose website provides event listings, helpful dog tips, and some great photos of dogs in costumes at bpcdogs.org.

*photos by Robert Simko*

# Your Guide is Ready
Click the cover and flip through the new edition.
Hard copies are available in building lobbies
or by calling 212-912-1106.

## The Doorman's Guide to Lower Manhattan 2014Look for it in your lobby!

# RiverWatch
## Arrivals and Departures

*Serenity* Now

## Thursday, October 23
*Explorer of the Seas*
Inbound 7:30 am (Cape Liberty terminal); outbound 4:00 pm;
9-day Eastern Caribbean cruise

## Friday, October 24
*Carnival Splendor*
Inbound 7:15 am; outbound 4:30 pm; 8-day Eastern Caribbean cruise

## Saturday, October 25
*AIDAluna*
Inbound 7:15 am; in port overnight
*Royal Princess*
Inbound 6:45 am; (Brooklyn terminal); outbound 5:00 pm;
11-day Eastern Caribbean/Florida cruise

## Sunday, October 26
*AIDAluna*
Outbound 6:30 pm; Caribbean/South America cruise
*Norwegian Breakaway*
Inbound 7:15 am; outbound 3:30 pm; 8-day Bahamas/Florida cruise

*Many ships pass Battery Park City on their way to and from the midtown passenger ship terminal. Others may be seen*
*on their way to or from docks in Brooklyn and Bayonne. Stated times, when appropriate, are for passing the Colgate*

*Clock and are based on sighting histories, published schedules and intuition. They are also subject to tides, fog, winds, freak waves, hurricanes and the whims of upper management.*
*Photo by Robert Simko*

Subscribe to the BroadsheetDAILY by clicking HERE

Subscribe to the BroadsheetDAILY by clicking HERE

# Downtown in the News

**Pace, Corporate Leaders Discuss Storm Preparedness At Summit,**
*greenburghdailyvoice.com,* October 21. "Pace University faculty and corporate and foundation leaders joined representatives from federal, state and local governments for the second "Summit on Resilience: The Next Storm" at Pace's Michael Schimmel Center for the Arts in Manhattan on Monday, Oct. 20."   Read more.

**Anthropologie seizes the entire Dey Street retail space,** *NY Post,* October 22.
"Quirky urban retailer Anthropologie has a lease out for 28,141 square feet at 195 Broadway, which would glom up the entire Dey Street corner retail space at the downtown office tower." Read more.

**Charting the Many Changes Coming to Tribeca's Hubert Street,** *Curbed,* October 22.
"For as short as Tribeca's Hubert Street is, the four block stretch between West and Hudson streets is undergoing a lot of change. Buzz Buzz Home first noted the "deep, luxurious rash" of new development poised to transform the street. Here's a look at what's to come." Read more.

**3 WTC to ride muni-bond market,** *Crains NY Business,* October 22.
"The sale of $1.6 billion of tax-exempt bonds to finance 3 World Trade Center is expected to take place as soon as next week, according to The Wall Street Journal. Developer Larry Silverstein is hoping to benefit from a turnaround in the municipal bond market." Read more.

**Proposal would toughen bridge trespassing laws,** *Crains NY Business,* October 13.
"Sen. Charles Schumer wants a federal law to prohibit trespassing on high-profile structures after incidents involving people who scaled the Brooklyn Bridge and World Trade Center." Read more.

The *BroadsheetDAILY*
is Lower Manhattan's daily newspaper covering Downtown news, people, places and events. It is published Monday through Friday and available by online subscription and on our website ebroadsheet.com.

The *BroadsheetDAILY* is an affiliate of
*The Broadsheet,* which is published every two weeks and distributed throughout Battery Park City, the Financial District, the South Street Seaport and Tribeca.

