# THE BROADSHEET

## IDEALISM HAS A NEW ADDRESS IN LOWER MANHATTAN

U.S. SENATOR CROSSES THE RIVER TO TOAST PUBLIC SERVICE GROUP THAT
LAUNCHED HIS CAREER, AS QUIRK OF TAX LAW MAKES 40 RECTOR STREET A
MAGNET FOR EDUCATIONAL, CULTURAL, AND SOCIAL-JUSTICE ORGANIZATIONS

*By Matthew Fenton*

An often-overlooked 1920 office building, designed by the architects who created Grand Central Terminal, is becoming a magnet for non-profit groups moving to Lower Manhattan. The latest public-service organization to make the commercial condominium at 40 Rector Street its home is the Urban Justice Center (UJC), a renowned non-profit that provides legal services and advocacy for New York's most vulnerable populations. The UJC held a ribbon-cutting ceremony on March 2 in its new offices, where the organization has taken all 32,000 square feet of the building's ninth floor.

From this facility, said Doug Lasdon, UJC's founder and executive director, the organization will, "continue being a voice for the voiceless New Yorkers, serving the City's most vulnerable and marginalized communities." UJC fields ten legal teams that specialize in helping populations with few other places to turn for help, including victims of domestic violence, impoverished veterans, Iraqi refugees, sex workers, the mentally ill, and children who are gay, lesbian or transgender. UJC's move to 40 Rector was made possible by a $5 million grant from the City Council, spearheaded by City Council member Margaret Chin and Manhattan Borough President Gale Brewer. Ms. Brewer told the UJC team, "people's lives are being saved because of your work." Ms. Chin, whom Ms. Lasdon called, "our guardian angel," said, "Urban Justice has made our City so much better, and we look forward to helping you build a stronger, more progressive City."

UJC Senator Cory Booker, whose first job after Yale Law School was as a UJC staff attorney, recalled, "I first worked for UJC in East Harlem, during a summer when police sweeps were going on and so many of our young people were getting churned into the criminal justice system. We need to take our legal system and try to make it a justice system again. Today, in many cities, so many of our young kids get ground into the criminal justice system and even when they are let out, they still continue pay a price, whether because they were put in solitary confinement, which other countries consider torture, or because they can't get jobs after a felony conviction for being involved with drugs on a level that, frankly, the last three presidents have admitted to."

"I grew up in a middle-class, all-white town in New Jersey," Senator Booker recalled. "We were the first black family to move in, and we had to bring a court case to make that happen. My father called us four raisins in a



U.S. Senator Cory Booker (left), Urban Justice Center executive director Doug Lasdon (center), Manhattan Borough President Gale Brewer (partially obscured), and City Council member Margaret Chin (in red) cut the ceremonial ribbon opening UJC's new Lower Manhattan headquarters.

cup of ice cream. He would tell me, 'don't you dare walk around like you hit a triple; you were born on third base.' He meant that this world demands something of us."

"This country will never live up to its truth until it recognizes the value, the worth, and the dignity of every one of its citizens," Senator Booker continued. "We have a Declaration of Independence, but the spiritual truth of America is a declaration of interdependence: We need each other. These bonds, these links have to be honored."

After UJC sent Mr. Booker to Newark to begin on behalf of slum residents, he left the organization in 1998 to run (successfully) for City Council. In 2006, he was elected mayor of Newark, and in 2013 he was elected the junior United States Senator from New Jersey.

The UJC was founded by Mr. Lasdon in 1984, based on the then-unique idea of providing legal services directly to the poor where they were: in soup kitchens, at homeless shelters and on the streets. The organization expanded its vision to include exposing and eradicating the legal and legislative causes of systemic poverty. Early UJC cases established the right of homeless people to receive public assistance and held the City was legally responsible for the plight of youth who age out of the foster care system. Today, UJC has more than 120 staff in offices throughout the five boroughs. In 2014, UJC



A Condo for the Quixotic: 40 Rector Street: as it appeared shortly after its 1920 opening, when West Street was the Hudson River waterfront

closed over 11,000 cases benefiting 19,000 clients.

The UJC's move is part of a larger migration to the commercial condominium at 40 Rector Street by groups trying to make the world a better place. At the building, the UJC will be neighbors with the Grace Institute, which recently announced that it will soon move into the building. The Grace Institute, which provides tuition-free education and training in business and administrative skills to economically disadvantaged women, is relocating from the Upper East Side. When it started more than a century ago, the organization saw classes in cookery, millinery, and dressmaking as engines of upward social mobility. Today, the Grace Institute (more than 45 percent of whose students are single mothers earning less than $10,000 per year) focuses on instruction in computers, keyboarding, and business writing.

Another will be Metropolitan College of New York (MCNY), which will occupy 110,00 square feet on three upper floors, as well as renovating and reopening the building's former main entrance and grand lobby on West Street, which has been shuttered for decades. (In addition to the school's entrance lobby, the ground floor will house an admissions office and conference center.)

MCNY, the Grace Institute and UJC  will be joining a herd of other public-service organizations that have recently planted their flags at 40 Rector. The China Institute (a group founded in 1926 to foster understanding of China through programs in education, culture, business and art), Big Brothers Big Sisters, and the National Association for the Advancement of Colored People, have also moved there, driven in part by a provision in the tax code that allows nonprofit organizations to avoid paying real estate tax on office space that they have purchased, but would be indirectly liable for in rented space. (The building is a commercial condominium, where offices are owned by their occupants, rather than rented.)

Originally called the Barrett Building (for the pioneering chemical company that was a leading manufacturer of roofing tar in the late 1800s, and was later absorbed into the Allied Chemical conglomerate), 40 Rector was designed by the firm of Warren and Wetmore, seven years after the 1913 opening of Grand Central Terminal. The firm was also famous in the Jazz Age for signature Manhattan structures such as the Crown Building, the New York Yacht Club and Steinway Hall.

The 17-story Renaissance Revival structure faced the Hudson River waterfront when it opened, but the subsequent development of Battery Park City, which is built on landfill (partially comprised of spoil excavated from the World Trade Center foundations) pushed the shoreline back by several hundred feet, starting in the late 1960s. (The building also served as the first headquarters of the Battery Park City Authority.) In the 1970s, 40 Rector Street ceased to be a premium address and the building fell on hard times, becoming back office space for number of City agencies. It was further eclipsed after the terrorist attacks of September 11, 2001, in the wake of which, the Rector Street Pedestrian Bridge was built directly in front of it. But that span was always intended to be temporary, and is now expected to be demolished in the next few years, when a permanent pedestrian bridge is erected one block to the south, at West Thames Street. This, plus the influx of high-profile public service organizations, marks a new renaissance for the building, which is eligible for both the State and National Registers of Historic Places, but is currently listed on neither.

"MCNY is delighted to announce a new permanent home in lower Manhattan," said MCNY president Vinton Thompson. "This facility will support our highly regarded professional-degree programs, and we are starting to talk to other non-profit condominium buyers about turning the building into a beehive of collaboration."

## YOUTH PROGRAMMING

### NEW SUMMER PROGRAM SEEKS TO INTRODUCE KIDS TO COMPUTER CODING

*Text and photo by Marc Ann Colvin-Warf*

All over the world kids are learning to code. (That's "write computer programs" for those not up on the current jargon.) In Estonia, the country that introduced Skype to the world, schools start by teaching it to six-year-olds. In England, computer science classes are mandatory in public schools for children ages five to 16. In 2016, Finland will make it part of the curriculum. Israel's high school computer science program is one of the most demanding in the world. India is considering making it part of the standard curriculum. While the United States is making a push for STEM (science, technology, engineering, math), we don't have a national curriculum (or even a New York City curriculum) that ensures learning to code.

When Battery Park City resident, entrepreneur Igor Lamser, started thinking about a new business, he knew he wanted to do something with kids. "I knew that there was a need for something other than just athletics and crafts and arts. I started thinking about what would be great to have for kids here in this neighborhood." Influenced by the experiences of his own high-school age children, and the popularity of Girls Who Code (a national nonprofit organization that seeks to close the gender gap in the technology and engineering sectors by educating, inspiring, and equipping high school girls with the skills and resources to pursue computing careers), Mr. Lamser says, "the biggest reason is because all of a sudden I just started hearing things about coding, coding, coding. What I thought about is there's a whole bunch of things out there as far as coding is concerned for girls, for teenagers, but there really isn't anything for kids seven and eight years old but what to do coding."



