# Exhibit 29

[Multimedia File Submitted to Chambers]