# Exhibit 30

[Multimedia File Submitted to Chambers]