# Exhibit 31

[Embedded Video Submitted to Chambers]

# BatteryPark.TV We Inform

## BPCA discusses spending on infrastructure for hurricane defenses

Posted on July 30, 2013 by Editor



**July 30, 2013-** By Steven E. Greer, MD

The BPCA board met today, and for the first time hinted at how it will spend the billion dollars it will raise in new bonds this year. Plans are underway to begin to beef up the infrastructure and to prepare better against future hurricane damage.

Gwenn Dawson, the person in charge of "asset management" for the authority, mentioned how Goldman Sachs was better prepared, and how Goldman's elaborate sandbagging prevented flood damage. In contrast, across the street, the brand new Asphalt Green community center and ballfields operated by the BPCA were flooded. The VP of operations is Anne Fenton.

Starting this hurricane season, the BPCA will place similar sandbags around the community center. More importantly, it was suggested that the entire concrete bathtub that makes up the 92 acres of Battery Park City could be better fortified to prevent flooding. No details were given.

This entry was posted in - Real estate, - State Government, Asphalt Green, Battery Park City and BPCA, Hurricane Sandy, Parks. Bookmark the permalink.

## 2 Responses to *BPCA discusses spending on infrastructure for hurricane defenses*

**JFC** *says:*

July 30, 2013 at 11:39 pm

Follow the money on this green scam.

**Catherine** *says:*

September 18, 2013 at 1:26 am

As gateway 400 was the only building to lose electricity, I would like to inquire what gateway lefrak has done to prevent the outcome of maintenance people turning off electricity and returning it on again!

Why hasn't the electricity room been moved from bottom floor, why wasn't a concrete wall built instead of merchants being allowed to continue..or building a lower level lub and swimming pool

It's like building a river inlet to allow even greater flooding

**BatteryPark.TV We Inform**

*Proudly powered by WordPress.*