# Exhibit 1

**From:** Serpico, Robert
**Sent:** Wednesday, May 28, 2014 11:44 AM
**To:** 'Steve Rossi'
**Subject:** FW: Do not destroy documents

Is he now evicted ?  Where is he living ?

**Robert M. Serpico**
CFO
Battery Park City Authority
200 Liberty Street
One World Financial Center
New York, NY 10281-1097
212 417-4253
robert.serpico@bpca.ny.gov
**New York's Battery Park City**



Please consider the environment before printing this email

**From:** BatteryPark.TV [mailto:steve@batterypark.tv]
**Sent:** Wednesday, May 28, 2014 11:35 AM
**To:** Steve Rossi; drankin@milfordmgmt.com; Loraine Doyle; Clive Spagnoli; Dennis Mehiel; Serpico, Robert; Hyman, Shari; Forst, Robin; goldsteinp@assembly.state.ny.us; silver@assembly.state.ny.us; ackermanc@assembly.state.ny.us
**Cc:** jbodoff@dsalaw.net
**Subject:** Do not destroy documents

As you are aware, the Second District Attorney, Preet Bharara, has informed state officials to not destroy any documents obtained in the Moreland Commission. I will be subpoenaing emails and phone records from your offices relating to my retaliatory eviction. If you delete any emails, digital video, etc you will be violating the law.

cc: DOJ

**Steven Greer, MD**
**BatteryPark.TV**
(212) 945-7252
steve@batterypark.tv


CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient,

please notify the sender by reply e-mail and delete the original message and all copies from your computer.

CONFIDENTIAL                                                            BPCA000243