# Exhibit 2

**From:** Dawson Gwen
**Sent:** Friday, August 15, 2014 1:24 PM
**To:** Hyman, Shari; Forst, Robin; McCabe, Kevin
**Subject:** FW: W. Thames park lawn

fyi

Gwen Dawson, Vice President
Real Property
Battery Park City Authority
200 Liberty Street
New York, New York  10281
212-417-4304
gwen.dawson@bpca.ny.gov



Please consider the environment before printing this email.

**From:** Falcon, Edwin (Parks) [mailto:Edwin.Falcon@parks.nyc.gov]
**Sent:** Friday, August 15, 2014 1:06 PM
**To:** Dawson Gwen
**Subject:** Fw: W. Thames park lawn

Hi Gwen
See below e mail from the lady who our local blogger claims is destroying the lawn.
Thank you
Ed

**From**: REDACTED
**Sent**: Friday, August 15, 2014 12:33 PM
**To**: Falcon, Edwin (Parks)
**Subject**: W. Thames park lawn

Captain Falcon,

I am writing in response to the recent attention being focused on the condition of the lawn at W. Thames playground. I am frustrated that residents of this neighborhood (as well as the staff of the BPC Conservancy) place more emphasis on the health of the grass than they do the health and safety of our children. Additionally, I find it appalling that the time of the PEP officers is being wasted by FALSE reports by, I assume, the same disturbed neighbor who has harassed children and parents previously.

In the last week alone, my children have been accused twice of playing "organized games" on the lawn. Park Police have responded each time politely and witnessed the simple pick up games being played by small groups of kids. It was reported "they were wearing uniforms, cleats and

set up goals." All false or at best, misrepresented. Uniforms? Every child in the neighborhood who likes soccer and watched the World Cup has a jersey they wear. The person complaining has no children so he would not get that it is clothing not a uniform. No child was or does wear cleats on the lawn. We parents would not allow because it damages the grass and kids can get hurt. Plastic, 6 inch cones do not qualify as "goals". They cause no damage to anything.  The children accused of tearing up the lawn range in age from 6-12 yrs. old. I know this for a fact because 2 of them are mine and I or my husband supervise them ALWAYS.  Tearing it up is an exaggeration. They are playing. They are playing on grass. Children play on grass all over the world if they are lucky. Playing on a lawn does not qualify as delinquent behavior.

The children, mine and others, have approached me asking why the PEP officers are watching them. They should not be afraid of any law enforcement but they are becoming nervous they have done something wrong every time officers show up. I know the PEP officers are doing what they need to investigate a complaint but the complaints are bogus and it is not fair to the children.

If my assumption is correct, the individual complaining is Steven Greer. He is the author of a neighborhood blog and local "crusader" for issues he deems need correction. I am not trying to falsely accuse and apologize if incorrect. My assumption is based solely on the type of complaints conveyed by PEP officers sent to investigate.  Dr. Greer and I have had prior heated discussions when he has personally tried to kick parents/kids off the grass if he perceived it looked like "organized" play (I.e if you own a soccer ball, have a pop goal or cones and more than 2 children, you are accused of "teaching a class"). He has tried to video children playing on the lawn because they were "destroying the grass" without parental consent. He has followed parents into the playground area to which I have reminded him,  to his indignation, that he is not allowed without a child. He has had altercations with other parents. This individual has no children and therefore has no idea what a family playing looks like. He also has no right to harass children which in my opinion is what he is doing by constantly phoning complaints. My eldest son (11 yrs) knows who he is and is intimidated when in the elevator with him. He witnessed Greer yelling at me over the lawn issue last summer. If complaints should be made, I believe they should be made against this man for harassment of children and false reporting to the park police.

If I am correct that it is Steven Greer complaining then someone needs to know he is perceived as unstable by any parent who has ever come in contact with him. He also needs to be told that there is no rule nor law stating children cannot play on grass. To the contrary, they should be allowed to play on more open grass in Battery Park City so as to avoid being run over by BPC Conservancy trucks driving on the sidewalk. Now that's an issue Dr. Greer should tackle rather than saving a lawn and harassing children.

I commend you and the officers for their patience and good judgement in handling these complaints. Your officers have all acknowledged the falseness of the accusations they investigate. I hope the children will once again look to PEP as protectors as they should rather than being fearful - the children are innocent which cannot be said of the accuser.

CONFIDENTIAL                                                              BPCA000233

Thank you for your time. I hope something can be done to stop this ridiculous focus on the health of a lawn versus the health and safety of our children.

Respectfully,

REDACTED
(13 year resident of BPC)

Sent from AOL Mobile Mail

CONFIDENTIAL                              BPCA000234