# Exhibit 6

**Torres, Alexis**

| | |
|---|---|
| **From:** | Forst, Robin |
| **Sent:** | Tuesday, March 17, 2015 2:52 PM |
| **To:** | Torres, Alexis |
| **Cc:** | Hyman, Shari |
| **Subject:** | Greer |

Following is the exchange Julissa had with Greer a short time ago.

**From:** Garcia, Julissa
**Sent:** Tuesday, March 17, 2015 2:48 PM
**To:** Forst, Robin
**Subject:**

Call from Steve Greer

Me:   Good afternoon, Robin Forst' office

Him:  Oh what are you screening her calls now?"

Me:   Robin is in a meeting at the moment, would you like to leave a message?"

Him:  You lying piece of trash, I know she's there"

I just hung up on him

## Julissa Garcia
Admin. Assist./Assist. Permit Coordinator

**Battery Park City Authority**
200 Liberty Street, 24th Floor, New York, New York 10281

(212) 417-4142 | julissa.garcia@bpca.ny.gov
www.bpca.ny.gov



🌳 Please consider the environment before printing this email.

1