# Exhibit 7

**Torres, Alexis**

**From:** Singh, Seema
**Sent:** Tuesday, March 17, 2015 3:07 PM
**To:** Hyman, Shari; Pustilnik, Alix
**Cc:** Torres, Alexis
**Subject:** RE: Anonymous

He called me a cunt, and then I hung up.  For the file.

**From:** Singh, Seema
**Sent:** Tuesday, March 17, 2015 3:01 PM
**To:** Hyman, Shari; Pustilnik, Alix
**Cc:** Torres, Alexis
**Subject:** RE: Anonymous

That's essentially what he said to me.  And he asked if I'd been fired (without realizing he was talking to me).

**From:** Hyman, Shari
**Sent:** Tuesday, March 17, 2015 2:54 PM
**To:** Singh, Seema; Pustilnik, Alix
**Cc:** Torres, Alexis
**Subject:** RE: Anonymous

He called me too – on my personal cell.  Didn't identify himself but I recognized the voice.  He started to speak about fake posts by Bob Serpico and I hung up.

**From:** Singh, Seema
**Sent:** Tuesday, March 17, 2015 2:47 PM
**To:** Hyman, Shari; Pustilnik, Alix
**Subject:** Anonymous

I don't know if you are still keeping track.  Anonymous just called me – I'm assuming it was SG.  He refused to give his name, and I didn't give him mine.  He had a rambling story about potentially fake posts that people were trying to get him to make involving me.  And then he got offensive, and I hung up.

1