# Exhibit 9

# Torres, Alexis

**From:** Craig Hudon
**Sent:** Thursday, June 04, 2015 8:16 AM
**To:** Torres, Alexis
**Subject:** Re: Unnerving phone call from Steven Greer
**Attachments:** image001.gif; image002.png

Thanks Alexis.

*Sent from my Verizon Wireless 4G LTE DROID*

"Torres, Alexis" <Alexis.Torres@bpca.ny.gov> wrote:

Craig,

I'm so sorry you have to go through this. Unfortunately we all have been victims of this as well. We are all still trying to figure out how he got our personal cell phone numbers. You do not have to answer any question from him at all. I will also file this email in the file we created for his harassing calls.

-Alexis

Sent from my iPhone

On Jun 3, 2015, at 4:11 PM, Forst, Robin <Robin.Forst@bpca.ny.gov> wrote:

> **From:** Craig Hudon
> **Sent:** Wednesday, June 03, 2015 4:10 PM
> **To:** Forst, Robin
> **Subject:** RE: Unnerving phone call from Steven Greer
>
> Thanks Robin. It's the personal cell thin g that bothers me. I'm just discovering that he's called 10 times today......which is creepy.
>
> **From:** Forst, Robin
> **Sent:** Wednesday, June 03, 2015 4:07 PM
> **To:** Craig Hudon; Torres, Alexis
> **Cc:** Tessa Huxley
> **Subject:** RE: Unnerving phone call from Steven Greer
>
> I am sorry. On the positive side, you are in good company!! Most people *in the know* understand that he is crazy. Having been the object of his writing and ranting, I know it's not fun. Hang in there and if you want to speak, feel free to give me a call.

**From:** Craig Hudon
**Sent:** Wednesday, June 03, 2015 3:57 PM
**To:** Forst, Robin; Torres, Alexis
**Cc:** Tessa Huxley
**Subject:** RE: Unnerving phone call from Steven Greer

I just received a voicemail from Steven Greer that there is now a story about me on BatteryTV.

**From:** Forst, Robin
**Sent:** Wednesday, June 03, 2015 3:41 PM
**To:** Craig Hudon; Torres, Alexis
**Cc:** Tessa Huxley
**Subject:** RE: Unnerving phone call from Steven Greer

I am so sorry. This guy, as you know, is nuts. I've forwarded to Shari.

**Robin I. Forst**
Vice President, External Relations

**Battery Park City Authority**
200 Liberty Street, 24th Floor, New York, New York 10281
(212) 417-2276 | robin.forst@bpca.ny.gov
www.bpca.ny.gov


<image001.gif>


**From:** Craig Hudon
**Sent:** Wednesday, June 03, 2015 3:33 PM
**To:** Forst, Robin; Torres, Alexis
**Cc:** Tessa Huxley
**Subject:** Unnerving phone call from Steven Greer

I just received threatening phone call on my personal cell phone from Steven Greer.

I immediately informed him that all media inquiries had to go through Robin's office. He said he was calling as a resident. He asked to have an unofficial conversation or meeting. He asked about our website with program information, which I gave him as I was having trouble ending the conversation. I then asked if he would go through Robin and not call my personal phone, to which he started screaming threatening my f'ing job. I hung up. He immediately called back, and keeps calling back, from a blocked number.

Again, please advise.

Craig

2