# Exhibit 10

**From:** Torres, Alexis
**Sent:** Wednesday, June 3, 2015 11:23 AM
**To:** Hyman, Shari
**Subject:** FW: Call from Greer

---

**From:** Garcia, Julissa
**Sent:** Wednesday, June 03, 2015 11:22 AM
**To:** Forst, Robin; Torres, Alexis
**Subject:** Call from Greer

**ME:** Good morning, Robin Forst's office
GREER: Can I speak Robin Forst?
**ME:** May I ask who's calling?
GREER: Steven Greer
**ME:** She's in a meeting, can I take a message?
GREER: I NEED TO SPEAK TO ROBIN!

**Julissa Garcia**
Admin. Assist./Assist. Permit Coordinator

**Battery Park City Authority**
200 Liberty Street, 24th Floor
New York, New York 10281
(212) 417-4142 | julissa.garcia@bpca.ny.gov

www.bpca.ny.gov



🌲 Please consider the environment before printing this email.