10/23/14    9:45

Steven Grier called and asked to speak to Davina Anderson.

Me: May I ask who is calling
Caller: Steven Grier
Me: Please hold
Me: ~~recalling~~
Caller: May I ask what the call is in regards to?
Caller: Isn't she a lower level intern why are you screening an interns calls That sounds crazy
Me: She is unavailable at the moment would you like to leave a message.
Caller: Oh so now you are lying for interns too. okay yes I would like to leave a message

<u>Me: What's the message?</u>
Caller: Can you tell her I would like to speak to her about her affair with Brenda McIntyre and you can let Bob Serpico know that as well. Wait arent you too?
Me: Excuse me
Caller: I guess not never mind
· Caller hangs up.

10/23/14    10:05

Steven Grier called and ask to speak to someone in Internal Affairs due to someone commenting on his page leaving nasty and threatening messages. I told him that unfortunately they are all unavailable at the moment would he like to leave a message. He said that he already warned me about lying and that I was an accomplice to all of this. He asked am I evening telling anyone that he is calling. He asked me if my name was Cherish and that now I have made myself apart of all of this and then he hung up

12/16/14 @ 1:21pm

I recieved a call on Shari's line while I was dealing with a guest. He stated that he's been calling all over the office and no one is answering. I asked him if he can hold on and I'll get back to him. He said he did not want to be put on hold, where's Shari. I said she's not availiable right now once again can he hold on? He hung up. While I continued tending to my guests he called back and asked me why would I put him on hold. I stated once again that I was dealing with a guest and I would get back to him shortly. He hung up again.

BPCA000225

1/23/15 @ 2:38pm

I recieved a call from a woman yelling about how Battery Park City is a bunch of f****ing a**holes and crooks. I asked her is there anyone she would like to speak to. She then responded "I would like to speak to the f****ing executive because this is f—ing ridiculous!" I asked her if she can please let me know her name and the reason she's calling. She refused to state her name but told me that she's a resident of Battery Park and started babbling on how can these idiots feel its okay to shut down the school. I put her on hold and called Brenda. When I clicked over, she hung up.

2/8/15  10:59 am  from: Blackberry Limo
                              347 610 6928

I believed the caller to be Grier by the sound of the voice.

As soon as I greeted the caller he asked me why am I not answering the phone. I said excuse me I'm not sure of what you are talking about. He said I have been calling from an anonymous # and I'm not answering but now I answer when a number shows so I told him I had not recieved a call from a blocked #. He then said that he met a Freddy Balliard at a meeting the night before who told him he has been at the company and he asked me did I know the name

and I said yes then he asked to speak with him and I told him he was in a meeting and I get asked him his name and he said Jim Bennett. I put him on hold for a moment then I told him that Freddy was in a meeting cold I take a message for him to call him back he asked me was Robert Ali working and I say yes and he said why doesnt he answer her phone and I said I could not answer that question and then he hung up

March 22, 2016

Greer may be calling using the name "<u>James Anderson</u>" -

- Ameera Nabors

He called using this name asking for Robert Serpico. when asked the reason for the call, he hung up the phone.