# Memorandum of Law in Support of Summary Judgement Motion

Confidential document submitted to Chambers pursuant to
Individual Practices Rule 1.A