NOTICE AND LEASE RENEWAL AGREEMENT
DEREGULATED APARTMENT

DATE: 01/08/13

STEVEN GREER MD                                  MILFORD MANAGEMENT CORP.
MARINER'S COVE SITE B ASSOC. APT 35F             335 MADISON AVENUE
200 RECTOR PLACE              #35F               NEW YORK      NY 10017
NEW YORK NY 10280

DEAR TENANT(S):

YOUR LEASE WILL EXPIRE ON APRIL   30, 2013 .

WE HEREBY OFFER YOU THE OPTION OF RENEWING YOUR CURRENT LEASE AT THE TERMS AND CONDITIONS SET FORTH BELOW.  YOU HAVE SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF YOUR CURRENT LEASE TO ACCEPT THIS OFFER AND RENEW.  IF WE DO NOT RECEIVE YOUR COMPLETED FORM WITHIN THE SPECIFIED TIME, YOUR LEASE WILL NOT BE RENEWED AND YOU WILL BE REQUIRED TO VACATE YOUR APARTMENT AT THE EXPIRATION OF YOUR LEASE.

BY ACCEPTING THIS RENEWAL, YOU ALSO ACCEPT AND AGREE TO ALL THE TERMS AND CONDITIONS OF THE ATTACHED RIDER(S).

IF YOU WISH TO RENEW YOUR LEASE, INDICATE THE LENGTH OF THE LEASE TERM YOU DESIRE.  *KINDLY FILL IN THE NEW MONTHLY RENTAL BELOW WHERE INDICATED AND RETURN ALL COPIES ALONG WITH THE ADDITIONAL SECURITY PAYABLE TO MILFORD MANAGEMENT.

CURRENT SECURITY DEPOSIT: $  2,995.00.

ONE YEAR LEASE:(A)    COMMENCING: 05/01/13  ADDITIONAL SECURITY DEPOSIT:
                      ENDING    : 04/30/14
$3,395.00                                           $    400.00


TWO YEAR LEASE:(B)    COMMENCING: 05/01/13  ADDITIONAL SECURITY DEPOSIT:
                      ENDING    : 04/30/15
$3,595.00                                           $    600.00


__1__  *I (WE) THE UNDERSIGNED TENANT(S), AGREE TO ENTER INTO A
       YEAR LEASE AT THE MONTHLY RENT OF $ _3395_.

I (WE) UNDERSTAND THAT THIS LEASE RENEWAL IS BEING OFFERED UNDER THE SAME TERMS AND CONDITIONS AS OUR ORIGINAL LEASE AGREEMENT. THIS FORM BECOMES A BINDING LEASE RENEWAL WHEN SIGNED BY THE OWNER BELOW AND RETURNED TO THE TENANT.

_/s/ Steven Greer_____   4/30/2013
STEVEN GREER MD         ,TENANT  DATE  LANDLORD            DATE

IF YOU DO NOT WISH TO RENEW YOUR LEASE, PLEASE SIGN YOUR NAME BELOW, AND FILL IN THE DATE AND RETURN SAME TO OUR OFFICE.

-----------------------------------------------------------------
       I (WE) DO NOT WISH TO RENEW MY (OUR) LEASE AND WILL VACATE
       THE PREMISES UPON THE EXPIRATION DATE OF MY (OUR) CURRENT LEASE.


       ------------------------------  ------------------------------
       TENANT SIGNATURE      DATE      TENANT SIGNATURE      DATE
-----------------------------------------------------------------

(A) MONTHLY RENT IN THE FIRST YEAR OF LEASE
(B) MONTHLY RENT IN THE SECOND YEAR OF LEASE, IF APPLICABLE

WE HEREBY OFFER YOU THE OPTION OF RENEWING YOUR CURRENT LEASE AT THE TERMS AND CONDITIONS SET FORTH BELOW. YOU HAVE SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF YOUR CURRENT LEASE TO ACCEPT THIS OFFER AND RENEW. IF WE DO NOT RECEIVE YOUR COMPLETED FORM WITHIN THE SPECIFIED TIME, YOUR LEASE WILL NOT BE RENEWED AND YOU WILL BE REQUIRED TO VACATE YOUR APARTMENT AT THE EXPIRATION OF YOUR LEASE.

BY ACCEPTING THIS RENEWAL, YOU ALSO ACCEPT AND AGREE TO ALL THE TERMS AND CONDITIONS OF THE ATTACHED RIDER(S).

IF YOU WISH TO RENEW YOUR LEASE, INDICATE THE LENGTH OF THE LEASE TERM YOU DESIRE. *KINDLY FILL IN THE NEW MONTHLY RENTAL BELOW WHERE INDICATED AND RETURN ALL COPIES ALONG WITH THE ADDITIONAL SECURITY PAYABLE TO MILFORD MANAGEMENT.

CURRENT SECURITY DEPOSIT: $ 2,995.00

ONE YEAR LEASE: (A)   COMMENCING: 05/01/13   ADDITIONAL SECURITY DEPOSIT:
$3,395.00               ENDING    : 04/30/14                                $ 400.00

TWO YEAR LEASE: (B)   COMMENCING: 05/01/13   ADDITIONAL SECURITY DEPOSIT:
$3,595.00               ENDING    : 04/30/15                                $ 600.00

1 *I (WE) THE UNDERSIGNED TENANT(S), AGREE TO ENTER INTO A
  YEAR LEASE AT THE MONTHLY RENT OF $ 3395

I (WE) UNDERSTAND THAT THIS LEASE RENEWAL IS BEING OFFERED UNDER THE SAME TERMS AND CONDITIONS AS OUR ORIGINAL LEASE AGREEMENT. THIS FORM BECOMES A BINDING LEASE RENEWAL WHEN SIGNED BY THE OWNER BELOW AND RETURNED TO THE TENANT.

[signature]                                     4/30/2013
-------------------------, TENANT    DATE
STEVEN GREER MD

-------------------------,          DATE LANDLORD

TO RENEW YOUR LEASE, PLEASE SIGN YOUR NAME

STEVEN E. GREER
200 RECTOR PLACE
35TH FLOOR
NEW YORK, NY 10280

                                                      102
                                                      1-337/260
                                                      14

Pay to the                    4/30/2013
Order of  Milford Management MO              $ 400.00
         Four hundred                        Dollars

AMALGAMATED BANK
52 Broadway New York, NY 10004

For extra security deposit now  35+ $10.00 balance in security now    [signature] Steve Greer

⑆026003379⑆ ⑈4604970⑈ 0102

LD001631