**From:** Steve Rossi
**Sent:** Monday, July 30, 2012 3:38 PM EDT
**To:** 'steve@thehcc.tv'
**Subject:** Re:

Appreciate the update.  Steve R

----- Original Message -----
From: SG <steve@thehcc.tv>
To: Steve Rossi
Sent: Mon Jul 30 15:34:02 2012
Subject: RE:

yes, I will bring by August as well, don't worry I have had issues with Capital One from day one. You might have read how the new Consumer Protection Agency made Capital One their very first bank to fine. Also, Capital One settled a lawsuit where they were robo signing foreclosures on members of the military. Egregious stuff

From: Steve Rossi [mailto:srossi@milfordmgmt.com]
Sent: Monday, July 30, 2012 3:30 PM
To: steve@thehcc.tv
Subject: Re:

Just July?  Steve R

----- Original Message -----
From: SG <steve@thehcc.tv>
To: Steve Rossi
Sent: Mon Jul 30 15:26:57 2012
Subject: RE:

no

From: Steve Rossi [mailto:srossi@milfordmgmt.com]
Sent: Monday, July 30, 2012 3:17 PM
To: steve@thehcc.tv; Sharon Hill
Subject: Re:

Is the money outstanding for june and july?  Steve Rossi

**From:** Steve Rossi
**Sent:** Monday, July 30, 2012 3:38 PM EDT
**To:** 'steve@thehcc.tv'
**Subject:** Re:

Appreciate the update.  Steve R

----- Original Message -----
From: SG <steve@thehcc.tv>
To: Steve Rossi
Sent: Mon Jul 30 15:34:02 2012
Subject: RE:

yes, I will bring by August as well, don't worry I have had issues with Capital One from day one. You might have read how the new Consumer Protection Agency made Capital One their very first bank to fine. Also, Capital One settled a lawsuit where they were robo signing foreclosures on members of the military. Egregious stuff

From: Steve Rossi [mailto:srossi@milfordmgmt.com]
Sent: Monday, July 30, 2012 3:30 PM
To: steve@thehcc.tv
Subject: Re:

Just July?  Steve R

----- Original Message -----
From: SG <steve@thehcc.tv>
To: Steve Rossi
Sent: Mon Jul 30 15:26:57 2012
Subject: RE:

no

From: Steve Rossi [mailto:srossi@milfordmgmt.com]
Sent: Monday, July 30, 2012 3:17 PM
To: steve@thehcc.tv; Sharon Hill
Subject: Re:

Is the money outstanding for june and july?  Steve Rossi

LD001559

----- Original Message -----
From: SG <steve@thehcc.tv>
To: Steve Rossi; Sharon Hill
Sent: Mon Jul 30 15:02:49 2012
Subject:

I have cash, as I mentioned. I am getting some banking matters corrected and will bring a check by tomorrow

LD001560