# Exhibit 14

Confidential document submitted to Chambers pursuant to
Individual Practices Rule 1.A