**MILFORD MANAGEMENT CORP.**
99 BATTERY PLACE
NEW YORK, NEW YORK 10280
TEL: 212/842-7310
FAX: 212/842-7410

March 10, 2010

Steven Greer, MD

Re: Account to Legal:
200 Rector Place apt# 35-F

Dear Mr. Dr. Steven Greer,

ACCOUNT WAS FORWARD TO OUR LEGAL DEPARTMENT ON Wednesday March 10, 2010.

Our records indicate that you owe rent payments for the months February and March 2010.

**Please send payment in full to bring account current.**

In order to avoid future legal and late fees please remit payment in the amount of $5,800.00.

Account history attached.

Sharon Hill
Collections Coordinator

LD000094