

**32BJ SEIU**
**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

HÉCTOR J. FIGUEROA
President

LARRY ENGELSTEIN
Executive Vice President

KYLE BRAGG
Secretary Treasurer

LENORE FRIEDLAENDER
Assistant to the President

VICE PRESIDENTS
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROXANA RIVERA
JOHN SANTOS
JOHN THACKER

Capital Area District
Washington   202.387.3211
Baltimore    410.244.5970
Virginia     703.845.7760

Connecticut District
Hartford     860.560.8674
Stamford     203.602.6615

District 1201
215.923.5488

Florida District
305.672.7071

Hudson Valley District
914.328.3492

Mid-Atlantic District
215.226.3600

National Conference of
Firemen and Oilers
606.324.3445

New England District 615
617.523.6150

New Jersey District
973.824.3225

Western Pennsylvania District
412.471.0690

www.seiu32bj.org

August 13, 2015

MILFORD MANAGEMENT CORP
335 MADISON AVE STE 1500
NEW YORK, NY  10017

**Work Location:**   **200 Rector Place**
**Member:**          **Jose Rivera**
**Case:**            **727-15**

To Whom It May Concern:

We are writing to express our concern about a complaint filed by Jose Rivera employed at above-referenced building location as a Concierge. This member claims that there is a resident in Apartment # 35-F that has been harassing them during the performance of their job duties. We are asking that this resident be instructed to immediately cease and desist from any further harassing behavior.

If this harassment continues, SEIU Local 32BJ will be forced to take further action regarding this matter. We would prefer to see this matter resolved amicably so that both our members and your employees work in a productive and professional environment.

Very truly yours,

*[signature: Vince Roveccio]*

Vince Roveccio

cc:
Jose Rivera

LD001592