

Attorney Client

LD001593

**Attorney Client**



**From:** Vince Roveccio [mailto:VRoveccio@seiu32bj.org]
**Sent:** Monday, October 05, 2015 3:02 PM
**To:** Darryl Rankin
**Subject:** RE: COMPLAINT# 727-15 JOSE RIVERA - 200 RECTOR STREET CRM:0046161

Jose advised me that company has addressed it already and that company has taken this resident to court. He just wanted to document it so that it would be on record. As far particular incidents, it is not only Jose but other workers who feel the same way. Apparently this resident confronts the employees as to instigate an argument.

**From:** Darryl Rankin [mailto:drankin@milfordmgmt.com]
**Sent:** Monday, October 05, 2015 2:57 PM
**To:** Vince Roveccio
**Subject:** RE: COMPLAINT# 727-15 JOSE RIVERA - 200 RECTOR STREET CRM:0046161

Vince

Thanks for sending this.  The letter is very general – can you please be more specific as to the nature and dates/times of the complaints made?  While we will address – it is difficult to send something that generalizes harassment.

Thanks.

D

Darryl P. Rankin
Milford Management
99 Battery Place
New York, NY  10280
(212) 842-7310 - office

LD001594

**From:** Vince Roveccio [mailto:VRoveccio@seiu32bj.org]
**Sent:** Monday, October 05, 2015 2:41 PM
**To:** Darryl Rankin
**Subject:** COMPLAINT# 727-15 JOSE RIVERA - 200 RECTOR STREET CRM:0046161

Good afternoon Darryl, Jose claims that there is a resident in apartment 35f that has harassed him and his coworkers.

LD001595