**From:** BatteryPark.TV
**Sent:** Thursday, October 25, 2012 3:38 PM EDT
**To:** 'Michael Devereaux'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

Mr. Devereaux

You are an erratic man who is a "hoarder" of animals and commits animal cruelty by allowing skin conditions to fest so badly that the entire building complain. You are now engaging in a campaign if purely frivolous lawsuits on behalf of dogs and losing. You lost against the Battery Park PEPs. You seems to have gotten nowhere with the Sendor case. This is likely a case that will get you disciplined by the NY bar for taking it pro bono and not charging your client.

If you threaten us again for writing accurate journalism stories, which you have not even read, you will be making a mistake. That would be malicious frivolous prosecution.

You are a mentally disturbed man, in my opinion. You are mistreating your three large dogs and neglecting their health.

---

**From:** Michael Devereaux [mailto:mdevereaux@devlegal.com]
**Sent:** Thursday, October 25, 2012 3:06 PM
**To:** 'BatteryPark.TV'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

That's none of your business. Mr. Sendor is a private citizen. We again notify you that your reports are false and should be removed. You have been notified to cease and desist.

Michael J. Devereaux, Esq.
**DEVEREAUX, BAUMGARTEN**
39 Broadway, Suite 910
New York, New York 10006
Tel. (212) 785-5959
Fax (212) 785-4487

---

**From:** BatteryPark.TV [mailto:info@batterypark.tv]
**Sent:** Thursday, October 25, 2012 1:21 PM
**To:** 'Michael Devereaux'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

did you take the Sendor case pro bone, on contingency, or has he laid out his own money in retainer?

LD000012

**From:** Michael Devereaux [mailto:mdevereaux@devlegal.com]
**Sent:** Thursday, October 25, 2012 12:48 PM
**To:** 'BatteryPark.TV'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

You are again incorrect in saying it was "never a lawsuit." We moved by Order To Show Cause for relief. The Landlord and Mr. Sendor resolved the OTC by stipulation because we received consideration. The landlord requested Mr. Sendor to consider another, different stipulation resolving Mr. Sendor's lawsuit. We agreed to consider same, nothing more. We are presently considering same. However, we believe a trial is necessary because the source of the unfounded complaints relied upon by Gateway is reportedly "crazy," has "serious problems," and apparently is himself very prejudiced against dogs. Gateway is horribly mistaken to rely upon such a discredited source to quite literally attack an innocent tenant. Mr. Sendor is considering suing this serial, habitual complainer for, among other things, harassment. You should remove your report because it is false.


Michael J. Devereaux, Esq.
**DEVEREAUX, BAUMGARTEN**
39 Broadway, Suite 910
New York, New York 10006
Tel. (212) 785-5959
Fax (212) 785-4487

**From:** BatteryPark.TV [mailto:info@batterypark.tv]
**Sent:** Thursday, October 25, 2012 12:21 PM
**To:** 'Michael Devereaux'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

It was never a lawsuit, since no judicial intervention was requested. Have you since requested such intervention?

What specifically happened yesterday between the plaintiff and defendant

**From:** Michael Devereaux [mailto:mdevereaux@devlegal.com]
**Sent:** Thursday, October 25, 2012 12:00 PM
**To:** 'BatteryPark.TV'
**Subject:** RE: Dog activist drops legal action against Gateway Plaza and LeFrak

That assertion is incorrect. The lawsuit continues in Supreme Court. Please do not report factually incorrect information.

Michael J. Devereaux, Esq.
**DEVEREAUX, BAUMGARTEN**
39 Broadway, Suite 910
New York, New York 10006
Tel. (212) 785-5959
Fax (212) 785-4487

From: BatteryPark.TV [mailto:info@batterypark.tv]
Sent: Thursday, October 25, 2012 11:29 AM
To: mdevereaux@devlegal.com
Subject: FW: Dog activist drops legal action against Gateway Plaza and LeFrak

Do you have a comment? Was there a settlement? Did your client gain anything?


# Dog activist drops legal action against Gateway Plaza and LeFrak




On Twitter **@BatteryParkTV**
See Facebook page on **BatteryParkTV**


**BatteryPark.TV**
http://www.batterypark.tv/

If you cannot view the video, ask your IT department whther they have blocked YouTube

If you would like to no longer receive any emails, please just reply "Remove"

CortexTV, LLC and affiliate BatteryPark.TV reserve the right to monitor and review the content of all e-mail communications sent and/or received by its employees. This information is intended to be confidential and solely for the use of CortexTV, LLC and those persons or entities to whom it is directed. If you received this message in error, please contact CortexTV, LLC immediately at info@batterypark.tv