| | |
|---|---|
| **From:** | Darryl Rankin |
| **Sent:** | Tuesday, February 17, 2015 5:31 AM EST |
| **To:** | Renu Kripalani |
| **Subject:** | RE: Repear noise complaint |

Rae

All of your complaints are being forwarded to counsel for action.  We anticipate having word from the court within the next few weeks on the disposition of this case.

DPR

Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Renu Kripalani <raesvibrations@gmail.com>
Date:02/17/2015  4:59 AM  (GMT-05:00)
To: Darryl Rankin <drankin@milfordmgmt.com>
Subject: Repear noise complaint

Hi Daryl


The music from the neighbor's stereo is extremely loud again and  I have been wakened from my sleep about  12  time this year.  I haven't complained recently because it clearly has no impact on what this management  can and will do.  House rules are not enforced in this building.  Whether me or the neighbor complain 10 times or 100 times, nothing changes.  This man does whatever and whenever he wants in this building at any time of the day or night, and he is still walking a round with a big smile each day feeling  very much welcomed and entitled. .

There seems to be nobody with authority or inclination to do something about this hideous ongoing behavior that literally makes the lives of all the neighbors of this man,  a living Hell.   It is a constant ongoing nightmare of events.  The music can be heard any place in the halls and the entire Floor above and below.

This is enraging and I am getting worn down.  I am just writing this a trail of incidents.

Best,

Rae

LD001577

Raes Vibrations
raesvibrations@gmail.com

On Dec 4, 2014, at 12:10 PM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

> I have forwarded to counsel
>
> Darryl P. Rankin
> Milford Management
> 99 Battery Place
> New York, NY  10280
> (212) 842-7310 - office
>
> **From:** Raes Vibrations [mailto:raesvibrations@gmail.com]
> **Sent:** Thursday, December 04, 2014 12:04 PM
> **To:** Darryl Rankin
> **Subject:** Re: 200 rector - 35E
>
> Hi Darryl,
>
> Thank you so much for your reply.  I don't mind you sharing anything I send you with your attorney, I feel that he already knows I am upset with his disturbances so it is now pretty much open and obvious.  I understand that another neighbor besides me also complained last night sand spoke with Jose before I phoned him on the intercom, per his conversation with me at 3:00am.  (2 complaints are better than 1)
>
> By the way, I did hear banging on his door soon after my call to Jose.  However, he continued to blast the music on an off at 15-20 minute intervals, until 6:00am ish.  It appeared to me that he was purposefully and intentionally tormenting his neighbors with  his noisy tantrum and causing us sleep deprivation.  Just when I would think the noise had ended and I had dozed back to sleep, he would jack up the volume again suddenly to the loudest level possible for about 15 more minutes, then shut it off again. He repeated this torture cycle regimen about 10 times throughout the night until sun rise.

LD001578

Perhaps the judge may like to know about his spiteful and hateful nature in making her final decision.

Kind regards,

Renu


Raes Vibrations
raesvibrations@gmail.com


On Dec 4, 2014, at 11:49 AM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

Renu

Thanks for letting me know.  I will advise our attorney.  Please let me know if you like 35E to be made aware that there was a complaint as you had previously advised you did not.

Happy holidays.

D

Darryl P. Rankin
Milford Management
99 Battery Place
New York, NY  10280
(212) 842-7310 - office

**From:** Raes Vibrations [mailto:raesvibrations@gmail.com]
**Sent:** Thursday, December 04, 2014 3:07 AM
**To:** Darryl Rankin
**Subject:** Re: 200 rector - 35E


Hi Darryl,

I hope you had a very nice holiday.  I am writing to you at around 3:00am again to report another noise disturbance from my neighbor across the hall.  His music is blasting  enough to make my walls and door vibrate.. I let Jose know.

Thanks,

LD001579

Renu Kripalani

Raes Vibrations
raesvibrations@gmail.com

On Oct 11, 2014, at 8:44 PM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

I'm sorry you are being disturbed.  Have forwarded to counsel.

D

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Raes Vibrations
Date:10/11/2014 20:14 (GMT-05:00)
To: Darryl Rankin
Subject: Re: 200 rector - 35E

Hi Darryl,

Thank you so much, yes you have my consent.  I apologize again for disturbing you on your weekend.  Also, regarding the PDF we spoke about,  I am very certain now that it is a different Steven Greer MD, so do not want to be one to circulate misleading information.  I apologize for bringing it up.

Thank you again.  Kind regards,

Renu

Raes Vibrations
raesvibrations@gmail.com

LD001580

On Oct 11, 2014, at 8:00 PM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

Renu

Thanks for your email.  While we obviously cannot control Mr. Greer's behavior - I will forward your email to our counsel with your consent (as you had previously advised me you did not want me to do this).  I will be back in the office on Tuesday if you would like to discuss this matter in greater detail.

