# Liberty Court - Work Order# 21773

**2/17/15**



| | |
|---|---|
| **Unit:** | Apt. 35E - (apt) |
| **Requested By:** | Rashaun Gowdie On 2/17/15 at 6:58 AM |
| **Phone#:** | : (H) 212-945-2079 (C) 908-745 9808; 917-497-5723 Shanti: (H) 212-945-2079 (C) 908-745-9808/ 908-707-4642 (W) 212-945-2099 Renu: (C) 917-497-5723 |
| **Priority:** | None |
| **Entry OK?** | No |

**Description:** Complaints/Incidents

Tennant called the front desk at approximately 5 am on 2/17/15 about a loud noise coming from 35F. Rudolfo was sent to check out the problem.

**Management Notes:**

_____

_____

_____

_____

_____

Time In: _____ Time Out: _____

**Charges:** _____   **Owner signature:** _____

**Completed Date:** _____   **Maintenance signature:** _____

LD001609