CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK:  HOUSING PART C
-----------------------------------------------------------X
MARINERS COVE SITE B ASSOCIATES,   Index No. L&T 63974/14

      Petitioner,

  - against-   **AFFIDAVIT IN SUPPORT OF MOTION**

DR. STEVEN GREER
200 RECTOR PLACE
APARTMENT 35F
NEW YORK, NEW YORK 10280

      Respondent.
-----------------------------------------------------------X
STATE OF NEW YORK   )
                            )SS.:
COUNTY OF NEW YORK  )

    Michael Healy, being duly sworn, deposes and says:

    1.    I am employed as a security supervisor by Spartan Security Services ("Spartan"), a company which provides security services to, among others, real estate properties. In February 12, 2014 including, but not limited to February 12, 2014, the day in question discussed hereinbelow, I was assigned by Spartan to work a security detail for Milford Management Corp. ("Milford") at 99 Battery Place, New York, New York 10280.

    2.    At approximately 3:00 p.m. on February 12, 2014, Dr. Steven Greer ("Respondent") walked into Milford's management office located at 99 Battery Place and attempted to walk past the receptionist located in the waiting area immediately inside the front door.

    3.    I called out to Respondent and asked if I could speak with him outside. Respondent did so on his own volition.

    4.    Once we were outside, I introduced myself and identified the company for which I was employed.

5. I proceeded to explain to Respondent that he was violating the provisions of New York State's Penal Law pertaining to harassment and trespassing.

6. At this point, Respondent became aggressive and began to use profanities. Respondent then started to record our "conversation" on video.

7. I explained to Respondent that, if he did not leave, I would call the police and have him arrested. Respondent then left and I advised Milford to file a police report against Respondent for harassment.

Michael Healy

Sworn to before me this
11th day of July, 2014

Notary Public

ANTHONY BERGAMO
NOTARY PUBLIC, State of New York
No. 02BE6146313
Qualified in New York County
Commission Expires 7/15/2014