**MILFORD MANAGEMENT CORP.**
30 WEST 63RD STREET
NEW YORK, N.Y. 10023
TEL: (212) 860-4710
FAX: (212) 860-4191

January 24, 2014                                                                 US MAIL

Steven Greer MD
200 Rector Place, Apt. 35F
New York, NY 10280

Dear Dr. Greer,

Milford Management has decided to not renew the lease on your apartment. Please vacate the apartment by April 30, 2014. Please supply us with a forwarding address when you have one.

Thank you for your anticipated cooperation.

Sincerely,

Clive Spagnoli
Director of Leasing Services
cspagnoli@milfordmgmt.com