TO: Howard Milstein/Edward Milstein/Michael Milstein
FROM: Amy Gould
CC: Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Mark Sheeran, Steve Rossi, Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein
DATE: August 12, 2011

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ██ | ████████ | ██ | | ██ | ██████████████████████ |
| █ | ██ | ██ | █ | ██ | ██████ |
| █ | █ | ██ | █ | ██ | █████ |
| █ | █ | ██ | █ | ██ | █████ |

**200 RECTOR PLACE -**

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| 36D | DA CATON | $15,885 | 3 | $18,032 | TRANSFERRED APTS - PAYING PER STIP |
| █ | ██ | ██ | █ | ██ | ████████ |
| █ | █████ | ██ | █ | ██ | ███████████████████ |
| █ | ██ | ██ | █ | ██ | ██████ |
| █ | ██ | ██ | █ | ██ | ██████ |
| █ | ██ | ██ | █ | ██ | ██████████████████ |