| | |
|---|---|
| TO: | Howard Milstein/Edward Milstein/Michael Milstein |
| FROM: | Amy Gould |
| CC: | Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Mark Sheeran, Steve Rossi, Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Keri Constable |
| DATE: | October 14, 2011 |

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| | ▮ - | | | | |
| ▮ | ▮ ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ - | | | | |
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

**200 RECTOR PLACE -**

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| 36D | DA CATON | $15,885 | 3 | $9,112 | TRANSFERRED APTS - PAYING PER STIP |
| 43C | DA KAKUSHADZE | | | | HOLDOVER - 30 DAY NOTICE EXPIRES 11/4/11 |
| ▮ | ▮ - | | | | |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | | ▮ | ▮ |

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| | ▮ | | | | |
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ - | | | | |
| ▮ | ▮ | ▮ | | ▮ | ▮ |