TO: Howard Milstein/Edward Milstein/Michael Milstein
FROM: Amy Gould
CC: Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Steve Rossi,
Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Keri Constable, Craig Jeffries, Cynthia Howard
DATE: July 27, 2012

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ■■ | ■ ■ | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■ |
| ■■ | ■ ■ | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■ |
| ■■■■■ | - | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| ■■■■■ | - | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |

**200 RECTOR PLACE -**

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| 14H | DA SCARPA | $8,550 | 2 | $8,550 | DISPO OUT FOR SERVICE |
| 24D | DA LINES | $13,145 | 3+ | $17,312 | WARRANT ORDERED 7/26 |
| 26H | DA BEN-ARTZI | $9,390 | 2 | $9,390 | DISPO OUT FOR SERVICE |
| ■■ | ■ ■ | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■■■ |
| ■■ | ■ ■ | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| ■■■■■ | - | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■■■ |
| ■■■■■ | - | ■■ | ■ | ■■ | ■■■■■■■■■■■■■■■■■ |
| ■■ | | ■■ | ■ | ■■ | ■■■■■ |

LD000130