TO: Howard Milstein/Edward Milstein/Michael Milstein
FROM: Amy Gould
CC: Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Steve Rossi,
Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Keri Constable, Oneeka Williams, Cynthia Howard
DATE: September 11, 2012

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ███ | ██ ██████ | ███ | █ | ███ | ████████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████████████████ |
| ███████████ - | | | | | |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████████████████████ |
| **200 RECTOR PLACE -** | | | | | |
| 3H | DA DELLA VENTURA | $6,417 | 2+ | $6,417 | 3 DAY TO LAW FIRM 8/10 |
| 24D | DA LINES | $13,145 | 3+ | $17,312 | WARRANT ORDERED 7/26 - SIGNED STIP - STIP DEFAULT - ATTY ADVISED |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████████████████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████ |
| ███ | ██ ██████ | ███ ███ | █ | ███ | ██ |
| ███████████ - | | | | | |
| ███ | ██ ██████ | ███ | █ | ███ | ████████████████████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ████████ |
| ███ | ██ ██████ | ███ | █ | ███ | ██████████████ |

LD000133