| TO: | Howard Milstein/Edward Milstein/Michael Milstein |
|---|---|
| FROM: | Amy Gould |
| CC. | Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Steve Rossi, |
| | Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Keri Constable, Oneeka Williams, Cynthia Howard |
| DATE: | October 12, 2012 |

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ■ | ■ ■ | ■ | ■ | ■ | ■ |
| ■ | ■ ■ | ■ | ■ | ■ | ■ |
| ■ ■ | | | | | |
| ■ | ■ ■ | ■ | ■ | ■ | ■ |
| ■ | ■ ■ | ■ | ■ | ■ | ■ |
| ■ ■ | | | | | |
| ■ | ■ ■ | ■ | ■ | ■ | ■ |

**200 RECTOR PLACE -**

| APT | | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|---|
| 3H | DA | DELLA VENTURA | $6,417 | 2+ | $6,417 | 3 DAY OUT FOR SERVICE |
| 24D | DA | LINES | $13,145 | 3+ | $17,312 | EVICTION SCHEDULED FOR 10/18 |
| 28H | DA | STANGER | $8,950 | 3+ | $8,950 | 3 DAY OUT FOR SERVICE |
| 44A | DA | ADVANCED TRADING PTNRS | $13,700 | 2+ | $13,700 | 3 DAY OUT FOR SERVICE |