| | |
|---|---|
| TO: | Howard Milstein/Edward Milstein/Michael Milstein |
| FROM: | Oneeka Williams |
| CC: | Amy Gould, Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Steve Rossi, Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Cynthia Howard, Jeff Pirkl, Michael Benedetti |
| DATE: | May 17, 2013 |

### LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | | | | |
| ▓ | ▓▓▓ | | | | ▓▓▓▓▓▓▓▓▓ |
| ▓▓▓ | ▓▓▓ | | | | |
| ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓▓▓▓▓▓▓▓▓ |
| ▓ | ▓▓▓ | | | | ▓▓▓▓▓▓▓▓▓ |
| ▓▓▓ | ▓▓▓ | | | | |
| ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓▓▓ |
| ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓▓▓▓▓▓ |
| ▓ | ▓▓▓ | | ▓ | | ▓▓▓ |
| ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓▓▓▓▓▓▓▓▓ |

**200 RECTOR PLACE -**

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| 37M | DA AYBERK | $5,150 | 2 | $5,150 | 3 DAY TO HPM FOR SIGNATURE |
| ▓▓▓ | | | | | |
| ▓ | ▓ | ▓ | | ▓ | ▓▓▓ |
| ▓ | ▓ | ▓ | | ▓ | ▓▓▓ |
| ▓▓▓ | | | | | |