| TO: | Howard Milstein/Edward Milstein/Michael Milstein |
|---|---|
| FROM: | Oneeka Williams |
| CC. | Amy Gould, Tony Bergamo, Steve Dolnick, Lorraine Doyle, Anna Seddio, Alva Acosta, Steve Rossi, Clive Spagnoli, Angela Vigorito, Vernon Jefferson, Jeff Epstein, Cynthia Howard, Jeff Pirkl, Michael Benedetti |
| DATE: | July 23, 2013 |

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| ███ | ████████ - | | | | |
| █ | ████ | ██ | █ | ██ | ███████████████ |
| ████████ - | | | | | |
| █ | ██ | | | ██ | █████████████████████████████ |
| █ | ████ | | | | ████████████████████████████████ |
| █████████████ - | | | | | |
| █ | ██ | ██ | █ | ██ | ██████████ |
| █████████ - | | | | | |
| █ | ████ | ██ | █ | ██ | █████████████████████████ |
| █ | ████ | ██ | █ | ██ | ██████████████████████████ |
| 200 RECTOR PLACE - | | | | | |
| 37D | DA STEWART | $10,225 | 3 | $10,225 | THREE DAY NOTICE SERVED - TENANT VACATED UNIT |
| ████████ - | | | | | |
| █ | ██ | ██ | █ | ██ | ██████████ |
| █ | ██ | ██ | █ | ██ | ████████████████ |
| █ | ████████ | ██ | █ | ██ | ███████████████████ |
| ███████ - | | | | | |

LD000120