| TO: | Howard Milstein/Edward Milstein/Michael Milstein |
|---|---|
| FROM: | Oneeka Williams |
| CC: | Amy Gould, Steve Rossi, Tony Bergamo, Steve Dolnick, Lorraine Doyle, Alva Acosta, Andrew Berkman, Elizabeth Mangan, Angela Vigorito, Clive Spagnoli, David Peckerman, Darryl Rankin, Vernon Jefferson, Sharon Hill, Cynthia Howard, Jeff Pirkl, Michael Benedetti, Jaime Romano, Sam Gonzalez, Jazmin Hernandez, Niyoka Turnbull, John Serafin, Danaysys Frias |
| DATE: | April 25, 2014 |

## LEGAL ACTION UPDATE REPORT

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| | ▮ ▮ | ▮ | | ▮ | ▮ |
| | | | | | |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | | |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | | |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |

**200 RECTOR PLACE -**

| APT | TENANT | AMOUNT SUED FOR | # OF MONTHS SUED FOR | CURRENT O/S RENT | STATUS |
|---|---|---|---|---|---|
| 18H | DA RACHMANSKY | $18,845 | 4 | $19,245 | THREE DAY OUT FOR SERVICE |
| 35F | DA GREER | $10,887 | 3 | $15,097 | DISPO SERVED 4/17, AWAITING COURT DATE |
| | | | | | |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ | ▮ |