M I L S T E I N   P R O P E R T I E S

```
                  ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                                           PAGE  26
PERIOD : 07/01/12 - 07/17/12                            SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:   0383    MARINER'S COVE SITE B ASSOC          TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED            07/17/12
PROPERTY: Z1      MARINER'S COVE SITE B ASSOC.         INCLUDING ZERO CLOSING BALANCE
```

| ID# | TENANT NAME | EXP DATE | OPEN BAL | INVOICE REASON | ADJUSTMENT REASON | SUBTOTAL | COLLECTION | CLOSE BAL | DA |
|---|---|---|---|---|---|---|---|---|---|
| 10E | URSULA KERRIGAN | 08/31/12 | | 4,995.00 APT RNT | | 4,995.00 | 4,995.00- | | 12 |
| | FLAGS: DS | | | | | | | | |
| 10F | ELIZABETH CZERNY | 07/31/13 | | 2,925.00 APT RNT | | 2,925.00 | 2,925.00- | | 5 |
| | FLAGS: DS UG | | | | | | | | |
| 10G | DANIELA HOEHN | 06/30/13 | | | 3,150.00-CHK RCD | 3,150.00- | | 3,150.00- | |
| | FLAGS: DS UG | | | | | | | | |
| 10H | PATRICIO FEMENIAS | 06/30/12 | | 4,600.00 APT RNT | | 4,600.00 | | 4,600.00 | |
| | FLAGS: DS U2 | | | | | | | | |
| 10MN | LISA GOTTLIEB | 09/30/12 | | 5,750.00 APT RNT | 40.00 BATHRM | 5,790.00 | 5,790.00- | | 11 |
| | FLAGS: DS UG | | | | | | | | |
| 11E | JOHN SUGDEN | 08/31/13 | | 4,995.00 APT RNT | | 4,995.00 | 4,995.00- | | 12 |
| | FLAGS: DS UG | | | | | | | | |
| 11L | TIFFANY R COHEN | 05/31/13 | 3,125.00- | 3,125.00 APT RNT | 3,125.00 RNT ADJ | 3,125.00 | 3,125.00- | | 2 |
| | FLAGS: DS UG | | | | | | | | |
| 12H | JENNIFER M CAMPBELL | 07/31/13 | | 4,300.00 APT RNT | | 4,300.00 | 4,300.00- | | 5 |
| | FLAGS: DS U2 | | | | | | | | |
| 14H | JOHN SCARPA | 08/31/12 | 4,315.00 | 4,275.00 APT RNT | | 8,590.00 | | 8,590.00 | |
| | FLAGS: DS UG | | | | | | | | |
| 15H | CHRISTOPHER J UPDIKE | 04/30/13 | | 4,300.00 APT RNT | | 4,300.00 | 4,300.00- | | 6 |
| | FLAGS: DS UG | | | | | | | | |
| 16H | RUI HONG WANG | 06/30/13 | | 4,520.00 APT RNT | | 4,520.00 | 4,520.00- | | 5 |
| | FLAGS: DS UG | | | | | | | | |
| 16M | DWIGHT KENNEDY | 06/30/12 | 2,495.00 | 2,495.00 APT RNT | | 4,990.00 | 2,495.00- | 2,495.00 | 12 |
| | FLAGS: DS UG | | | | | | | | |
| 17H | DR. ANJUM BUX | 11/30/12 | 105.00- | 4,395.00 APT RNT | 30.00 TNT CHG | 4,320.00 | 4,395.00- | 75.00- | 16 |
| | FLAGS: DS UG | | | | | | | | |
| 18H | ANNA RACHMANSKY | 01/31/13 | 4,495.00 | 4,495.00 APT RNT | | 8,990.00 | | 8,990.00 | |
| | FLAGS: DS U2 | | | | | | | | |
| 19H | BASAR V AKYELLI | 10/31/12 | | 4,075.00 APT RNT | | 4,075.00 | 4,075.00- | | 3 |
| | FLAGS: DS UG | | | | | | | | |
| 21H | RICHARD T BUONATO | 11/30/12 | | 4,450.00 APT RNT | | 4,450.00 | 4,450.00- | | 6 |
| | FLAGS: | | | | | | | | |

LD000388