M I L S T E I N   P R O P E R T I E S

```
              ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                                             PAGE  27
PERIOD : 07/01/12 - 07/17/12                         SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:    0383     MARINER'S COVE SITE B ASSOC      TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED                07/17/12
PROPERTY:  Z1       MARINER'S COVE SITE B ASSOC.     INCLUDING ZERO CLOSING BALANCE

===============================================================================================================================
ID#    TENANT  NAME              EXP DATE! OPEN BAL ! INVOICE    REASON !ADJUSTMENT REASON ! SUBTOTAL  !COLLECTION !  CLOSE BAL!DA
===============================================================================================================================
22H    ASHLEY HUFFT              09/30/12!          ! 4,150.00 APT RNT!                    ! 4,150.00 ! 4,150.00-!            ! 5
FLAGS: DS                                 !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
23H    TRADITION                 11/30/13!          ! 4,195.00 APT RNT!                    ! 4,195.00 ! 4,195.00-!            !11
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
24D    BEN LINES                 11/30/12! 13,429.55! 3,550.00 APT RNT!   232.15 LEGAL    ! 17,311.70 !          ! 17,311.70 !
FLAGS: DS U2                              !         !          !        !   100.00 LATE/05 !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
24H    MICHAEL ZACCAGNINO        07/31/12!          ! 4,050.00 APT RNT!    25.00 KITCHEN  ! 4,075.00 ! 4,050.00-!    25.00  !16
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
25H    LORENZO BEACCO            06/30/13!  4,650.00-! 4,650.00 APT RNT! 2,945.00 RNT ADJ  ! 2,945.00 ! 2,945.00-!            ! 5
FLAGS: DS U2                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
26H    GUY BEN-ARTZI             02/28/13!  5,137.50 ! 4,695.00 APT RNT!                    ! 9,832.50 !          ! 9,832.50 !
FLAGS: DS U2                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
27H    ANDREW H REYNARD          03/31/14!          ! 4,395.00 APT RNT!                    ! 4,395.00 ! 4,395.00-!            ! 9
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
28F    STEVEN L AVARY            03/31/13!          ! 3,140.00 APT RNT!                    ! 3,140.00 ! 3,140.00-!            ! 2
FLAGS: DS                                 !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
28H    LUCIANA STANGER           07/31/12!   340.00-! 4,475.00 APT RNT!  100.00 LATE/05   ! 4,235.00 !          ! 4,235.00 !
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
28K    EUGENE SHIU               06/30/13!          ! 3,265.00 APT RNT!                    ! 3,265.00 ! 3,265.00-!            ! 5
FLAGS: DS U2                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
29D    HANS SCHMITT              07/31/12!    50.00 ! 3,350.00 APT RNT!                    ! 3,400.00 !          ! 3,400.00 !
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
29F    LOUIS DOMILICI            10/31/12!          ! 3,350.00 APT RNT!                    ! 3,350.00 ! 3,350.00-!            ! 5
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
29H    RICHARD G. PARKER         07/31/13!          !          !        ! 4,750.00-CHK RCD ! 4,750.00-!          ! 4,750.00-!
FLAGS: DS U2                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
29K    KAYADTI MADISON           07/31/12!          ! 3,050.00 APT RNT!                    ! 3,050.00 ! 3,050.00-!            ! 5
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
30B    ALICE M GREENWALD         03/31/13!          ! 4,800.00 APT RNT!                    ! 4,800.00 ! 4,800.00-!            ! 2
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
30F    E AGUIRRE-CAPURRO         03/31/13!          ! 3,225.00 APT RNT!                    ! 3,225.00 ! 3,225.00-!            !11
FLAGS: DS UG                              !         !          !        !                  !          !          !           !
-------------------------------------------!---------!----------!--------!------------------!----------!----------!-----------!--
```