M I L S T E I N   P R O P E R T I E S

```
                    ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                              PAGE 127
PERIOD :  07/24/12 -  08/01/12                     SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:   0383     MARINER'S COVE SITE B ASSOC     TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED              07/24/12
PROPERTY: Z1       MARINER'S COVE SITE B ASSOC.    INCLUDING ZERO CLOSING BALANCE
```

| ID# | TENANT NAME | EXP DATE! | OPEN BAL ! | INVOICE REASON ! | ADJUSTMENT REASON ! | SUBTOTAL ! | COLLECTION ! | CLOSE BAL! | DA |
|-----|-------------|-----------|-----------|------------------|---------------------|-----------|--------------|-----------|----|
| 04R | ROBERT WAELDER | 05/31/13! | | 2,295.00 APT RNT! | | 2,295.00 ! | ! | 2,295.00 ! | |
| | SEC DEP: 2,295.00 | | | | | | | | |
| | FLAGS: DS U2 | | | | | | | | |
| 05B | GFI GROUP INC | 07/31/12! | 40.00-! | 4,250.00 APT RNT! | | 4,210.00 ! | ! | 4,210.00 ! | |
| | SEC DEP: 4,395.00 | | | | | | | | |
| 05E | LINDSEY WARRUM | 01/31/13! | | 3,185.00 APT RNT! | | 3,185.00 ! | ! | 3,185.00 ! | |
| | JOSH WARRUM | | | | | | | | |
| | SEC DEP: 3,185.00 | | | | | | | | |
| | FLAGS: DS U2 | | | | | | | | |
| 05F | CHARLES L KANTER | 02/28/13! | | 3,125.00 APT RNT! | | 3,125.00 ! | ! | 3,125.00 ! | |
| | SEC DEP: 3,125.00 | | | | | | | | |
| | FLAGS: DS U2 | | | | | | | | |
| 05L | FRANK PHELAN | 12/31/12! | | 2,000.00 APT RNT! | | 2,000.00 ! | ! | 2,000.00 ! | |
| | SEC DEP: 2,000.00 | | | | | | | | |
| | FLAGS: DS UG | | | | | | | | |
| 05R | OZAN VOLKAN | 06/30/13! | | 2,270.00 APT RNT! | | 2,270.00 ! | ! | 2,270.00 ! | |
| | SEC DEP: 2,270.00 | | | | | | | | |
| | FLAGS: DS | | | | | | | | |
| 05X | ALESSIO DE SENSI | 04/30/14! | | 2,865.00 APT RNT! | | 2,865.00 ! | ! | 2,865.00 ! | |
| | SEC DEP: 3,065.00 | | | | | | | | |
| | FLAGS: DS UG | | | | | | | | |
| 05Y | JOSEPH KOLTISKO | 08/31/12! | | 4,025.00 APT RNT! | | 4,025.00 ! | ! | 4,025.00 ! | |
| | SEC DEP: 3,775.00 | | | | | | | | |
| | FLAGS: DS | | | | | | | | |
| 06B | MUKUL GUPTA | 08/31/12! | 4,898.00 ! | 4,095.00 APT RNT! | 200.00 RNT ADJ! | 9,193.00 ! | ! | 9,193.00 ! | |
| | SEC DEP: 4,250.00 | | | | | | | | |
| | FLAGS: UG | | | | | | | | |
| 06E | PAUL FITZSIMONS | 01/31/13! | | 3,525.00 APT RNT! | | 3,525.00 ! | ! | 3,525.00 ! | |
| | CAITHLIN CORRIGAN | | | | | | | | |
| | SEC DEP: 3,525.00 | | | | | | | | |
| | FLAGS: DS UG | | | | | | | | |
| 06F | WILLIAM MULVIHILL | 10/31/12! | | 3,000.00 APT RNT! | | 3,000.00 ! | ! | 3,000.00 ! | |
| | SEC DEP: 3,050.00 | | | | | | | | |
| 06G | LAWRENCE D HERMAN | 08/31/13! | | 2,795.00 APT RNT! | | 2,795.00 ! | ! | 2,795.00 ! | |
| | SEC DEP: 3,050.00 | | | | | | | | |
| | FLAGS: DS UG | | | | | | | | |

LD000404