M I L S T E I N   P R O P E R T I E S

```
                    ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                                       PAGE 125
PERIOD : 09/01/12 - 09/30/12                            SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:    0383    MARINER'S COVE SITE B ASSOC          TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED           10/02/12
PROPERTY:  Z1      MARINER'S COVE SITE B ASSOC.         INCLUDING ZERO CLOSING BALANCE
```

| ID# | TENANT NAME | EXP DATE | OPEN BAL | INVOICE REASON | ADJUSTMENT REASON | SUBTOTAL | COLLECTION | CLOSE BAL | DA |
|-----|-------------|----------|----------|----------------|-------------------|----------|------------|-----------|----|
| 03F | JUSTIN MCAULIFFE<br>JOHN MCAULIFFE<br>SEC DEP:  2,975.00<br>FLAGS: DS UG | 07/31/13 |  | 2,975.00 APT RNT | 100.00 RNT ADJ | 3,075.00 | 3,075.00- |  | 4 |
| 03H | CARA DELLA VENTURA<br>SEC DEP:  3,170.00<br>FLAGS: DS UG | 06/30/13 | 3,247.45 | 3,170.00 APT RNT |  | 6,417.45 |  | 6,417.45 |  |
| 03L | JOSEPH BAIDE<br>SEC DEP:  3,100.00<br>FLAGS: DS U2 | 03/31/13 |  | 3,100.00 APT RNT |  | 3,100.00 | 3,100.00- |  | 12 |
| 03R | AMAR SINGH DHANOYA<br>SEC DEP:  2,395.00<br>FLAGS: DS UG | 08/31/12 |  | 2,395.00 APT RNT |  | 2,395.00 | 2,395.00- |  | 11 |
| 04B | MATTHEW CAMPBELL<br>SEC DEP:  4,150.00<br>FLAGS: DS UG | 03/31/13 |  | 4,150.00 APT RNT |  | 4,150.00 | 4,150.00- |  | 4 |
| 04E | DANIEL ROSS<br>ELIZABETH ROSS<br>SEC DEP:  3,750.00<br>FLAGS: DS U2 | 02/28/13 | 3,750.00- | 3,750.00 APT RNT |  |  |  |  | 6 |
| 04F | RYAN BURGER<br>LINDSAY OLZEROWICZ<br>SEC DEP:  3,095.00<br>FLAGS: DS U2 | 03/31/13 |  | 3,095.00 APT RNT |  | 3,095.00 | 3,095.00- |  | 5 |
| 04G | GATI DHARANI<br>CATHERINE LEE<br>SEC DEP:  2,595.00<br>FLAGS: DS | 09/30/12 |  | 2,595.00 APT RNT |  | 2,595.00 | 2,595.00- |  | 4 |
| 04H | ALLISON BURSTEIN<br>NILANJANA DAS<br>SEC DEP:  3,065.00<br>FLAGS: DS UG | 09/30/12 |  | 3,065.00 APT RNT |  | 3,065.00 | 3,065.00- |  | 5 |
| 04K | NAMCHUL SHIN<br>SEC DEP:  4,000.00 | 07/31/13 |  | 4,000.00 APT RNT |  | 4,000.00 | 4,000.00- |  | 7 |
| 04L | NAVEED ANWAR<br>SEC DEP:  3,125.00<br>FLAGS: DS U2 | 03/31/13 |  | 3,125.00 APT RNT |  | 3,125.00 | 3,125.00- |  | 6 |

LD000528