M I L S T E I N   P R O P E R T I E S

```
                    ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                                    PAGE 140
PERIOD : 09/21/12 - 10/01/12                         SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:     0383    MARINER'S COVE SITE B ASSOC      TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED                09/21/12
PROPERTY:   Z1      MARINER'S COVE SITE B ASSOC.     INCLUDING ZERO CLOSING BALANCE
===================================================================================================================================
ID#    TENANT  NAME             EXP DATE! OPEN BAL ! INVOICE    REASON !ADJUSTMENT REASON ! SUBTOTAL  !COLLECTION !  CLOSE BAL!DA
===================================================================================================================================
43C    ROBERTO DI BERNARDINI    05/31/13!          !  8,500.00 APT RNT!                  !  8,500.00 !           !   8,500.00 !
SEC DEP:    8,500.00                     !          !                  !                  !           !           !            !
FLAGS: DS UG                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
43D    ELLEN SCHREIBER          01/31/13!          !  6,995.00 APT RNT!   100.00 LATE/08!  7,095.00 !           !   7,095.00 !
SEC DEP:    7,625.00                     !          !                  !                  !           !           !            !
FLAGS: DS UG                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
43E    MARILYN ZUCKERMAN        09/30/13!          !  5,195.00 APT RNT!                  !  5,195.00 !           !   5,195.00 !
       P ZUCKERMAN                       !          !                  !                  !           !           !            !
SEC DEP:    5,195.00                     !          !                  !                  !           !           !            !
FLAGS: DS                                !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
43F    DELLA BRITTON            03/31/13!     0.60 !  7,775.00 APT RNT!                  !  7,775.60 !           !   7,775.60 !
SEC DEP:   15,550.00                     !          !                  !                  !           !           !            !
FLAGS: DS U2                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
44A    ADVANCED TRADING         03/31/13! 6,950.00 !  6,850.00 APT RNT!                  ! 13,800.00 !           !  13,800.00 !
       PARTNERS LLC                      !          !                  !                  !           !           !            !
SEC DEP:    6,795.00                     !          !                  !                  !           !           !            !
FLAGS: DS UG                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
44B    CATHERINE BENDERT        04/30/14!          !  9,700.00 APT RNT!                  !  9,700.00 !           !   9,700.00 !
       THOMAS BENDERT                    !          !                  !                  !           !           !            !
SEC DEP:    9,990.00                     !          !                  !                  !           !           !            !
FLAGS: DS U2                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
44C    ALLAN BRILLIANT          12/31/12!          !  8,075.00 APT RNT!                  !  8,075.00 !           !   8,075.00 !
       MARCIA BELLOWS                    !          !                  !                  !           !           !            !
SEC DEP:    8,075.00                     !          !                  !                  !           !           !            !
FLAGS: DS UG                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
44D    CHRISTOPHER RUSH         03/31/14!          !  5,400.00 APT RNT!                  !  5,400.00 !           !   5,400.00 !
SEC DEP:    5,400.00                     !          !                  !                  !           !           !            !
FLAGS: DS UG                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
99Z    TENANT CHARGES           12/31/99       TENANT NOT BILLED
SEC DEP:        0.00                     !          !                  !                  !           !           !            !
FLAGS: NL DS                             !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
C1     TULLY CONST CO           12/31/12! 15,838.48! 12,100.00 APT RNT!  1,203.03 ELECT  ! 29,606.87 !           !  29,606.87 !
SEC DEP:        0.00                     !          !   465.36 CAM    !                  !           !           !            !
FLAGS:                                   !          !                  !                  !           !           !            !
-----------------------------------------!----------!------------------!------------------!-----------!-----------!------------!--
```

LD000517