```
                    Case 1:15-cv-06119-AJN-JLC   Document 381-51   Filed 06/19/17   Page 1 of 1
                                         M I L S T E I N   P R O P E R T I E S

                    ANALYSIS OF CHARGES AND COLLECTIONS FOR CURRENT UNITS                                              PAGE 138
PERIOD : 04/25/13 - 05/01/13                       SELECTED TENANTS:   RESIDENTIAL LAST/CURRENT/NEXT AND COMMERCIAL
ENTITY:    0383    MARINER'S COVE SITE B ASSOC     TODAY'S ACTIVITY INCLUDED, COMM/RESID SEPARATED             04/25/13
PROPERTY:  Z1      MARINER'S COVE SITE B ASSOC.    INCLUDING ZERO CLOSING BALANCE

====================================================================================================================================
ID#    TENANT  NAME                EXP DATE! OPEN BAL  ! INVOICE     REASON !ADJUSTMENT REASON ! SUBTOTAL  !COLLECTION !  CLOSE BAL!DA
====================================================================================================================================
37A    DANIEL JOHN SEDDON           07/31/13!           ! 3,395.00 APT RNT!                    ! 3,395.00 !           ! 3,395.00 !
SEC DEP:   3,395.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37B    INTESA SANPAOLO              05/31/13!           ! 5,250.00 APT RNT!                    ! 5,250.00 !           ! 5,250.00 !
SEC DEP:   5,250.00                          !           !                  !                    !          !           !           !
FLAGS: DS U2                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37C    ICAP SERVICES NA LLC         01/31/14!   125.00-! 3,275.00 APT RNT!                    ! 3,150.00 !           ! 3,150.00 !
SEC DEP:   3,195.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37D    KINGSLEY STEWART             10/31/13! 3,375.00 ! 3,375.00 APT RNT!                    ! 6,750.00 !           ! 6,750.00 !
SEC DEP:   6,750.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37E    CHRISTOPHER WILLIAMS         11/30/13!           ! 6,590.00 APT RNT!                    ! 6,590.00 !           ! 6,590.00 !
SEC DEP:   6,590.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37H    NICCOLE DREILING             10/31/13!           ! 4,800.00 APT RNT!                    ! 4,800.00 !           ! 4,800.00 !
       SPENCER DREILING                      !           !                  !                    !          !           !           !
SEC DEP:   4,800.00                          !           !                  !                    !          !           !           !
FLAGS: DS U2                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37K    JONATHAN FALLIN              09/30/14!    50.00 ! 2,875.00 APT RNT!  75.00 LATE/03 ! 3,000.00 !           ! 3,000.00 !
       ANDREA FALLIN                         !           !                  !                    !          !           !           !
SEC DEP:   2,875.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
37M    MINE AYBERK                  06/30/13! 2,725.00 ! 2,575.00 APT RNT!  75.00 LATE/03 ! 5,375.00 !           ! 5,375.00 !
SEC DEP:   2,650.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
38A    STEPHANE LINTER              05/31/13!           ! 7,325.00 APT RNT!  75.00 LATE/03 ! 7,400.00 !           ! 7,400.00 !
SEC DEP:   7,325.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
38B    GABRIELA GRUIA               07/31/14!           ! 6,150.00 APT RNT!                    ! 6,150.00 !           ! 6,150.00 !
SEC DEP:   6,325.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
38C    AMIT LIVNAT                  06/30/13!           ! 8,450.00 APT RNT!                    ! 8,450.00 !           ! 8,450.00 !
       MERAV SCHWARTZ                        !           !                  !                    !          !           !           !
SEC DEP:   8,775.00                          !           !                  !                    !          !           !           !
FLAGS: DS UG                                 !           !                  !                    !          !           !           !
------------------------------------------------!----------!------------------!--------------------!----------!-----------!-----------!--
```

LD000862