**Civil Court of the City of New York**
County of _NY_
Part _E_

Index Number _63974/14_
Motion Cal. # _____ Motion Seq. # _011_

**DECISION/ORDER**
Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

Mariners Cove Site B Associates
Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Steven Greer
Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | 1-2 |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | 3 |
| Replying Affidavits | |
| Exhibits | 4-7 |
| Other | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _____ is as follows:

Respondent's motion to reargue this court's decision and order dated January 28, 2016 is denied. The only question on a motion to reargue is whether the court overlooked or misapprehended fact or law in determining a prior motion. Its purpose is not to serve as a vehicle to permit the unsuccessful party to argue once again the very same questions firmly and finally resolved (see Sun Mei Inc. v. Chen, 21 AD3d 265 [2005]). Moreover, a motion for leave to reargue may not include "any matters of fact not offered on the prior motion." (CPLR § 2221(d)(2)). As stated in the prior decision there is no dispute or legal justification ~~example to~~ to excuse the fact that respondent has failed to pay use and occupancy as directed by the order of the Civil Court dated March 13, 2015.

Date _2/11/2013_

Judge, Civil Court
JUDGE MARIA MILIN

LD001919