At an Appellate Term of the Supreme Court, First Department
Held at the Court House, Borough of Manhattan,
City of New York, on the 15 day of March 2016.

Present: - Hon. Martin Schoenfeld, J.P.,

" Martin Shulman,

" Doris Ling-Cohan, Justices.



Mariners Cove Site B Associates,
    Petitioner-Landlord-Respondent,
        -against-
Dr. Steven Greer,
    Respondent-Tenant-Appellant.

N.Y. County Clerk's # 570121/16
Civil N.Y. County Index # 63974/14
**ORDER ON MOTION**



The above named respondent-tenant, having moved by notice of motion returnable March 4, 2016, for an order staying enforcement of the judgment and warrant of eviction pending the determination of this motion and the appeal and for other relief.

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon.

**It is Ordered** that the motion of the respondent-tenant for an order staying enforcement of the judgment and warrant of eviction is denied.

Enter,

Shulman, J.

Justice, Appellate Term
Supreme Court, First Department

LD001905