At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on June 9, 2016.

Present - Hon. Peter Tom,                    Justice Presiding,
         Rolando T. Acosta
         Rosalyn H. Richter
         Sallie Manzanet-Daniels
         Ellen Gesmer,                       Justices.

---------------------------------------X
Mariners Cove Site B Associates,

    Petitioner-Landlord,

        -against-                              M-1525
                                        Index No. 63974/14
Dr. Steven Greer,

    Respondent-Tenant.
---------------------------------------X

Respondent-tenant having moved for leave to appeal to this Court from an interlocutory order of the Appellate Term entered in the office of the Clerk of the Supreme Court, New York County, on or about March 15, 2016, and for a stay of a warrant of eviction pending hearing and determination of this motion and the the proposed appeal to this Court,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is ordered that the motion, with respect to leave to appeal to this Court from the interlocutory order of the Appellate Term is denied, and the stay of eviction and related relief, is denied as academic.

ENTER:

_____
CLERK