CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART F
---------------------------------------------------------X

MARINER'S COVE SITE B ASSOCIATES,

                Petitioner-Landlord

**DECISION & ORDER**

-against-

Index No.: L&T 63974/14/16

HON. SABRINA B. KRAUS

DR. STEVEN GREER
200 RECTOR PLACE, Apt. 35F
New York, New York 10280

                Respondent-Tenant
---------------------------------------------------------X

    Petitioner's motion (seq no 12) is granted to the following extent:

    Purasuant to CPLR 2606, The commissioner of Finance is directed to release and pay to Petitioner Mariners Cove Site B associates $44,135.00 currently being held on deposit, plus accrued interest less lawful fees, and mail said fnds to Mariners Cove Site B Associates c/o Rosenberg & Estis PC, 733 Third Avenue, New York, New York 10017, attn Deborah Riegel, Esq.

    Petitioner is the prevailing party in this litigation and the underlying lease provides for attorneys' fees. The matter is set down for a hearing to determine the reasonable amount of attorneys' fees to be awarded to Petitioner. The hearing shall be November17th, 2016, at 2 pm in Part F.

    This constitutes the decision and order of this court.

Dated: October 24, 2016
New York, NY

                                            Hon. Sabrina B. Kraus, J.H.C.

LD001940

Civil Court of the City of New York
County of New York
Part: Part F, Room: 830
Date: October 24, 2016

Civil Court of the City of New York
County of New York
Part: Part F, Room: 830
Date: October 24, 2016

Index #: **LT-063974-14/NY**
Motion Seq #: 13

## Decision/Order

MARINERS COVE SITE B ASSOCIATES
        Petitioner(s)
  -against-
DR. STEVEN GREER
        Respondent(s)

Present: <u>Sabrina Kraus</u>
        Judge

Recitation, as required by CPLR 2219(A), of the papers considered in the review of this OSC for:
**Dismiss**

| PAPERS | NUMBERED |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Stipulations | |
| Other | |

Upon the foregoing cited papers, the Decision/Order in this Motion is as follows:

Motion denied as without merit in law or fact.

Date: 10/24/16

HON. SABRINA B. KRAUS
Judge, Civil/Housing Court

Generated: October 17, 2016

LD001941