Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    Case No. 1:15-cv-06119
 4    - - - - - - - - - - - - - - - - - - -x
 5    STEVEN E. GREER, MD,
 6                            Plaintiff,
 7              -against-
 8    DENNIS MEHIEL, ROBERT SERPICO, THE
      BATTERY PARK CITY AUTHORITY, HOWARD
 9    MILSTEIN, STEVEN ROSSI, JANET MARTIN,
      MILFORD MANAGEMENT, and MARINERS
10    COVE SITE B ASSOCIATES,
11                            Defendant.
12    - - - - - - - - - - - - - - - - - - -x
13                       6 East 43rd Street
                         New York, New York
14
                         April 7, 2017
15                       10:05 a.m.
16
17         DEPOSITION of HOWARD MILSTEIN, one of
18    the Defendants in the above-entitled
19    action, held at the above time and place,
20    taken before Arthur Hecht, a Shorthand
21    Reporter and Notary Public of the State of
22    New York, pursuant to the Federal Rules of
23    Civil Procedure, and stipulations between
24    Counsel.
25              *       *       *
```

```
 1
 2    A P P E A R A N C E S :
 3
      STEVEN E. GREER, MD
 4    Pro Se Plaintiff
      4674 Tatersall Court
 5    Columbus, Ohio 43230
      (via teleconference)
 6
 7
      ROSENBERG & ESTIS, P.C.
 8    Attorneys for Defendants Mariners Cove
      Site B Associates, Milford Management,
 9    HOWARD MILSTEIN, JANET MARTIN and STEVE
      ROSSI
10    733 Third Avenue
      New York, New York 10017
11    BY:   DEBORAH RIEGEL, ESQ.
12
13    SHER TREMONTE, L.L.P.
      Attorneys for Battery Park City Authority
14    and ROBERT SERPICO
      90 Broad Street
15    New York, New York 10004
      BY:   MICHAEL TREMONTE, ESQ.
16
17
      ALSO PRESENT:   ABBY GOLDENBERG, ESQ.
18
19              *       *       *
20
21
22
23
24
25
```

1          Milstein
2     Q.    Are you aware that I e-mailed a
3  letter in early 2014 to all parties,
4  including your company, to not delete any
5  records including e-mails because
6  litigation was pending?
7          MS. RIEGEL:  Objection.
8     A.    No, no, I'm not.
9     Q.    Regarding my 14 years of living
10 at 200 Rector Place, you have argued, and
11 I say you loosely, your lawyers have
12 argued that my lease was not renewed
13 because of due cause, one of them is
14 because I was essentially a troublemaker,
15 bothering and harassing other tenants at
16 200 Rector Place, can you cite some
17 examples of that behavior?
18         MS. RIEGEL:  Objection.
19    A.    I don't -- I don't recall any
20 specifics, no.
21    Q.    Did your employees at Milford
22 Management ever warn me in any way, put me
23 on notice or send me any form of incident
24 report?
25         MS. RIEGEL:  Objection.

Page 24

Milstein

A. I don't know.

Q. You don't know or they did not do it?

A. I don't know.

Q. Another reason they claim my lease was not renewed is I was late or erratic in payment of rent since approximately 2012?

A. Well, that's the usual reason people don't get their leases renewed.

Q. Okay. Why then did they renew my lease in May of 2013?

MS. RIEGEL: Objection.

A. I don't know.

Q. That was less than 12 months before the letter I received saying they would not renew my lease, so if I were late in payment or a troublemaker, why did they renew the lease in 2013?

MS. RIEGEL: Objection.

A. I don't know, I'm not familiar with the details.

Q. Are you aware of documents I've produced that are scanned images of my

Page 25

1            Milstein
2  checks that I paid for rent in the year
3  2013 and they had had the first day of the
4  month on them?
5            MS. RIEGEL:  Objection.
6       A.   No, I'm not.
7       Q.   Have you evicted or not renewed
8  the lease of any other residential renter
9  in your building in Battery Park since
10 2013?
11           MS. RIEGEL:  Objection.
12      A.   I don't know.
13      Q.   Do you know if anyone has ever
14 been evicted for being late in rent since
15 2013 in Battery Park buildings you own --
16           MS. RIEGEL:  Objection.
17      Q.   -- or manage?
18      A.   That's correct, I don't know the
19 status of those particular buildings.
20      Q.   Okay.  Are you aware of
21 complaints by numerous people who live in
22 your buildings in Battery Park that
23 monthly balances issued to them by the
24 Milford Management accounting system is
25 often inaccurate showing erroneous

Page 26

1             Milstein
2  balances?
3        MS. RIEGEL:  Objection.
4    A.    No, I'm not.
5    Q.    Are you aware that I had been
6  e-mailing Milford Management, Lorraine
7  Doyle, Clive Spagnoli and others, Sharon
8  Hill since 2009 at least hundreds of times
9  that almost every month, my balance was
10 wildly inaccurate?
11       MS. RIEGEL:  Objection.
12   A.    No, I'm not.
13   Q.    Do you know what computer
14 accounting system or what type of
15 accounting system does Milford Management
16 use?
17       MS. RIEGEL:  Objection.
18   A.    I don't know.
19   Q.    Do you go to Battery Park City
20 and visit your buildings very often?
21       MS. RIEGEL:  Objection.
22   A.    No, I don't.
23   Q.    Do you recall the last time you
24 stepped foot into 200 Rector Place?
25       MS. RIEGEL:  Objection.

Page 27

1              Milstein
2    A.    No, I don't.
3    Q.    Are you aware of a website, news
4  website called batterypark.tv?
5    A.    No, I've never seen any site
6  like that.
7    Q.    I used to live in apartment 35F
8  at 200 Rector Place, is that unit still
9  vacant?
10         MS. RIEGEL:  Objection.
11   A.    I don't know.
12   Q.    Are approximately 430 rental
13  units located in 377 Rector, 380 Rector
14  and 200 Rector, those are rental units
15  that you are not selling as condos, are
16  those up now for sale as condominiums?
17         MS. RIEGEL:  Objection.
18   A.    That's a matter of dispute.
19   Q.    Have any of your business
20  partners initiated plans to sell those
21  condominiums?
22         MS. RIEGEL:  Objection, and I'm
23      going to direct the witness not to
24      answer, it's beyond the scope of the
25      permissible discovery.  It's intended

Page 30

1              Milstein
2     A.    No, I can't.
3     Q.    Were you aware or even made
4  aware of the 2014 lawsuit initiated
5  against me by Mariners Cove Site B calling
6  me a holdover?
7           MS. RIEGEL:  Objection.
8     A.    I don't recall any specific
9  discussion.
10    Q.    When a lawsuit is decided to be
11 undertaken against a renter, who at
12 Milford Management has the authority to
13 authorize the expenditures of legal fees
14 on a lawsuit?
15          MS. RIEGEL:  Objection.
16    A.    In general, Amy Gould is
17 responsible for that part of our business,
18 but individual managers may also play a
19 role in the decisions.
20    Q.    By an individual manager, would
21 that include Steve Rossi or Lorraine
22 Doyle?
23    A.    Yes, both of them.
24    Q.    When did you become aware of my
25 Federal complaint for which you're being

Veritext Legal Solutions
212-267-6868	www.veritext.com	516-608-2400

Page 31

1              Milstein
2  deposed right now, when did you become
3  aware of that?
4      A.   I don't recall.
5      Q.   Who authorized the hiring of
6  Rosenberg & Estis for this Federal
7  complaint?
8           MS. RIEGEL:  Objection.
9      A.   I don't recall.
10     Q.   Would Steve Rossi or Janet
11 Martin have been able to authorize the
12 defense in this lawsuit without your
13 knowledge?
14          MS. RIEGEL:  Objection.  Dr.
15     Greer, you're getting perilously close
16     to the line, so I'm going to let him
17     answer this question, but --
18          DR. GREER:  No colloquy, Ms.
19     Riegel, you're not allowed to have
20     colloquy, just say objection.  Do not
21     try to chill my questioning with
22     threats, like you're becoming
23     perilously close, that is a threat.
24     Do not do that.
25     Q.   Mr. Milstein, would Steve Rossi

Page 32

1              Milstein
2  or Janet Martin have been allowed to hire
3  Rosenberg & Estis for this Federal lawsuit
4  without you knowing?
5          MS. RIEGEL:   Objection.
6     A.   They might have.
7     Q.   Did you know about it when they
8  initiated the hiring of Rosenberg & Estis?
9          MS. RIEGEL:   Objection.
10    A.   I don't recall one way or the
11 other.
12    Q.   Is there any reason why you
13 would not recall important matters, do you
14 have any sort of medical issue to cause
15 you to not recall?
16         MS. RIEGEL:   Objection.
17    A.   No, I don't have any medical
18 condition that would cause me not to
19 recall.
20    Q.   So when a Federal lawsuit is
21 initiated against you, you do not recall
22 key details of it, is that correct?
23         MS. RIEGEL:   Objection.
24    A.   You've heard my answer -- you've
25 heard my answer so far, I have no further