Managing Editor: Caroline Press
Reporter, Writer: Kate Louise O'Loughlin
News Editor: Matthew Fenton
Contributors:
Cora Frederick, Marti Ann Cohen-Wolf, Brian Rogers,
Alison Simko, and Sarah Smedley

Advertising Manager Kris Frederick

We welcome your comments, suggestions, kudos and criticisms.
editor@ebroadsheet.com

Robert Simko, Publisher
robert@ebroadsheet.com 212-912-1106

All articles and photographs in the *BroadsheetDAILY* are copyrighted and
may not be reprinted or republished without written permission.
© 2014



## THE BROADSHEET

Volume 19 Number 7 · April 4 - 18, 2015 · All Rights Reserved © 2015 The Broadsheet Inc. · ebroadsheet.com

# SEATING, WRITING, AND 'RITHMETIC

### Lower Manhattan Pre-K Capacity to Increase By 300-Plus This Fall

*By Matthew Fenton*

More than 350 new pre-kindergarten seats are coming to Lower Manhattan, starting in the fall of this year, the de Blasio administration announced on Tuesday. The total of 378 seats (198 of which are permanent, and 180 temporary) comprise a 17 percent share of the 2,202 new seats being created in all of Manhattan, as part of the mayor's commitment to making pre-kindergarten education universally available in the city. This share may represent a significant victory for Downtown community leaders and elected officials who have fought to win increased pre-kindergarten capacity in the area south of Chambers Street for years.

State Assembly member Sheldon Silver said, "after working on this issue with my School Overcrowding Task Force for the past year, Lower Manhattan has received a commitment for 378 additional pre-kindergarten seats for the upcoming 2015-2016 school year. I am grateful that the Department of Education has responded to our calls for additional seats to serve our fast growing Lower Manhattan community."

City Council member Margaret Chin said, "over the past year, I worked hard to advocate for new pre-K seats in Lower Manhattan, and I'm extremely pleased that we'll now have nearly 200 more permanent seats in our community for the upcoming school year, as well as 180 temporary seats in the Peck Slip School. These new seats will allow more families throughout the Battery Park City, Tribeca, the Financial District and the South Street Seaport areas to access the high-quality, full-day pre-kindergarten that is having such a powerfully positive impact all across our city, and I'll continue to push for more."

These seats will be spread among

*continued on page 2*

# AMENITIES FOR THE MANY OR FACILITIES FOR THE FEW?

### Elected Officials Meet with BPCA about Ball Fields and North Cove

*By Matthew Fenton*

### 'The work that has been done to make North Cove a community amenity must not be undone'

A delegation of Battery Park City Authority (BPCA) executives met with six elected officials representing Lower Manhattan on March 20 to discuss ongoing concerns about North Cove Marina and the Authority's process for allocating time on the Battery Park City ball fields.

State Senator Daniel Squadron hosted the meeting in his office. Also present were U.S. Congress member Jerrold Nadler, Manhattan Borough President Gale Brewer, Assembly members Sheldon Silver and Deborah Glick, and City Council member Margaret Chin. The BPCA was represented by Shari Hyman, the Authority's president and chief operating officer; Benjamin Jones, the BPCA's vice president for administration; Kevin McCabe, the BPCA's chief of staff, and Robin Forst, its vice president for external relations.

In a joint statement, the six elected officials said they called the meeting, "to continue our push for the community on two issues: access to North Cove Marina and the Battery Park City ball fields."

The statement continued, "on the marina, we made clear that the promise to provide affordable and adequate access to the marina and its sailing school must be kept. This must be true for young people and adults, and for casual users, in addition to those who pay tuition. The work that has been done to make North Cove a community amenity must not be undone."