Ashley Gavin and  Igor Lamser have created a summer program to introduce children to computer coding skills

And so, with Ashley Gavin, who was the founding curriculum director of Girls Who Code and has designed curriculum for The Dalton School, Hopscotch and Wesleyan University, Mr. Lamser started Kids N' Coding. The first roll out will be this summer with coding camps for kids aged 6 to 13. Each session is five half-days. The first one starts June 8, with a new camp each week throughout the summer.

"The main thrust of what we're trying to do is allow kids to have logical, problem solving, critical thinking processes. They'll be able to code simple things," explains Mr. Lamser. "We're trying to make kids think a different way. That's what computer science is all about. That's what coding is all about."

For more information, please browse *kidsncoding.com*.



Colorful, kid-friendly interfaces, like this one, invite children aged eight to 13 to cultivate computer programming skills



**Summer Music & Art Camps in Tribeca**

Develop your child's creativity with Church Street School for Music & Art.

Camps Begin June 22nd

Music & Art camps for all ages. Birthday Parties & Space Rentals. Private & Group Instrumental Lessons.

www.churchstreetschool.org   212-571-7290   74 Warren St



**Summer Fun at Leman Manhattan Prep**

✳ CAMP LÉMAN

JUNE 22nd - JULY 31st

Located in the heart of the financial district, our phenomenal facilities include a gymnasium, indoor pool, rooftop playground and more. Campers return each summer to embrace the expected and marvel in the unexpected!

More information is available at
CampLeman.org

**Lower Manhattan's first International Baccalaureate for elementary & middle school**

Pine Street School combines two globally recognized best practices — Montessori and International Baccalaureate — for a uniquely powerful learning experience. The curriculum includes real world applications, mastery in English and Spanish, community service, travel, substance, diversity and absolute engagement. It is a truly innovative way to prepare students to be problem solvers and thought leaders.

Now enrolling Kindergarten, 1st Grade & 2nd Grade for 2015-2016





25 Pine Street
between William & Nassau

Pine Street School



**DOWNTOWN DAY CAMPS: AGES 4-13**
*Memories That Last a Lifetime*

SPACE IS FILLING UP FAST

REGISTER ONLINE TODAY!

JUNIOR DIVISION: GRADES K-3          SENIOR DIVISION: GRADES 4-8

Private Pool • Field Sports • Pier 25 • Karate • Tennis • Arts & Crafts • Music & Drumming
Movement • Story Pirates • Song Shows • Weekly Field Trips • Choice Time For Senior Division Campers

www.manhattanyouth.org          BUSING AVAILABLE
Tribeca | Battery Park City | Lower Manhattan



# SUNDAYS AT ST. PAUL'S

NEW 45-minute service Sundays at 9:15am.

**St. Paul's Chapel** | Broadway and Fulton Street
trinitywallstreet.org/stpauls

Relaxed. Participatory. Joyful.


Trinity

# THE BROADSHEET

VOLUME 19 NUMBER 7    APRIL 4 - 18, 2015    LATITUDE 40°42'40 · LONGITUDE 74°01'02    PAGE 4

continued from page 1

## ELECTED OFFICIALS PUSH BPCA ON PUBLIC ACCESS TO COMMUNITY FACILITIES

elected officials said, "we make clear that the use of Battery Park City's recreational fields should be prioritized for locally-based, non-profit, youth recreation organizations—particularly our long-serving Downtown Little League and Downtown Soccer League—as originally intended. After hearing concerns from Downtown Little League about proposed field-time reductions in the coming season, we worked to ensure that DLL's thousand-plus Lower Manhattan kids will have needed access to Battery Park City fields this Spring."

BPCA president Shari Hyman said, "we had a very productive meeting with our elected officials last week to discuss both the North Cove Marina and our ball fields. With regard to North Cove Marina, we reiterated our commitment to community programming for adults and children that is both affordable and accessible and our common interest in ensuring that programming for the marina reflects this. With respect to the ball fields, we acknowledged our shared priority to provide local non-profit youth leagues, along with



Elected officials want to protect public use of facilities like North Cove Marina

schools and school-based organizations, with field time. The current spring season reflects this commitment as these groups received 95 percent of the total available permits for the season."

The six elected officials seemed to view neither of these issues as settled, however, responding that, "we appreciate BPCA's openness to the priorities we raised, but we will continue to push until we have a firm commitment going forward and a positive outcome in the neighborhood, at North Cove Marina and at the ball fields." In a conclusion that refers to a broader issue, manifested in both the controversy over North Cove Marina and concerns about the BPCA's process for allocating time on the ball fields, the elected officials said that the Authority, "must prioritize residents and the broader local community, rather than a narrow few with the deepest pockets, when considering access to the amenities available in the community."

**THE BROADSHEET INC**

Editor in chief · Matthew Fenton
BroadsheetDAILY Editor · Jack Pickering
Contributors · Marti Ann Cohen-Wolf,
Cora Frederick, Caroline Price, Brian Rogers,
Alison Simko, Sarah Smedley
Advertising manager · Kris Frederick
Publisher · Robert Simko
editor@broadsheet.com
212-912-1106

Next Issue: April 18
Ad Deadline: April 13
robert@broadsheet.com

ISSN# 1539-9060
375 South End Avenue, NYC 10280
To subscribe to the BroadsheetDAILY
go to ebroadsheet.com
Annual print subscriptions ($60) are available.

## EYES TO THE SKY
April 4 - 17, 2015

### PASCHAL MOON — Passover, Easter and Spring Stargazing

Each year, the dates of Passover and Easter are determined by the date of the first full moon after the vernal equinox, known as the paschal moon in the Judeo-Christian tradition. Passover begins on the day of the paschal moon, whereas Easter is observed on the first Sunday following the full moon that follows the equinox.

This year the equinox was March 20th. The first day of Passover is Saturday, April 4th, when the moon becomes full at 8:05am EDT. The first Passover Seder is celebrated Friday evening the 3rd because the Jewish calendar date begins at sundown of the preceding night. Easter Sunday is April 5th, the first Sunday after the first full moon after the equinox. Before the advent of ecclesiastical calendars the dating of these holidays was primarily based on astronomical observations and could change in response to the harvest of the spring season's crops in the Near East. Currently, the rare date that varies from the vernal equinox formula is dictated by an ecclesiastical calendar.

The New York Amateur Astronomy Association (NYAAA) opens its downtown stargazing season on the High Line, 10th Avenue near the 14th Street entrance, on April 7th at dusk, that's about 8 o'clock. The season runs every Tuesday through the end of October. Daylight stargazing — safe solar viewing — takes place on the High Line beginning at 6pm of the first Tuesday of the month starting in May. Professionals and knowledgeable volunteers conduct observing both naked eye and with telescopes for AAA members and the public. The organization has a full schedule of opportunities to engage in astronomy at many locations throughout the city. For up-to-date information, go to http://www.aaa.org/

*Judy Isacoff*
*NaturesTurn.org*



## Calendar
PLEASE CONFIRM INFORMATION AS DETAILS MAY HAVE CHANGED SINCE WE COMPILED THIS CALENDAR

### MON 6
**Scrabble Day**
Adults play Scrabble at the Tribeca branch of the New York Public Library, 9 Murray Street. Free. 12pm. New York Public Library. 212-732-8186. www.nypl.org



**History of the Building of the Twin Towers**
Architectural historian and author Anthony Robins shares stories of the history and architecture of the original World Trade Center complex. Free. 6:30pm. Tribute WTC, 120 Liberty Street. www.tributewtc.org

### TUE 7
**A City for Children**
Book talk by Marta Gutman. In her study of everyday architecture and 19th- and early 20th-century urban reformers who were women, Marta Gutman focuses on the use and adaptive reuse of everyday buildings in Oakland, California, to make the city a better place for children. Free. 6:30pm. Skyscraper Museum, 39 Battery Place. www.skyscraper.org

### WED 8
**Glittering World: Navajo Jewelry of the Yazzi Family**
Discussion about Navajo jewelry through the lens of the gifted Yazzi family of Gallup, NM. The new exhibition places Navajo jewelry making within its historical context of art and commerce, illustrates its development as a form of cultural expression, and explores the meanings behind its symbolism. Free. 4pm-5pm. Smithsonian's National Museum of the American Indian One Bowling Green. www.americanindian.si.edu

### THU 9
**Traces of the Underground Railroad in Tribeca**
From Frederick Douglass to David Ruggles to Sojourner Truth, the stories of resistance to the slave system in the North and South are tied to downtown Manhattan. Tribeca is little known as the cradle of early black leadership, the locus of vigilance committees, publications, church activists and escaped slaves formed an early society dedicated to defying oppressive laws and racist ideas. Meeting location is provided after ticket is purchased. $20. $15. 2pm. Municipal Art Society. www.mas.org