Darryl


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Raes Vibrations
Date:10/11/2014 18:15 (GMT-05:00)
To: Darryl Rankin
Subject: Re: 200 rector - 35E

Hi Darryl,

I am following up with a new update on the tormenting situation with my neighbor Steve Greer in Apt 35F.   Today on or at around 11:45am on Saturday October 11, 2014 I received an intercom call from the doorman Glenn, reporting to me that my neighbor was complaining about the music that I was playing at 11:45am during permitted house hours.  I asked Glenn if he was calling me because I was in violation of any house rules and he stated that I was not.  Glenn replied that he was just passing the message on that my neighbor was furious and wanted me to shut it down.  Since I was not in any violation  I decided not to shut it down or adjust the volume of my music.  Within the next few minutes I heard loud pounding and shaking of my front door which I believe was Steve himself since the doorman or staff would have had no reason whatsoever to come up to my apartment and confront me since we had already made contact via the intercom and I was not violating house rules.  I was frightened alarmed and felt very unsafe.   Within a few more minutes I received a call on my cell phone from Abraham and he said that Steve had decided to call the police on me, and Abraham said he was just giving me a heads up that I should be expected a visit from NYPD any moment, even though I was not in violation of any house rules.  I believe this constitutes harassment and an attempted frivolous claim.   I was more panic

stricken by the extend of Steve Greer's fury and rage. I will also say that I am outraged. I do not believe ANYONE in this building should have the right to pound on my door unless it is an invited guest, or there is a critical emergency or it is a government official with authority to do so. I had to leave for work today at 12:10 so I asked Abraham to please send someone upstairs to walk me down and out of the building because I understand Steve Greer to be very unstable, hostile and threatening.

I believe this situation had reached a severe point of deterioration where immediate and appropriate action should be taken. I can no longer go on living in this hostile threatening manner. He has been violating house rules repeatedly for decades and now has the audacity to complain about my music which is not in any violation of house rules. I am almost certain he is on a quest to wage revenge on me tonight. He had no right to come near my door nor voice any complaint to the building staff that is not a violation. In light of the history of the behavior of this tenant, I should see no reason why the building staff would even bother to entertain any complaints from this man. In fact, I would like to follow up with you in person on some conduct of the doorman/building staff that I find very unsupportive and unhelpful in this matter. Perhaps there should be some clarity from management as to where their allegiance should be placed.

At this point I realize that my living situation cannot get any more hostile or threatening to me in this building before something really bad happens. I do not feel safe, I am constantly being awaken in the middle of the night from his loud blasting music between 3:00-6:00am which is clearly against house rules. I would like for you to involve the attorneys and the board to expedite his removal. I consider his presence in this building far more threatening and dangerous than any possible stranger that may happen to come in through Air B&B, which seems to concern management and the board.

Sorry to disturb you during the weekend. I just wanted to document this issue as soon as I returned home. I expect it will be a difficult night. Maybe there will be some cops involved, who knows. I hope we can resolve this situation soon.

Kind regards,

Renu Kripalani


Raes Vibrations
raesvibrations@gmail.com

On Oct 9, 2014, at 8:04 AM, Raes Vibrations <raesvibrations@gmail.com> wrote:

Thanks so much!

Raes Vibrations
raesvibrations@gmail.com

On Oct 9, 2014, at 7:07 AM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

Also – please forward link we discussed – thanks

D

Darryl P. Rankin
Milford Management
99 Battery Place
New York, NY  10280
(212) 842-7310 - office

**From:** Darryl Rankin
**Sent:** Thursday, October 09, 2014 7:04 AM
**To:** Rae Nu
**Subject:** RE: 200 rector - 35E

Renu

Sorry to hear about the noise.  I will document and save.  Let me know if you want me to notify our counsel or take any action as this is clearly in violation of the House Rules.  I will check with attorney to see if we can notify him of anonymous complaint.

DPR

Darryl P. Rankin
Milford Management
99 Battery Place
New York, NY  10280
(212) 842-7310 - office

**From:** Rae Nu [mailto:raesvibrations@gmail.com]
**Sent:** Thursday, October 09, 2014 2:55 AM
**To:** Darryl Rankin
**Subject:** Re: 200 rector - 35E

Hi Darrlyl,

Thank you for taking the time to speak with me yesterday,  As we speak now, my neighbor is blasting his music so loud I can hear it on the entire floor, all the way by the elevators.  It is now 2:54.  The neighbors's dog is now up too.

I have an exam tomorrow so Im not sure if  Im up for calling the cops.

Thanks,

Renu


On Oct 7, 2014, at 5:10 PM, Darryl Rankin <drankin@milfordmgmt.com> wrote:

Renu

Thanks for stopping in today.  Please reach out and keep me posted of anything out of the ordinary.  I will not forward without your direction – but think it would be helpful to track these items as they occur for frequency and severity.  Sorry you are going through this.

All the best.

Darryl

Darryl P. Rankin
District Manager
Milford Management
99 Battery Place
New York, NY  10280
(212) 842-7310 - office

LD001584