```
                                              Page 33
 1                 Milstein
 2    comment to add to that.
 3        Q.    Who is Andrew Berkman, that's
 4    B-E-R-K-M-A-N, I think, there might be
 5    another E in there, who is Andrew
 6    Berkman?
 7        A.    He is our in-house general
 8    counsel in our -- in our real estate
 9    business.
10        Q.    I am not clear whether he is
11    actively representing you in this case or
12    not, he filed a notice of appearance that
13    has not been seen since.  Is Andrew
14    Berkman currently one of the lawyers on
15    this complaint defending for you?
16            MS. RIEGEL:  Objection.
17        A.    He may well be.
18        Q.    Well, that's not really an
19    answer, is he, yes or no?
20        A.    I don't know.
21        Q.    He's your in-house lawyer and
22    you do not know whether he's on this case,
23    is that correct?
24            MS. RIEGEL:  Objection.
25        A.    I don't know if he's on the case
```

```
                                                   Page 37
 1
 2              C E R T I F I C A T I O N
 3
 4       I,  ARTHUR HECHT, a Notary Public for
 5   and within the State of New York, do
 6   hereby certify that the foregoing witness,
 7   HOWARD MILSTEIN, was duly sworn on the
 8   date indicated, and that the foregoing is
 9   a true and accurate transcription of my
10   stenographic notes.
11       I further certify that I am not
12   employed by nor related to any party to
13   this action.
14
15
16
17            [signature: Arthur Hecht]
18        _____
                  ARTHUR HECHT
19
20
21
22
23
24
25
```