Regarding the Battery Park City ball fields, the statement from the

*continued on page 2*

# NARCS NEED TO PARK, TOO

### Does Undercover Drug Unit Based in Brookfield Place Need to Curb Its Habit?

*By Matthew Fenton*

Battery Park City's already notoriously difficult parking situation may be on the verge of getting worse. A specialized law enforcement unit, HIDTA (which stands for High Intensity Drug Trafficking Area) recently moved into a 56,000 square foot space in the Brookfield Place office complex, occupying the entire 19th floor of 250 Vesey Street. The facility will be staffed with 250-plus law enforcement personnel from more than a dozen agencies, including the NYPD, the FBI, the DEA, Customs, United States Secret Service, the New York State Police, the New York City Department of Correction, and the New York State Division of Parole, among others. And if long experience is any guide, many of these officers will drive to work in cars bearing placards that effectively mean they can park anywhere.

At the Tuesday meeting of the Battery Park City Committee of Community Board 1 (CB1), chairman Anthony Notaro said, "officers have been taking over parking on the streets of northern Battery Park City. We've heard reports of problems from residents, particularly about entrances to buildings being blocked, so that emergency services or school buses can't get to the curb."

Captain Brendan Timoney, commander of the NYPD's First Precinct, said, "we've been working with the HIDTA command, which is not part of First Precinct, and we've had meetings with Brookfield Properties and the NYPD's Intelligence Division," which oversees HIDTA. "They have accepted our suggestions, and will leave space near the Irish Hunger Memorial and will try to leave more space open by building entrances."

"I'm not going to sit here and tell you those cars will disappear," Captain Timoney continued. "That unit is here to stay. It's a great thing for this community, it gives you extra police presence. But like anything else, you're going to have bumps in the road."

Captain Timoney cited the example of photographs of illegally parked vehicles displaying police credentials that he received. "We called the sergeant who is the integrity control officer at HIDTA," he re-

*continued on page 2*

# NEW RECTOR ASCENDS TO THE PULPIT AT TRINITY CHURCH

### Bill Lupfer Aims to Challenge Lower Manhattan Community in Ways Large and Small

*By Matthew Fenton*

Trinity Church, for 300 years one of the preeminent spiritual, cultural, and financial institutions in Lower Manhattan, has a new leader: the Rev. Dr. William Lupfer took the reins as Trinity's 18th rector on February 22. "It's a bigger and better job than I had expected," Dr. Lupfer reflects. "It's more complicated. But for a priest, those challenges are fun; they're exciting and energizing."

If the job is challenging, however, Dr. Lupfer also appears willing to challenge the community in which he is now a leader. In his first sermon as rector, he promised to lead Trinity into, "a wilderness of many voices" and reflected on making the church, "an outrageous community of gift-giving." He described this vision as, "the exact opposite of that little street right out there," gesturing toward Trinity's front doors, which open onto Wall Street. He spent his first working day as rector not in his office at Trinity but at Ossining prison, in upstate New York. "My ministry began in prisons," he recalls. "In Ossining, I visited cell blocks and attended a theology class with people serving life and others getting out in a few months. Some of them had lived or worked Downtown, and knew Trinity. I went into that prison and saw neighbors, not people who are in some way separate from us."

Within days of taking the helm at Trinity, Dr. Lupfer also moved to restart the process (already underway) of redeveloping Trinity's parish house at 74 Trinity Place. He re-booted the design process for what had been planned as a residential skyscraper by inviting not only the church's congregation, but also the entire Lower Manhattan community (and anybody else who wishes to participate) to take part in a dialog that will help determine the size, shape, and use of the new building. More than 200 people have thus far accepted the invitation, at open meetings held on February 28 and March 14. (There will be three more such sessions, with the next one scheduled for May 2.) "My biggest joy is working with groups in a way that invites