### FRI 10
**Walking Tour: George Washington's New York**
90-minute walking tour of the Financial District, with an emphasis on George Washington, Alexander Hamilton and 18th century financial history. Price includes museum admission. $15. 11am. Museum of American Finance, 48 Wall Street. 212.908.4110 www.moaf.org

### Celebrating Armenian Culture
In this concert, renowned Armenian-American 'oudist and musician, Ara Dinkjian pays special tribute to the tribulations and resilience of the Armenian people with a new album of Armenian songs entitled "1915-2015 Truth & Hope". Dinkjian, on 'oud, will be accompanied by a string quartet and guest musician, Tamer Pınarbaşı, on santur. $20. 8pm. Alwan for the Arts, 16 Beaver Street, 4th fl. alwanforthearts.org

### SAT 11
**Tax Aid and Preparation**
Courtesy of AARP. Tribeca branch of the New York Public Library, 9 Murray St. Free. 10:30am-3pm. www.nypl.org



On Monday April 6th at 6:30pm, architectural historian and author Anthony Robins shares stories of the history and architecture of the original World Trade Center. Free at Tribute WTC, 120 Liberty Street

### MON 13
**Baddawi**
Palestinian author Leila Abdelrazaq's discusses her debut graphic novel "Baddawi", an intimate narration that documents growing up as a Palestinian refugee in Lebanon during the civil war and Lebanon's constant state of political turmoil. $10, $5. 7pm. Alwan for the Arts, 16 Beaver Street, 4th fl. alwanforthearts.org

### TUE 14
**Pen Parentis**
Fantasy Salon with with Lev Grossman, Marly Youmans, and Kelly Link. The night begins at 7pm with networking over wine, compliments of Andaz Wall Street. Readings and signings will be followed by Q&A. Pen Parentis Literary Salons were founded to celebrate the creative work of writers that are also parents, and are a great place to meet industry notables.Free. 7pm. Hotel Andaz, 75 Wall St. www.penparentis.org

### WED 15
**Toddler Music with Irka Mateo**
Drop in with your toddlers (18 months - 4 years) and learn about Taíno culture through stories, song, movement and hands-on activities. Repeated at 11:15am. Free. 10:15am. Smithsonian's National Museum of the American Indian, One Bowling Green. www.americanindian.si.edu

### Steal a Pencil for Me
Documentary film of the true story of Jack and Ina Polak, and the secret love letters they wrote which sustained them during the horrors of war. The screening will be introduced by Jack and Ina's daughter, Margrit Polak, and their granddaughter, Sofi, and will include the unveiling of new video footage of the couple in the AFC gallery. Space limited. Reservations recommended. All commemorative events in 2015 are free for Holocaust survivors. $8, $5. 6:30pm-8:30pm. Anne Frank Center, 44 Park Place. www.annefrank.com. 212 431 7993

### THU 16
**Tribeca Film Festival Drive In**
Celebrate the 14th Tribeca Film Festival at the annual Drive-in on the Waterfront Plaza at Brookfield Place. Watch new and classic films under the stars, along with fun pre-show activities and treats for the entire family. Also April 17 and 18. Check website for details. www.brookfieldplaceny.com

### A Moment of Zen Meditation Group
Scientific studies show that just 10 minutes of meditation a day relieves stress and improves your health and well-being. Take time out of your busy schedule to come to the New Amsterdam library to learn meditation and find inner peace. Once a month we will teach, practice and discuss meditation. No prior experience necessary – just bring an open mind! Free. 1pm-1:45pm. Tribeca branch of the New York Public Library, 9 Murray Street. www.nypl.org

### Work Up 1.2
Dance performances by Evvie Allison, Ayano Elson & Alex Romanini. $20, $15. 7:30pm. Gibney Dance, 280 Broadway, Entrance at 53 Chambers St. Also April 17 and 18. 212-677-8560. www.gibneydance.org

### Yom Hashoah: Holocaust Remembrance Day
Come to the Museum to remember those who were lost and learn from those who survived. Day-long observance. Donations welcome. Free. 10am-5pm. Museum of Jewish Heritage - A Living Memorial to the Holocaust, 36 Battery Place. 646-437-4202. www.mjhnyc.org

### SAT 18
**Building Blocks**
Hands-on exploration and learn about different materials architects use to construct buildings. Then, using stacking blocks, kids will construct the sturdiest tower and recreate famous New York Skyscrapers! Ages 4-8. RSVP required. $5. 10:30am-11:45am. Skyscraper Museum, 39 Battery Place. www.skyscraper.org

### Exodus: Dreams of the Promised Land in Antebellum America
Concert. The enduring power of liberation imagery in the early American consciousness comes to life through early spirituals and Shaker hymns performed with historic texts selected from abolitionist writings, slave and suffragette narratives. Frounces Tavern, one of the first sites of American government, sets the stage for chilling beautiful American repertoire. Performances by The Western Wind Vocal Ensemble and guest actors. $25-$100. 4pm. Frounces Tavern Museum, 54 Pearl St. www.frouncestavernmuseum.org. 212-425-1776

**COMING SOON!**



To Advertise: 212-912-1106

**Jack's Hair Salon**
New York Mercantile Exchange
1 North End Avenue
212-619-4030
7:30am - 5:30pm
Monday - Friday

## Easter
### Celebrate with us
### Sunday, April 5, 11:00 am
### John Street United Methodist Church
44 John Street
between Nassau and William Streets
www.johnstreetchurch.org ~ 212.269.0014
info@johnstreetchurch.org

## REGATTA NEW YORK REALTY
LICENSED REAL ESTATE BROKERS
SERVING BATTERY PARK CITY FOR 25 YEARS
300 Rector Place Ste. 3R
212-945-2121
www.REGATTANY.com

BILL GRAIZEL
BILL@REGATTANY.COM

GARY SEIDEN
GARY@REGATTANY.COM

## ARRIVALS & DEPARTURES
### CRUISE SHIPS IN THE HARBOR



Many ships pass Battery Park City on their way to and from the midtown passenger ship terminal. Others may be seen on their way to or from docks in Brooklyn and Bayonne. Stated times, when appropriate, are for passing the clock and are based on sighting histories, published schedules and intuition. They are also subject to tides, fog, winds, freak waves, hurricanes and the whims of upper management.

| | | INBOUND | OUTBOUND | |
|---|---|---|---|---|
| Wednesday, April 1 | MV Europa 2 | 7:15a | 3:30p | Hamburg, Germany |
| Sunday, April 5 | Norwegian Breakaway | 7:15a | 3:30p | Great Stirrup Cay |
| | Quantum of the Seas | 6:15a(Sun) | 4:30p | Bahamas Cruise |
| Monday, April 6 | Norwegian Gem | 9:15a | 4:30p | San Juan |
| Sunday, April 12 | Quantum of the Seas | 9:15a | 4:30p | Great Stirrup Cay |
| | Norwegian Breakaway | 6:15a(Sun) | 4:30p | Bahamas Cruise |
| Tuesday, April 14 | Costa Atlantica | 3o pm overnight | | |
| Wednesday, April 15 | Norwegian Gem | 9:15a | 4:30p | St. Maarten |
| Thursday, April 16 | Costa Atlantica | | World Cruise | |
| Sunday, April 19 | Norwegian Breakaway | 7:15a | 3:30p | Great Stirrup Cay |
| Wednesday, April 22 | Amadea | 7:15a | | overnight |
| Thursday, April 23 | Amadea | | 6:30p | Hamburg via Canada |



## GOOD FRIDAY & EASTER AT TRINITY WALL STREET

### GOOD FRIDAY · April 3
Good Friday Worship, J.S. Bach's *St. John Passion*
Trinity Church, 12–3pm

Veneration of the Cross & Personal Meditation
Trinity Church, All Saints' Chapel, 3–4pm

Good Friday Family Liturgy | Trinity Church, 4–5pm

### EASTER EVE · April 4
The Great Vigil of Easter with Holy Baptism
St. Paul's Chapel, 8–10pm

### EASTER DAY · April 5
Easter Festive Eucharists
St. Paul's Chapel, 8am | Trinity Church, 9am and 11:15am

Easter Festive Eucharist for Families with Children
St. Paul's Chapel, 9:15am

Trinity Church
Broadway at Wall Street

St. Paul's Chapel
Broadway and Fulton Street

trinitywallstreet.org
212.602.0800

The Rev. Dr. William Lupfer, Rector
The Rev. Phillip A. Jackson, Vicar

Watch live webcast at trinitywallstreet.org





# Downtown News & Events
## Thursday April 30, 2015

# BPCA Paid Publicist $45,000 for 'Tangible and Intangible Activity'

Authority Awarded Contract Using 'Informal Process' Outside of Normal Bidding Procedure; 'Discretionary' Retainer Just Under Limit That Would Have Triggered Stricter Policy

The Battery Park City Authority, shown here at the January 22 board meeting (during which it awarded the management contract for North Cove Marina to Brookfield Properties), faced a firestorm of criticism over the decision. It was during this period that the BPCA paid $45,000 to an outside public relations consultant to help burnish its image among the press and the public. This has raised questions about the circumstances under which the firm was hired and what work it did in exchange for the fee.