*continued on page 2*

# ARTS CULINARY, VISIONARY, AND LIVELY



**Shop, Sup, Slake... Repeat:** The wraps came off Brookfield Place's new retail and restaurant mezza at the end of March. A gaggle of new shops opened, including Babesta, Bonobos, Cos Bar, Diane von Furstenberg, J. Crew, Judith & Charles, Michael Kors, Omega, Paul Smith, Satya Jewelry, Theory, Tory Burch, Vince and Posman Books. They are soon to be joined by Hermès and Bottega Veneta and Saks Fifth Avenue will debut in 2016. But the launch that had gastronomes salivating was the food destination: Le District, was created by the HPH Restaurant Group, the impresarios behind Pier A, Harry's Italian, Adrienne's Pizza Bar, and many other notable Lower Manhattan eating spots. The Café District, opened first with coffee, crepes, waffles, pastries, and ice cream. The rest of the long-awaited, 30,000-square-foot, French-inspired marketplace debuted the following week, with chefs dedicated to bread, fish, cheese, wine, and meat. On the menu are two fine-dining restaurants: Beaubourg, which focuses on, "both classic French, and new New York," and L'Appart, where chefs will prepare meals to order before guests' eyes.



Unveiled in the Winter Garden at the same time as the new retail and restaurant offerings was Soft Spin (above), a sound and sculptural installation by artist Heather Nichol, consisting of six large-scale fabric forms suspended and gracefully swirling overhead. The effect reminded some passersby of gently undulating jellyfish, while young boys were usually reminded of looking up a giant skirt.



**Dance Hall Days:** The eleventh annual P.S. 89 Talent Show featured 108 kids, from kindergarten through fifth grade, in more than 60 performances, that ranged from singing, dancing, comedy, piano and guitar playing. Among the highlights were Emily Young-Squire singing "Unconditionally," as she accompanied herself on piano, Advika Sinha singing "Colors of the Wind," and Jordan Dattoma and Molly Nelson (above) tap dancing to "Piano," by Ariana Grande. All funds raised by the Talent Show go to the school's Parent-Teacher Association, to fund enrichments programs.

# NEWS & COMMENT

### Keeping Little Heads Above Water

Asphalt Green's Battery City community center is now accepting applications from schools for the September, 2015 start of its Waterproofing program, which provides free, 35-week courses in water safety and swimming skills to public elementary schools. Groups of kids from schools on the Lower East Side and Brooklyn currently come to Asphalt Green's Battery Park City campus one morning per week (during the school day) from September through May. Each year, the Waterproofing program hosts more than 2,500 students from 40 public schools. School administrators wishing to learn more about the Waterproofing program should e-mail *waterproofing@asphaltgreen.org*. Also, on April 25, Asphalt Green's Upper East Side facility will host the Big Swim Meet, a free competition open to kids aged six through 12 that will introduce new swimmers to the thrill of a 25-yard race, complete with starting blocks, a timed finish, and t-shirts and medals for all. Separately, the festivities will also include a Big Swim Benefit luncheon to raise funds for the Waterproofing program. Parents can register their children to participate in the Big Swim Meet (free of charge) at *asphaltgreen.org*. To purchase tickets for the Big Swim Benefit, call 212-369-8890 (ext. 2232) or e-mail *benefit@asphaltgreen.org*.

### 'An Unforeseen Calm'

On Sunday, April 12 (at 1:30 pm) Trinity Wall Street will host its annual Poetry Festival at St. Paul's Chapel (209 Broadway, at the corner of Vesey Street). Among the readers will be J. Chester Johnson (author of half a dozen volumes of verse, who also collaborated with W.H. Auden on the modern translation of the Psalms) and Anne-Marie Fyfe, whose poem, "Interstate," an eloquent elegy about a woman deserting her husband at the side of a road, contains these lines: "She's onto the freeway, jittering across lanes. And why, he'll wonder, now that the kids are gone, now that they're free to hit the road each that they're free to hit the road each spring."

### Need for Mail Enhancement

The U.S. Postal Service's "Battery Park Retail Unit," an automated substation located at 88 Greenwich Street (near Rector Street), will close permanently on April 17. A Postal Service representative says that this move stems from the landlord's decision not to renew the lease for the facility, but also said that the Postal Service has no plans at this time to replace the Battery Park Retail Unit with a similar facility anywhere nearby. Once the Battery Park substation is closed, the nearest automated kiosks will be located at Whitehall and Bridge Streets, and the closest full-service post office will be the Church Street Station.