Last fall and earlier this year, the Battery Park City Authority (BPCA) paid $45,000 in taxpayer money to a politically connected public relations firm, which was awarded the contract under what an Authority spokesman calls an "informal" process, during a period when the Authority had little contact with the media and few stories about it appeared in the press. The BPCA says that the firm helped arrange favorable coverage of the Authority in the New York Times, the New York Daily News, and the New York Post. But reporters at these newspapers say that the consultant hired by the BPCA never spoke to them, or else played a minor role in their stories

The BPCA's annual Procurement Report, part of its required yearly filings with the State, says that Hiltzik Strategies was retained by the Authority on September 22 of last year, and continued to work through February 6 of this year. Billing statements and a contract disclosed by the BPCA confirm that the firm was paid $10,000 per month for the first four months of that period, and an additional $5,000 for the remaining fraction of a month between January 22 and February 6. The contract was described as "consulting services" for "strategic communications."

When the Broadsheet asked the BPCA how many hours of work Hiltzik Strategies performed during this period, and what hourly rate that amounted to, Authority spokesman Kevin McCabe answered, "Hiltzik performed strategic planning and targeted public relations services based on direction provided by BPCA. They were paid on a retainer basis, not an hourly rate basis."

Although the BPCA's Procurement Report states that the contract for this work was awarded to Hiltzik Strategies through competitive bidding, there is no record of a Request for Proposals (RFP), the normal manner of soliciting bids for such a contract, on the BPCA's website. This website contains entries for dozens of contracts put out to competitive bid during throughout 2014, some of them for services as mundane as planting trees and printing postcards. Nor is there any mention of such an RFP on the website of the New York State Contract Reporter, a central clearinghouse for such bid solicitations.

As a result, it appears that other firms were not aware of (and were thus unable to bid on) the BPCA's desire for a strategic communications consultant. Mr. McCabe responded that, "there was no formal RFP process. Instead, there was a telephone solicitation to two firms." Mr. McCabe continued that these firms, "were interviewed by a special committee formed by BPCA to identify a firm for a short-term contract for strategic public relations services. Hiltzik was one of those two firms, and it was the successful recipient of the contract." The BPCA has not disclosed the name of the second bidder, so the Broadsheet has not been able to confirm this account.

"Based on standard New York State procurement regulations," Mr. McCabe added, "discretionary awards of less than $50,000 are permitted with an informal bidding process based on industry standards for these type of smaller procurements."

The Broadsheet could find no published mention of Hiltzik Strategies ever having represented a New York State government agency or authority in the past, work that might arguably credential the firm to represent the BPCA. Asked for clarification on this point, Mr. McCabe said, "the firm and its principal are well-known in the public sector and political arenas. Hiltzik's team has extensive government-sector experience, having handled communications for both elected and government officials in New York City and Albany." The BPCA did not respond to a request for the names of government agencies that Hiltzik Strategies has worked for in the past. A spokesman for Hiltzik Strategies did respond to a request for comment for this story.

Hiltzik Strategies, which specializes in "crises management," has represented a diverse range of public figures from Hillary Clinton to Bill Cosby

Hiltzik Strategies was founded by Matthew Hiltzik, a Democratis political operative who has advised the

campaigns of a roster of influential elected officials in New York State, including former U.S. Senator (now presidential candidate) Hillary Clinton, U.S. Senator Chuck Schumer, former State Attorney General and Governor Eliot Spitzer, and State Comptroller Thomas DiNapoli. His firm bills itself as a crisis management specialist, and has most recently attracted notice advising comedian Bill Cosby as he battled multiple allegations of sexual assault, as well as Ray Rice, the National Football League running back who was videotaped punching his wife on an elevator.

It was not immediately clear what crisis the BPCA was facing between September, 2014 and February of this year that would call for hiring a firm that specializes in advising clients as they deal with disastrous publicity. One possibility would be the controversy over North Cove Marina, the management contract that the BPCA took away from highly regarded local resident and small businessman Michael Fortenbaugh and awarded to Brookfield Properties, amid vociferous opposition from the community and local elected officials. But this scenario appears unlikely, because responses to the North Cove RFP were not received by the BPCA until October 24, a full month after Hiltzik Strategies was retained. For the BPCA to retain the Hiltzik firm to manage public opinion about the North Cove selection, it would have been necessary for the Authority to have known in September of last year, long before it received any proposals, that it was going to make a choice that would inspire widespread criticism.

Mr. McCabe responded, "Crisis management is only one of the services Hiltzik Strategies provides. Hiltzik also provides strategic counsel and positioning, profile management, message development, media training, media relations, and brand-building. Crisis management is a loosely-used term to refer to managing negative press, not necessarily a crisis. Hiltzik was especially helpful in presenting BPCA's perspective in a positive light." He added that, "The firm represented the interests of BPCA and often had to mitigate negative news stories that appeared."

When the Broadsheet requested copies of work product created by Hiltzik Strategies, such as press releases, brochures, informational videos, and strategy memoranda, the Authority declined to provide any, but offered as examples of the Hiltzik firm's work three stories that appeared in the New York Times, and referred to unspecified other stories that the BPCA says appeared in the New York Daily News and the New York Post.

The reporters who wrote two of these articles for the New York Times described for the Broadsheet the role played by Hiltzik Strategies in their stories. David Dunlap, who wrote a piece about the opening of Pier A that appeared on January 14, said, "the Authority's spokesperson, Robin Forst, pointed me toward Hiltzik, and they arranged for me to speak to BPCA president Shari Hyman." It is unclear what value was added by Hiltzik acting as a go-between. Ms. Forst is the BPCA's vice president of external relations, a post that encompasses dealings with the community, other government agencies, and the press. In any case, Mr. Dunlap's story, which is 835 words long, contained a single quote from Ms. Hyman, which is 25 words long.

The second story Mr. McCabe pointed to was written by Anemona Hartocollis, and appeared on December 15. It dealt directly with the controversy over North Cove Marina. Ms. Hartocollis told the Broadsheet, "I don't really remember anybody," from Hiltzik Strategies. But, after a review of her e-mail from that period, she recalled, "somebody from that company may have given me the Authority's side of the story. They might have been helpful, but they were certainly not instigators." Indeed, Ms. Hartocollis's story is 1,097 words long, but contains only a 63-word statement from the Authority, and does not quote or identify anyone from Hiltzik Strategies as representing the BPCA. The third New York Times story, about shopping and dining in Battery Park City, appeared on April 2 of this year. At 848 words, it contains a single ten-word quote by Ms. Hyman. The Broadsheet could not determine what role (if any) Hiltzik Strategies played in this story, because the author, Paola Singer, is a freelancer and did not respond to requests for comment.

Mr. McCabe also pointed to coverage in the New York Daily News and the New York Post as examples of the results produced by Hiltzik Strategies. During the period when Hiltzik worked for the BPCA, the Daily News ran two stories that mentioned the BPCA. Both were written by Tobias Salinger and both covered the controversy surrounding North Cove Marina. (They appeared on January 20 and 22.) Mr. Salinger told the Broadsheet, "I never spoke with Hiltzik Strategies, or anyone who works for them. The only person I dealt with was the BPCA's in-house spokesperson, Robin Forst. She was their mechanism for responding to the media."

Mr. McCabe additionally indicated that Hiltzik Strategies helped the Authority secure favorable coverage in the New York Post. But a search of the Post's website indicates that the newspaper ran only one article about the BPCA during the time Hiltzik worked for the Authority. That was published on October 5, two weeks after Hiltzik began working for the BCPA. This story focused on BPCA executives receiving raises of up to $30,000. It is not clear how this article could be construed as favorable. But the authors of the story, Isabel Vincent and Melissa Klein, told the Broadsheet, "we never dealt with anyone from Hiltzik Strategies for our salary story." They added that, Robin Forst, "the spokeswoman for BPCA handled our requests for information."