> "To what purpose, April, do you return again?
> Beauty is not enough.
> You can no longer quiet me with the redness Of little leaves opening stickily.
> I know what I know."
> —Edna St. Vincent Millay

---

## Knickerbocker
### CHAMBER ORCHESTRA
#### GARY S. FAGIN, MUSIC DIRECTOR

### Music of the Gilded Age

**KCO Soirée-Fundraiser at the elegantly restored Pier A!**

Monday, April 20, 6pm to 9pm

Join us for fine wine and delectable hors d'oeuvres, admire stunning sunset views of New York Harbor, and listen to delightful Gilded Age melodies, including "After The Ball," "Ta-ra-ra Boom-de-ay," and "There'll Be A Hot Time In The Old Town Tonight," performed by KCO Music Director Gary S. Fagin and his wonderful KCO musicians! Tickets are $125 per person. Go to www. knickerbocker-orchestra.org to make reservations, or call 917-929-8375. Seating is limited!


physique swimming
2015 Downtown Summer Day Camp!

Pine Street School
June 29 – Aug 29

Swim every day!
Cooking, science,
sports, and more!

kids
5-11

lunch

The Pine Street School | 25 Pine Street | physiqueswimming.com | 212.725.0939



Under STRESS? In PAIN?
ACUPUNCTURE
can enhance your well-being

Dr. Jonathan L. Harwayne
Board Certified Acupuncturist
in Battery Park City
212-786-9292
ACUPUNCTURE-DOC.COM
Accepting BlueCross BlueShield

---

TRIBECA FILM FESTIVAL
AT&T

## TRIBECA DRIVE-IN®
BROOKFIELD PLACE AT 230 VESEY STREET

PRE-SHOW ACTIVITIES BEGIN AT 6:00 PM
FILMS AT APPROX. 8:15 PM, RAIN OR SHINE.

CO-SPONSORED BY   HOSTED BY Brookfield Place

TRIBECAFILM.COM/FESTIVAL

30TH ANNIVERSARY SCREENING
APRIL 16 CLUE

60TH ANNIVERSARY SCREENING
APRIL 17 LADY AND THE TRAMP

TFF WORLD PREMIERE
APRIL 18 A FASTER HORSE

# THE BROADSHEET



**BUCKLE MY SHOE**
NURSERY SCHOOL   Est. 1981

TOURS BY APPOINTMENT
40 Worth St
212-374-1489
230 W 13th St
212-807-0518
www.bucklemyshoe.org

continued from page 1

## Next Year, Education Will Begin a Year Earlier for 378 Lower Manhattan Kids

five locations. At the Seaport District's new Peck Slip School (which is slated to open in September), space that will not be needed for several years will temporarily house 180 pre-kindergarten seats. The ground-floor space in Tweed Courthouse (the Department of Education's headquarters, on Chambers Street) that has hosted an incubator for the Peck Slip School for several years, will house 54 permanent pre-kindergarten seats, once Peck Slip has vacated that facility and moved to its permanent building. Around the corner from the Tweed building, at Two Lafayette Street, a new permanent facility containing 36 pre-kindergarten seats is being created within a City-owned building.

The final location, at Two Washington Street in the Financial District, may prove to be contentious. This site, where a permanent facility containing 108 pre-kindergarten seats is being created, is in the same building as Expo-

"But the biggest problem is this," Mr. Hovitz continues. "Where are all those pre-kindergarten students going to attend school the following year? They're all going to need kindergarten seats in September 2016, and first grade seats the year after that. But those seats don't exist right now, because all of our elementary schools are full. And those seats are unlikely, even in the best-case scenario, to exist for several more years."