But Mr. McCabe contended that, "BPCA regularly receives multiple media inquiries and currently has no in-house press or communications officer, hence the need to outsource these services."

"Hiltzik collaborated with BPCA staff on internal and external communications," Mr. McCabe continued, "including drafting public releases, statements, remarks, and reports." During the four and one-half months that Hiltzik Strategies worked for the BPCA, the Authority held no press conferences and issued only a handful of documents that might be described as press releases. A review of the News section on the BPCA website shows that the vast majority of these were legally required public notices, consisting of no more than three sentences, announcing upcoming meetings of the BPCA's board. In January, there was a paragraph-length notice about snow removal procedures, along with a one-sentence notice about applications for use of the ballfields being available. In December and October, there were three short profiles of BPCA staff members.

The one document that seems clearly to have been intended as a press release was the January 22 announcement that the BPCA had selected Brookfield Properties as the new operator of North Cove Marina. But it is not clear whether this was written by anybody from Hiltzik Strategies, by BPCA personnel, or by an employee of Brookfield. The contact number at the bottom of this document directs inquires to Ms. Forst's telephone number at the BPCA, and not to Hiltzik Strategies.

"Managing external communications about BPCA is both a tangible and intangible activity," Mr. McCabe contended. "Much of Hiltzik's work may be tangibly documented or intangibly reflected in the strategic mitigation of negative press about BPCA." He added that, "BPCA was very pleased with the quality of the press that was developed and secured by Hiltzik during the several months of their term work on our account."

*Matthew Fenton*
*Top and Bottom Photos by Robert Simko*

# Aid for Nepal

The immense and catastrophic power of Nature has once more been unleashed, this time on Nepal, and its people. The photos above and below attest to this unexpected and massive power. The Financial District Lions Club is collecting donations to aid the victims. Funds collected will be sent to the Lions Clubs International in Nepal for distribution to where it is most needed. 100% of funds contributed will to causes the Lions support.

You may donate through pay pal here

or you may visit FiDi Lions Club webpage here and click "DONATE".

To view more pictures of the damage, please click here.

*Photos Courtesy of Imgur.com*

# Calendar

**Greenmarkets:**
Bowling Green: 8am - 5pm
Andaz Farmers Market: 11am - 6pm at the Andaz Wall Street Plaza (near Wall &
Water Streets)
Water Street: 8am - 6pm (between Hanover Square and Broad Street, through Nov.
20)
Seaport Youthmarket: 12 - 5pm (19 Fulton Street)

**Downtown Libraries**
Battery Park City Library
Thurs. 12-8pm. 175 North End Avenue. 212 790-3499. nypl.org
New Amsterdam Library
Thurs. 10am-6pm. 9 Murray Street 212 732-8186. nypl.org

**Poem in Your Pocket Day Neighborhood Poetry Read-In**
Join our young pocket-poets and other special guests for an afternoon of readings and fun! We invite you to bring a poem of your choice to share, or find one here at Poets House. A great after-school event for families and poetry lovers of all ages, and a festive culmination of our year-long work with local school children. 10 River Terrace. free. 3 - 6 pm. www.poetshouse.org

**Computer and E-book Assistance for seniors at the Battery Park City Branch Library, 175 North End Avenue.**
Call 212 790 3499 to schedule a one-on-one session with a librarian to have your questions answered-everything from introduction to computers, putting library books on your e-reader, accessing the internet to advanced searches using the library's databases.

*Photos by Robert Simko*

# Today in History

George Washington's first inauguration, at Federal Hall

311 - Emperor Galerius legally recognizes Christians in the Roman Empire
1772 - John Clais patents first scale
1789 - George Washington inaugurated as first president of the Unites States
1803 - The territory of the United States doubles in size through the Louisiana Purchase
1808 - First practical typewriter finished by Italian Pellegrini Turri
1821 - Nicaragua declares independence from Spain
1859 - Charles Dickens' *A Tale of Two Cities* is first published in literary periodical All the Year Round. The great literary work was presented in weekly installments which lasted until November 26th.
1864 - New York becomes the first state to charge a hunting license fee
1904 - The walk-away edible ice cream cone made its American debut at the 1904 Saint Louis World's Fair. Nobody knows for certain who made the first ice cream cone. Paper and metal cones had been used in Europe for some time to hold ice cream. Lebanese immigrant, Abe Doumar built one of the first machines in the

United States for making ice cream cones and created waffle type cones by adapting a waffle iron into a cone oven.

1925 - Automaker Dodge Brothers, Incorporated is sold to Dillon, Read and Company for one-hundred and forty-six million dollars with an additional fifty million dollars that went to charity.

1939 - New York World's Fair opens. One of the first exhibits to receive attention was the Westinghouse Time Capsule, which was not to be opened for five-thousand years (the year 6939). The time capsule was a tube containing writings by Albert Einstein and Thomas Mann, copies of Life Magazine, a Mickey Mouse watch, a Gillette Safety Razor, a kewpie doll, a dollar in change, a pack of Camel cigarettes, millions of pages of text on microfilm, and much more. The capsule also contained seeds of foods in common use at the time.

*Cover of serial Tale of Two Cities publication*

1961 - First shuttle flights between Washington D.C., Boston and New York begin

1991 - In Bangladesh a cyclone killed over one-hundred and thirty thousand and turned nine million homeless

2008 - Two skeletal remains found near Ekaterinburg, Russia, were confirmed by Russian scientists to be the remains of Alexei Nikolaevich, Tsarevich of Russia and one of his sisters.

2009 - Chrysler automobile company files for Chapter 11 bankruptcy.

2009 - Failed attack on the Dutch Royal Family results in seven deaths and seventeen injured.

2012 - The unfinished One World Trade Center overtakes the Empire State building to become the tallest building in New York

**Birthdays**

1777 - Carl Friedrich Gauss, mathematician

1877 - Alice B. Toklas, American companion of Gertrude Stein

**Deaths**

1883 - Édouard Manet, dies at fifty-one. Édouard Manet and Claude Monet were French painters of the same era. Manet was one of the first nineteenth-century painters to paint modern life and played a great role in the transition from Realism to Impressionism. Much of Monet's work epitomized the Impressionist philosophy of presenting what one perceives from nature, and the name of the movement was inspired from the title of his painting Impression, soleil levant. The two became friends while in Paris

*The Grand Canal of Venice, Manet, 1875*

1900 - John Luther Jones, dies in Cannonball Express train wreck

1945 - Adolf Hitler commits suicide at fifty-six

1983 - George Balanchine, Russian ballet choreographer, dies from Creutzfeldt-Jakob disease at seventy-nine

*Compiled from various sources online by Cora Frederick*

The new edition of *The Broadsheet*
(April 20 - May 4) is available in lobbies now.

The Broadsheet is distributed to most doorman residential buildings
in Battery Park City, the Financial District, the Seaport, and Tribeca.
www.ebroadsheet.com

Subscribe to the BroadsheetDAILY by clicking HERE

Subscribe to the BroadsheetDAILY by clicking HERE

# The *BroadsheetDAILY*

is Lower Manhattan's daily newspaper covering Downtown news, people, places
and events. It is published Monday through Friday and available by
online subscription and on our website ebroadsheet.com.

The *BroadsheetDAILY* is an affiliate of
*The Broadsheet*, which is published every two weeks and distributed throughout
Battery Park City, the Financial District, the South Street Seaport and Tribeca.
Managing Editor: Jack Pickering
News Editor: Matthew Fenton
Contributors:
Marti Ann Cohen-Wolf, Caroline Press,
Brian Rogers, Alison Simko, and Sarah Smedley
Advertising Manager Kris Frederick
We welcome your comments, suggestions, kudos and criticisms.
editor@ebroadsheet.com
Robert Simko, Publisher
robert@ebroadsheet.com 212-912-1106

All articles and photographs in the
*BroadsheetDAILY*
are copyrighted and may not be reprinted or republished without written permission.

© 2015

# Downtown News & Events
## Friday May 1st, 2015

## Well?

BPCA Has Yet to Finalize North Cove Contract with Brookfield; Authority Continues to Conceal Bids and Other Information; Marina Remains Empty

Three months after the Battery Park City Authority (BPCA) sparked widespread outrage by taking North Cove Marina away from the local resident and small businessman who operated highly regarded community programs there for more than a decade, and giving the facility (which is legally mapped as parkland) to a pair of companies that were major contributors to the reelection campaign of Governor Andrew Cuomo (who oversees the BPCA), the Authority has yet to sign a contract with the companies it selected to operate the marina, and is unable to announce opening dates for any of the public benefits that it promised would result from this decision.