"So I'm happy for Downtown parents who will have a place to send their kids next September," concludes Mr. Hovitz. "But those same parents are going to be very unhappy in the fall of 2016, when the Department of Education begins turning them away."

Eric Greenleaf, a Lower Manhattan parent who is also a member of Sheldon Silver's Overcrowding Task Force, notes, "the large number of new pre-kindergarten seats for Downtown is welcome news that the Department of



Lots More Pencils, Lots More Books: Lower Manhattan will soon have an additional 378 seats for pre-kindergarten students like these, as a result of a concerted push by Downtown elected officials and community leaders

nents, a drug-addiction treatment center that stirred controversy in early 2014, when it announced just before the New Year holiday that it would be moving into the building days later. At the time, local leaders criticized this as an attempt to evade legal requirements for advance notice and consultation with the community before siting such as facility.

What security measures will be in place at Two Washington Street to keep pre-kindergarten students segregated from the recovering drug addicts and persons with criminal records who comprise a significant portion of Exponents' clientele was not immediately clear.

There are also other unanswered questions related to the expansion of pre-kindergarten service in Lower Manhattan. "We've been fighting for a pre-kindergarten center at Tweed for some time," says Paul Hovitz, co-chair of Community Board 1's Youth and Education Committee. "So this is welcome news. But Tweed has been the go-to site for incubation for new schools in Lower Manhattan for years – most recently for Peck Slip, and the Spruce Street School before that. The Department of Education says they are now looking for a site for a new, 500-seat elementary school in Lower Manhattan. But even if they found a site tomorrow, now that Tweed is committed as a pre-kindergarten center, where would they incubate that new school while its building is under construction? Another concern is that if the Department of Education can find space for 300-plus pre-kindergarten seats in Lower Manhattan, why can't they find a site for the 500-seat elementary school they've been promised for years?"

Education is serious about meeting the needs of our youngest students, who represent the fastest-growing segment of Downtown's population. However, we will need to make sure that there are enough elementary seats for these same kids when they start kindergarten. That is one reason why it is so important to find a site, soon, for the elementary school that the Department of Education has funded Downtown."

Tricia Joyce, who chairs Community Board 1's Youth and Education Committee, says, "while I am very happy, of course, to see more pre-kindergarten seats opening in our neighborhood, I am concerned that there might be a loss of some perspective. One hundred and eighty pre-kindergarten students in the extra rooms at our new Peck Slip school is hard to imagine."

Ms. Joyce adds, "it was surprising to see that we instantly gained over 300 pre-kindergarten seats for the neighborhood, when the Department of Education still hasn't been able to secure a location for the new elementary school, our most urgently needed seats, 16 months after they were approved and funded. If there is no Kindergarten for our pre-kindergarten students to matriculate into, all of this will be for naught."

Catherine McVay Hughes, chair of Community Board 1, says, "the addition of 378 pre-kindergarten seats for the upcoming school year is excellent news from Assembly member Silver and his School Overcrowding Task Force. The excellent public school system is a key reason why families want to stay Downtown and enjoy the community that we have worked hard to build together."

continued from page 1

## Peds See Red Over Feds' Sleds

counted, "and they were moved right away."

Captain Timoney also said the HIDTA office had rented 130 parking spaces within 250 Vesey Street, but said that many of these were for official police vehicles, used in undercover operations. "There are some nondescript vehicles cars they don't want public to get sight of," he said. He was unable to estimate, however, the number of personal cars that officers assigned to HIDTA might drive to the office and park on nearby streets.

Dennis Gault, a member of CB1's Battery Park City Committee who lives in the north neighborhood, said, "the problem is especially bad for the aged. Yesterday, one of these private cars parked in front of a bus stop. The shuttle bus that had come to pick up an elderly woman was unable to get to the curb, so she had to step into the slush."

Captain Timoney replied, "no officer should be parked in a bus stop. The elderly and the young, we have to protect them."