Multiple sources within the BPCA confirm that the Authority continues to negotiate with Brookfield Properties, the owner of the giant Brookfield Place retail complex that is located directly adjacent to North Cove, and has not yet signed a contract that will allow the facility to open. When asked to comment on this, BPCA spokesman Kevin McCabe answered on April 29 that, "over the past few months, the Authority has been negotiating with Brookfield to finalize our contract with them. A final contract is anticipated to be signed in the coming days."

The lack of a finalized agreement may be viewed as surprising, especially in light of the fact that the BPCA took an extra month before announcing its decision about North Cove, making the designation public in January, rather than in December of last year (as originally scheduled). At the January 22 meeting of the BPCA's board, Authority chairman Dennis Mehiel remarked that the additional weeks had allowed

the agency to review the terms of its understanding with Brookfield. "We took that time, went back, spent a little bit more time, clarified our expectations and their commitments," Mr. Mehiel said.

A source within the BPCA professes bafflement at this development, asking, "how did they not have a contract ready and waiting for a signature? Especially when they took an extra month to decide, and especially when preparations for the upcoming sailing season had to begin immediately?"

The start of the traditional sailing season is now weeks away. As a result of the Authority's failure to conclude an agreement with the operator they chose, they are also unable to announce start dates for any of the dozen-plus benefits that they cited as justification for the choice of Brookfield Properties, a company with no experience in managing marinas. (Brookfield partnered in its North Cove bid with Island Global Yachting, a company that operates luxury marinas for super yachts. Both Brookfield and Island Global's founder, Andrew Farkas, contributed several hundred thousand dollars to the 2014 reelection campaign of Governor Andrew Cuomo.)

Dennis Mehiel

At the January 22 meeting, BPCA president Shari Hyman promised that Brookfield's offerings would include, "adult courses, a sailing club, summer camp programs, disabled sailor programs, water safety courses, Arts Brookfield on the waterfront, sailing scholarships, disabled veterans programs, philanthropy regattas, and childhood education about Hudson River ecosystem," as well as numerous other benefits.

When *The Broadsheet* asked the Authority to specify when each of these programs would begin, Mr. McCabe responded, "Once the contract has been fully executed, we will issue a press release offering additional details on these amenities." This claim, even if borne out, may prove to be of little value to Lower Manhattan residents who wish to avail themselves of the marina this summer. Parents who want their children to attend a sailing camp in July and August, for example, are now making final arrangements. And no option involving North Cove Marina has been available to them. Similarly, many of the other benefits promised by Ms. Hyman may turn out to be impossible to implement in the short time remaining between now and summer. This possibility was not disclosed by the BPCA when it announced that Brookfield would be taking over North Cove Marina.

When asked if failure to implement any (or possibly all) of these programs would constitute non-performance on Brookfield's part, raising the possibility that the company might be declared in default (which could void their contract), Mr. McCabe answered, "No.  These as well as other events and activities are anticipated during the

term of the contract." Because the term of Brookfield's agreement with the BPCA runs through the year 2025, this appears to raise the possibility some of the amenities promised by Brookfield and the Authority may be years away from implementation.

This prospect could inspire renewed criticism of the BPCA by community leaders and elected officials who wanted to preserve a role at North Cove for Michael Fortenbaugh, who operated the marina from 2005 through the end of 2014. Mr. Fortenbaugh was one of the bidders for the new contract, and was also willing to continue running programs there (such as his highly regarded sailing school and summer camp) under the aegis of a new operator, in the event that he did not win the new contract.

Indeed, a BPCA source who has seen Brookfield's proposal says that it contains language praising Mr. Fortenbaugh and the programs he ran at North Cove, and advocates keeping him on, to continue operating those programs. "In Brookfield's response to the RFP," this source recalls, "they say that the current operator of the club is highly respected, we should give him right of first refusal and we should give him a preferential reduction in rent."

Shari Hyman

In any event, none of this has come to pass. Mr. Fortenbaugh says he was never offered such an arrangement and Brookfield declined to comment when asked whether they would consider it. When asked for a copy of their bid to manage North Cove, Brookfield referred *The Broadsheet* to the Battery Park City Authority. But, for the three months since Brookfield was named the new operator, the Authority has denied repeated requests under New York State's Freedom of Information Law (FOIL) to release this document. Mr. McCabe said, "Until a contract has been signed and fully executed, a FOIL response cannot be honored. Section 87.2C of the New York State Public Officers law prescribes that prior disclosure would impair current or future contract awards."

This appears to be a misreading of the law. Section 87.2C allows (but does not require) an agency to deny the public access to a bidder's proposal, but authorizes such a move only when disclosure would directly interfere with a pending contract. New York State courts have repeatedly ruled that this exemption is, "to be narrowly construed," and that agencies invoking it must provide, "particularized and specific justification" for refusing to disclose such records. The BPCA has offered no such explanation, insisting instead that the mere fact of the contract with Brookfield not yet being signed amounts to a blanket exemption from disclosure requirements under

FOIL.

Bob Freeman, the executive director of the New York State Committee on Open Government (the agency legally responsible for overseeing FOIL compliance) disagrees with this position. He told *The Broadsheet*, "I don't know why at this juncture disclosure would impair the ability of the agency to make the best possible deal." Mr. Freeman has written multiple advisory opinions about similar cases in which he noted that, "it is difficult to envision how disclosure... would adversely affect an agency's ability to engage in the best contractual arrangement on behalf of the taxpayers."

When *The Broadsheet* asked the Authority directly why the arrangement described in Brookfield's bid for North Cove (keeping Mr. Fortenbaugh on as a program operator) had not been pursued, Mr. McCabe would say only that, "Mr. Fortenbaugh has moved his operations to Jersey City. We look forward to the operations of the marina being managed by Brookfield."

In Jersey City, Mr. Fortenbaugh has already opened the sailing school and sailing club that he operated for more than a decade at North Cove. He is prepared to open the sailing camp for children as soon as school lets out for the summer.

Two BPCA sources theorize that the reason Mr. Fortenbaugh has been denied a place at North Cove is that Authority chairman Dennis Mehiel was angered by the widespread criticism surrounding the decision to give the marina to Brookfield. The first source says, "before this turned negative, Dennis Mehiel was very sympathetic to saying to Brookfield, 'make this work with this guy.'" The second source says, "Michael Fortenbaugh needs to apologize to Dennis Mehiel," and speculated that Mr. Fortenbaugh would not be allowed to do business at North Cove until this happened. A Lower Manhattan elected official directly familiar with the situation says that the mention in Brookfield's bid of keeping Mr. Fortenbaugh on at North Cove was not meant to be deceptive, but has not come to fruition because, "Brookfield is a tenant of the Authority, just like everybody else in Battery Park City, and they aren't going to do anything against the BPCA's wishes."

North Cove, filled with boats, last summer.

When *The Broadsheet* asked the Authority directly whether Mr. Mehiel required an apology of Mr. Fortenbaugh, Mr. McCabe answered, "BPCA looks forward to the advancement of the marina under Brookfield's management. We wish the former licensee much success in the future."

Separately, two other widely respected operators of community programs at North Cove, the vintage sailing yachts *Shearwater* and *Ventura*, are facing an uncertain future. Their possible return to North Cove has been put on hold by the BPCA's failure to finish negotiations with Brookfield. But a source directly familiar with the situation says that preliminary discussions have not been encouraging. This source says initial indications are that these vessels will see their seasonal rental more than triple. (Mr. Fortenbaugh, as operator of North Cove, did not increase these rates for a decade.) When asked to explain this, Mr. McCabe said, "Any negotiations with these entities would be with Brookfield once the BPCA contract has been signed."

In the meantime, the BPCA continues to withhold information it previously promised to disclose, while also predicting that such information will vindicate its decision to give North Cove to Brookfield. At the January 22 BPCA board meeting, Ms. Hyman said, "on October 1, there was a proposal meeting that was recorded and we're making the record of that meeting public." Mr. Mehiel added, "we're going to make that public... what we believe is that perhaps, if the public has access, which is fine, to listen to the pre-proposal meetings, maybe you'll get an idea of the qualitative difference among these responders."