Mr. Gault continued, "I've seen fire trucks trying to access buildings, but unable to get to the front door."

Captain Timoney answered, "I'm worried about a school kid who has to walk out in the middle of the street because a bus can't get to the curb. No parent should have to worry about their kid getting to school safely. Police vehicles should not be blocking fire hydrants, bus stops, or crosswalks."

Battery Park City is the most parking-deprived community in the five boroughs of New York City. With a residential population of more than 13,000, it has just 201 parking spaces available to the public, of which 58 are metered and 143 are unregulated, except by alternate-side parking rules. (These figures are taken from a report by the City's Department of Transportation issued in 2008, the most recent year for which statistics are available.) While there is ample curb space within the community's 92 acres (enough for more than 1,600 parking spaces), 59 percent of it falls within zones that are signed "no standing" (785 spaces) and "no parking" (581 spaces). Much of the rest is set aside for commercial vehicles, buses, and vehicles displaying government placards.

continued from page 1

## New Rector at Trinity Church

their wisdom," Dr. Lupfer says of the groundbreaking dialog he has sparked.

"I mean 'wilderness' as a place where we meet God," Dr. Lupfer explains. "It's a place of incredible exploration and spiritual richness, but it's also a place where there is no map, no guide." He continued, "in the wilderness, we have to slow down and listen to each other, because we find the way together," and observed that, "there is no map for Trinity, no book to tell us what to do."

Dr. Lupfer notes that, "the most challenging, interesting part of the job is alignment between staff, community, and vestry," the body that serves as Trinity's board of directors. "How do we communicate and get aligned so that all the energy, passion, and interest can be mined and focused and brought out together?" He answers, "we're going to look for the commonality and we're going to connect based on that."

Finding commonality is a thread that is woven deeply into Dr. Lupfer's life. When he and his wife, Kimiko Kaga, married in 1990, "both of our families had concerns," he recalls. "Our parents were from a generation in which Japan and the United States had been at war with each other." But when his father-in-law's health failed, a few years later, he invited Dr. Lupfer to baptize him on his deathbed. "Even at that moment," Dr. Lupfer reflects, "he was teaching me and the rest of the family how to live. He was a very wise man."

Dr. Lupfer's arrival comes at a pivotal time for Trinity Church, which has weathered centuries of

change in the community it anchors. A parish of farms and residences when the church was founded, Lower Manhattan eventually morphed into a seaport and industrial district, and then a warren of office towers for financial firms. During these years, Trinity ministered to the



Trinity Church's new rector, the Rev. Dr. Bill Lupfer

spiritual needs of bankers and lawyers on their lunch hours, but became a church without a true congregation, because so few people lived in Lower Manhattan. Finally, in the decade following the terrorist attacks of September 11, 2001, Lower Manhattan has become a residential community once again. "Religious communities look to their past to anticipate their futures," Dr. Lupfer observes. "One of the opportunities we see now with the community gathering here is to share with the local community. We can share space, as we design our new building. And we share by being a voice for people whose voices aren't heard very often, by having a heart for people who are suffering."

Dr. Lupfer concluded his February 22 sermon by predicting, "we're going to go big, we're going to go bold, and the world will notice. Get your rest folks, because it's beginning."

## WORLD TRADE CENTER DENTAL GROUP, PC

**Services Offered:**
- Cleaning • Digital X-Rays
- Restorative Crown • Bleaching
- Implants • Veneers • Implants
- Restorative and Cosmetic Dentistry

Dr. Richard Marchitto DDS has been practicing dentistry for over 40 years in Lower Manhattan. His first office was in the WTC North Tower. After 9/11 he moved to 42 Broadway just up the block from the Bowling Green Bull

Recent studies have linked Periodontal Disease and Heart Health.

Brushing and flossing may actually decrease the risk of coronary heart disease.

Come in for a checkup and learn more about how the health of your teeth plays a significant role in your general well-being.