An audio recording of this meeting is available on the BPCA website. During the 15-

minute session, Kenneth Windman, the BPCA's director of facilities maintenance, speaks for approximately 12 minutes and 30 seconds, explaining procedures surrounding the RFP process for North Cove Marina. Another two minutes of the recording is devoted to Gwen Dawson, the BPCA's senior vice president of asset management, describing upcoming maintenance work at the marina. None of the four bidders (including Mr. Fortenbaugh) says anything other than to identify himself by name. None of the bidders describes his proposal. It is not clear how this meeting led the Authority (or would lead the public) to any conclusions about, "the qualitative difference among these responders."

Asked to explain this, Mr. McCabe seemed to contradict Mr. Mehiel's and Ms. Hyman's assertion that the justification for the BPCA's decision was contained in the October 1 session. Instead, in an apparent reference to one or more other meetings, he said, "these audios will be posted to BPCA's website once the contract is executed."

All of these developments come at a time when the marina would be already be open to the public if this year's schedule were the same as the one followed by the previous operator, Mr. Fortenbaugh. Instead, it now sits empty.

*Matthew Fenton*
*Photos by Robert Simko*

# Rare Design Element for a Lower Manhattan Skyscraper: Consensus

## Trinity Church to Host Third Community Conversation Forum about Plans for New Edifice

Tomorrow (Saturday, May 2), Trinity Church will continue its ongoing experiment with radically inclusive dialog about the structure it plans to build at 74 Trinity Place. This will mark the third "charrette" (or "community conversation") about the design and use of the structure, to which not only the church's congregation, but everybody who lives or works in Lower Manhattan is invited to participate. (The first two sessions, in a planned series of six, took place on February 28 and March 14.) Held at St. Paul's Chapel, the first two sessions drew several hundred area residents, who contributed ideas about how the new building can serve the Lower Manhattan community.

"As you've probably heard, we have a building over here that we want your help and advice with," began the Rev. Dr. Bill Lupfer, Trinity's new rector, at the March 14 session. "But it's more than just the building we're talking about. We're talking about programming as well. What kind of programs do you hope and dream of for the future?"

Dr. Lupfer emphasized the broad reach of the invitation to collaborate on the design and function of the new building, saying, "we're asking not only people in our parish, but also our neighbors and people who don't usually have a voice in this City, the hungry and homeless, who have put aside for some reason or other and ignored. We want their voices to be heard as well." He also reflected, "the only way we can really do that is in community together, in listening carefully about what we are being called to do as a community here in Lower Manhattan."

The rector went on to announce a new focus for plans at the site. "We started with four options," he said. "The first was to keep the building at it is, but rehabilitate it.

But that would cost $70 million or more to get what we have now. The second was to build a condominium above the parish space, but we would have to sell the ground beneath the building to do that." He noted that Trinity's board of directors (of which Dr. Lupfer is a member) had decided against either of these options. "That leaves two possibilities," he said. "A rental apartment tower above the community space, or a freestanding parish space and community center."

The March 14 meeting focused on possible uses of this community space. Participants brainstormed about ideas ranging from multipurpose performance spaces and media labs to athletic facilities and a reading library, while architects from the firm of Pelli Clarke Pelli (who will design the project) took voluminous notes. This was the second such meeting (the first was held on February 28), and four more are planned for the months ahead. The next session is slated for May 2, and will concentrate of which uses should be given prime space at the building's three

A mock-up of the initial 2013 plan.

main entrances: one on Greenwich Street, another on Trinity Place, and a third at the west end of a pedestrian bridge that will connect the structure to Trinity Church itself.

"Trinity Wall Street has been a focal point of the Downtown community since its founding in 1697," Dr. Lupfer said afterward. "We are continuing that tradition by building a community parish center that will be open to all. By inviting our parishioners, our neighbors and our community leaders to weigh in every step of the way at this early stage of the design process, it is our hope that the center will reflect the community it serves."

Community Board 1 chair Catherine McVay Hughes attended the March 14 session, where she said, "it is very brave and innovative of Trinity to open up the discussion of their headquarters design and invite the community, not once, but six times, to a public dialog and to listen to the needs to the community. This is rarely done."

The invitation to help reconceive the development of 74 Trinity Place (and the smaller building next to it, 68 Trinity Place) represents a dramatic break with the initial, 2013 plan for the site. Under that proposal, Trinity Church had decided to tear down the 25-story office building behind the house of worship that has for decades housed its parish office, a highly regarded pre-school, and other tenants. Trinity had intended to replace the buildings with a 32-story tower that would contain up to seven floors for church use at its base, and 25 floors of residential units above.

The May 2 session will be held at St. Paul's Chapel (209 Broadway, at the corner of Vesey Street), from 10:00 am through 4:00 pm. (Lunch will be provided.) This session will include a presentation of design concepts created by the architects at Pelli Clarke Pelli, in response to suggestions offered a the first two charrettes. (These designs are intended evolve further, based in the reaction of this in attendance.)

To R.S.V.P for the Saturday charrette, please call 212-602-0736 or browse TrinityWallStreet.org and click on Join the Conversation, where you can also post ideas about possible uses for the community space planned for 74 Trinity Place.

*Matthew Fenton*
*Top Photo by Robert Simko*
*Bottom Photo Courtesy of Pelli Clarke Pelli*

# See Spot Rescued
## Middle School Honor Students Run to Raise Funds for Furry Friends

Paws to Reflect: Students from the National Junior Honor of the Battery Park City School (I.S. 276) break a sweat for their ideals, participating in the 2014 Run for

Hope, which benefitted cancer charity Gilda's Club. This year's event will raise money for homeless dogs.

Sad statistics: Between six and eight million dogs and cats enter American animal shelters each year, according to the National Council on Pet Population. About half of them are adopted, and the rest are euthanized due to illness, injury or the lack of anybody willing to give them a home.

The kids at the National Junior Honor Society of the Battery Park City School (I.S. 276) want to do something about that. They are organizing the Run for Hope, a five-kilometer run/walk tomorrow (Saturday, May 2), to raise money for See Spot Rescued, a non-profit, all-volunteer rescue organization that seeks a loving family and permanent place to live for every homeless dog.

The Run for Hope begins at 9:00 am on the Esplanade, near the Museum of Jewish Heritage (enter the park at Battery Place and First Place), proceeds up the Pier 25, and then doubles back to finish behind Stuyvesant High School (near Chambers Street). The cost of entry is $25. Dogs are not merely welcome, but strongly encouraged.

For more information about See Spot Rescued, click HERE. To sign up for the Run for Hope, click HERE. To learn more about the event, please e-mail michael.flegar@bpcschool.org.

*Matthew Fenton*
*Photo Courtesy of See Spot Rescued*

# Letters Dept.

North Cove empty of boats last month

To the editor:

It is once again disappointing to see what passes as good judgement from the Battery Park City Authority.  It was a bad decision to cut off funding for local school fundraisers and community groups a couple years ago. It was bad to end the contract with the sailing school last year.  It was bad to even think about giving ball field time to for-profit groups outside the downtown community.  BUT, it is REALLY bad to hire a PR firm to the tune of $45,000 of tax payer money when that "discretionary award" money could have helped downtown residents, schools and non-profit groups in a big way.

The BPC Authority doesn't need a public relations firm. It just needs to have good relations with the public.

Sincerely,
*Wendy Chapman*

*Photo by Robert Simko*

Subscribe to the BroadsheetDAILY by clicking HERE

# Calendar

**Friday**

**Greenmarkets**
City Hall: 8am - 4pm
Staten Island Ferry Terminal: 8am - 7pm

**Downtown Libraries**
Battery Park City Library
Fri.10am-5pm. 175 North End Avenue. 212 790-3499. nypl.org
New Amsterdam Library
Fri. 10am-5pm. 9 Murray Street 212 732-8186. nypl.org

**Boot Camp Fitness Classes**
A new adult fitness program with experienced instructor Alan Courtenay who strives

to keep workouts interactive, fun and adaptable for all fitness levels. The equipment used in the class includes bands, rope, kettle-bells and more. The class is offered Mondays, Wednesdays and Fridays from 6:15 - 7:15am at 6 River Terrace (across from the Irish Hunger Memorial). $264/package of 12 classes; $396/package of 18 classes. Pre-register at 212.267.9700, ext. 363, or email 6riverterrace@bpcparks

**BPC Seniors**
Standing balance exercises with light aerobics using the DVD "Stronger Seniors with Anne Pringle Burnell." Bring a 2-5lb. weight for the arm exercises if you wish. 10:30 - 11:30am. Free. 21 West Thames Street.  Click here for more info.