We offer an oral pre-cancerous exam with the velscope detection tool.

**Most Insurance Accepted**
Insurances accepted Aetna PPO, Cigna PPO, Delta Dental PPO,Guardian PPO, EmpireDental PPO

Richard Marchitto, DMD
42 Broadway, Suite 1536
212.968.0631
wtcdentalgroup@aol.com
wtcdentalgroup.com



## CLASSIFIEDS & PERSONALS

SWAPS & TRADES
RESPECTABLE EMPLOYMENT
LOST AND FOUND
212-912-1106
EDITOR@EBROADSHEET.COM

**WE BUY JEWELRY & GOLD**
Located in Battery Park City
Appointments made citywide.
212-213-4000

**HELP RESEARCHERS**
Did you 'ride out'
Superstorm Sandy?
Share your perspectives with us!
Online survey: www.surveymonkey.com/s/RodeOut
Or contact Prof.Sharon Moran
rodeoutthestorm@gmail.com
or 929-244-027

**MAKE TIME FOR ART!**
Ages 6 - adult. Certified art
Parker vzulyz@gmail.com
Fb: vzulyz, inc

**CUSTOM-MADE TUTORING**
Private tutoring specially tailored to each student's needs.
Focus on the accumulation of Intellectual Skills.
Gabriel Lord Kalcheim
212 228-1314   917 837-5132

**SPANISH LESSONS**
from a native Spanish speaker
(Spain). Adults, children,
test preparations.
Alíviolari@yahoo.es

**HOUSEKEEPING**
Home Health Attendant seeks
FT babysitting and/or companion
position. Available anytime. 14
years experience as hotel housekeeping attendant. Excellent refs
and resume available.
Call Audrey 646-346-9219

**EXCELLENT CARE GIVER**
with 14 years of exp. seeks
LI/LO pos. as Home Attendant
or Elder Care Companion to
care for your loved ones. Refs
avail. Please call Iona or Pollyann
347-730-2817

**OCCASIONAL BABYSITTING**
Former NYC Teacher
Experienced
BPC Resident
fleurkinde@aol.com

**POCKET WATCHES**
and wristwatches sought
Any condition 212-912-1106

Piano or Guitar Lessons
**212-786-4376**
The perfect gift.
All ages, all levels,
all types of music.
Many years of experience,
first lesson on me!!

**COMING SOON!**





**Battery Park STRONG HEALTHY WOMAN BOOT CAMP**   5:30am M/W/F

Training for what you want
your LIFE to look like,
not just your BODY

1on1 Training | Wellness Coaching | Nutrition Concierge
**StrongHealthyWoman.com**   646.454.0777

Celebrating 8 years of keeping downtown women looking HOT!

## 10% OFF ANY REPAIR

## Chander Auto Repair, Inc.

Formerly in Tribeca, Chander Auto Repair has relocated to Mott Haven in the Bronx and for your convenience is now offering
Pick Up and Delivery of your vehicle for repairs and NYState Inspection
Call Derrick 347-682-7429 chanderauto@yahoo.com

## BATTERY PARK
**VISION ASSOCIATES, PC**

**Doctors of Optometry**
*"We Cater to the Hard to Fit"*
2015 is our 27th Year in Battery Park City

Dr. David Naparstek   Dr. Michele Maxwell

101 Battery Place   212-945-6789 batteryparkvision.com



**AsphaltGreen**

ENROLL NOW FOR
SUMMER DAY CAMP!

June 29–August 21, 2015

AGES: 4–13 YEARS

OPEN HOUSE
APRIL 14
6–7 pm

BATTERY PARK CITY
212 North End Avenue
(AT MURRAY STREET)
212.298.7900
asphaltgreen.org

**Trade Center Locksmith & Hardware**
We Either Have It Or
We'll Get It For You!
Building & Apartment  Supplies
45 New Street
212-962-1086
tradecenterlocksmith.com

To Advertise: 212-912-1106