**Computer and E-book Assistance for seniors at the Battery Park City Branch Library, 175 North End Avenue.**
Call 212 790 3499 to schedule a one-on-one session with a librarian to have your questions answered-everything from introduction to computers, putting library books on your e-reader, accessing the internet to advanced searches using the library's databases.

**Friday Night Family Swim**
Community Center at Stuyvesant High School
Parents and kids can free-swim together all year round  in the indoor half-Olympic sized pool. Bring your own towel, lock and swim cap, pool toys, noodles and floaties provided. Dedicated lanes are also available for lap swimmers. Free for members. Day Passes $15 for adults and $10 for youth, students and seniors. 7 - 9:45pm.

Click here for more info.

**The Crafting Hour**
The Crafting Hour provides craft activity in a weekly theme such as spring, nature, transportation, and more! All craft projects are suitable for boys and girls ages 18 months through 5 years accompanied by their caregivers. Open on school holidays too! Spend quality time with your child while making long lasting mementos of your time together. All craft projects are original designs by The Crafty Kids.
9:30 - 10:30 am. 165 William Street, 8th Floor. Register here

**Saturday**

**Greenmarkets:**
Tribeca: 8am - 3pm
Union Square: 8am - 6pm
Textile Recycling - 8am to 1:30pm
Compost Collection - 8am to 1pm
Fulton Stall Market at South Street Seaport 9 am - 4pm

**Downtown Libraries**
Battery Park City Library
Sat. 10am-5pm. 175 North End Avenue. 212 790-3499. nypl.org
New Amsterdam Library
Sat. 10am-5pm. 9 Murray Street 212 732-8186. nypl.org

**Children's Storytime at Barnes and Noble**
Free every Saturday. 11am. 97 Warren Street. barnesandnoble.com

**Saturday Afternoon Family Swim**
Community Center at Stuyvesant High School
Parents and kids can free-swim together all year round  in the indoor half-Olympic
sized pool. Bring your own towel, lock and swim cap, pool toys, noodles and floaties
provided. Dedicated lanes are also available for lap swimmers. Free for members. Day
Passes $15 for adults and $10 for youth, students and seniors. 1 - 5pm.
Click here for more info.

**Tennis Lessons for Kids**
Community Center at Stuyvesant High School
Children can learn the fundamentals of the game through core footwork, repetition
and fun skill drills leading up to games. Ball provided. Bring a racquet.
Beginner 1: 3 - 3:45pm; Beginner 2: 3:45 - 4:30pm; and Intermediate 1: 4:30 - 5:15pm.
bpcparks.org

**Computer and E-book Assistance for seniors at the Battery Park City Branch
Library, 175 North End Avenue.**
Call 212 790 3499 to schedule a one-on-one session with a librarian to have your
questions answered-everything from introduction to computers, putting library books
on your e-reader, accessing the internet to advanced searches using the library's
databases.

**Sunday**

**Greenmarkets**
Fulton Stall Market at South Street Seaport 10 am - 3pm

**Badminton at the Community Center at Stuyvesant High School**
Plenty of room for all to enjoy singles or doubles. Rackets provided.
Free for members; $15 adult non-members; $10 Seniors/Youth/Student non-members. 1:15 - 5:30pm. bpcparks.org

**Swimming Lessons for All Ages**
Community Center at Stuyvesant Hight School
Practice basic strokes and learn new skills. For ages 6 to adult. This series of classes runs through December 7, and there are still spaces to join and pay on a pro-rated basis. Beginner 1 - 1:45pm; Advanced Beginner 1:45 - 2:30pm; Intermediate 2:30 - 3:15pm; Advanced 3:15 - 4pm. To register call 646-210-4292.  bpcparks.org

**In the Unlikeliest of Places: How Nachman Libeskind Survived the Nazis, Gulags, and Soviet Communism**
Author Annette Libeskind Berkovits in conversation with architect Daniel Libeskind. Nachman Libeskind was a Polish Jew who narrowly escaped two murderous totalitarian systems, made his way to Israel and, ultimately, New York City, where he built a new life as a Modernist painter. His story will be told by his son and daughter. 2:30 pm.  $15, $12 members. Museum of Jewissh Heritage.

**Computer and E-book Assistance for seniors at the Battery Park City Branch Library, 175 North End Avenue.**
Call 212 790 3499 to schedule a one-on-one session with a librarian to have your questions answered-everything from introduction to computers, putting library books on your e-reader, accessing the internet to advanced searches using the library's databases.

*Photos by Robert Simko*

# Today in History

A worker bolts beams during the construction of the Empire State Building

1006 - Supernova observed by Chinese and Egyptians in constellation Lupus
1776 - Adam Weishaupt, a non-clerical professor of Canon Law and Practical
philosophy at an otherwise all Jesuit university, founds the secret society of Illuminati
with four of his Law students. The society, whose name is the plural of the Latin
word for enlightened, aimed to oppose superstition, obscurantism, religious influence
over public life and abuses of state power.
1778 - The Battle of Crooked Billet, of the American Revolution, begins in Hatboro,
Pennsylvania.
1841 - First emigrant wagon train leaves Independence, Missouri, for California
1875 - Alexandra Palace, London, reopens after being burnt down in 1873
1931 - Empire State Building opens in New York City. As the building opened during
the Great Depression, much of the office space was initially unrented. In the first
year, the owners of the
building made as much
money from the
observation deck alone as
they did from rent, and the

building did not become
profitable until 1950.
1941 - General Mills
introduces CheeriOats,
which were renamed
Cheerios in 1945.
1943 - Food rationing
begins in the United States
1961 - Fidel Castro
announces there will be no
more elections in Cuba
1963 - First American,
James Whittaker, conquers
Mount Everest
1986 - The Tass press
agency reports Chernobyl
nuclear power plant
mishap
2003 - In what becomes
known as the "Mission
Accomplished" speech,
U.S. President George W.
Bush declares that "major

*In the Berkshires*, George Inness, 1850

combat operations in Iraq have ended" on board the *USS Abraham Lincoln* off the
coast of California.
2010 - Car bomb fails to go off in Times Square, New York City
2013 - Sixteen people are killed in a flash flood in Saudi Arabia

**Birthdays**
1218 - Rudolph I of Germany, Emperor of the Holy Roman Empire
1825 - George Inness of the Hudson River School,
the movement comprised of landscape painters
heavily influenced by romanticism and depicted the
Hudson River Valley and near-by areas such as the
Catskills and Adirondacks. Works by the second
generation of school expanded to include scenes of
New England, the Maritimes, the West, and even
South America.
1923 - Joseph Heller, Brooklyn, author known
for *Catch-22*

**Anniversaries**
1929 - American poet Edward Estlin Cummings,
often printed as e e cummings to match the style of
his poems, marries second wife, Anne Minnerly
Barton
1967 - King of Rock and Roll Elvis Presley weds
actress Priscilla Beaulieu at Aladdin Hotel in Las

Portrait of David Livingston by
Frederick Havill

Vegas, Nevada

**Deaths**

1873 - David Livingstone, British physician and explorer of Africa, dies at sixty.
Livingston's fame as an explorer helped inspire the determination to discover the
sources of the River Nile

1904 - Antonín Dvořák, Czech composer

*Compiled from various sources online by Cora Frederick*

The new edition of *The Broadsheet*
(April 20 - May 4) is available in lobbies now.

The Broadsheet is distributed to most doorman residential buildings
in Battery Park City, the Financial District, the Seaport, and Tribeca.
www.ebroadsheet.com

Subscribe to the BroadsheetDAILY by clicking HERE

# The *BroadsheetDAILY*

is Lower Manhattan's daily newspaper covering Downtown news, people, places
and events. It is published Monday through Friday and available by
online subscription and on our website ebroadsheet.com.

The *BroadsheetDAILY* is an affiliate of

*The Broadsheet*, which is published every two weeks and distributed throughout
Battery Park City, the Financial District, the South Street Seaport and Tribeca.
Managing Editor: Jack Pickering
News Editor: Matthew Fenton
Contributors:
Marti Ann Cohen-Wolf, Caroline Press,
Brian Rogers,  Alison Simko, and Sarah Smedley
Advertising Manager Kris Frederick
We welcome your comments, suggestions, kudos and criticisms.
editor@ebroadsheet.com
Robert Simko, Publisher
robert@ebroadsheet.com 212-912-1106

All articles and photographs in the
*BroadsheetDAILY*
are copyrighted and  may not be reprinted or republished without written permission.

© 2015