```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - -x
      STEVEN E. GREER, MD
 4    an individual,

 5                          Plaintiff,

 6           -against-

 7    Dennis Mehiel, an individual, Robert
      Serpico, an individual, The Battery Park
 8    City Authority, a New York State authority,
      Howard Milstein, an individual, Steven
 9    Rossi, an individual, Janet Martin, an
      individual, Milford Management, a New York
10    Corporation, and Mariners Cove Site B
      Associates, a New York corporation.
11
                           Defendants.
12
      - - - - - - - - - - - - - - - -x
13

14
                     CONFIDENTIAL
15

16

17    DEPOSITION OF KIRK SWANSON
      New York, New York
18    March 21, 2017

19

20

21

22

23

      Reported by:
24    Pessi Goldstein
      JOB NO. 121382
25
```

Page 2

1

2                                    March 21, 2017
                                     2:07 P.m.

3

4

5         DEPOSITION of KIRK SWANSON, a

6    Non-Party Witness herein, held at the United

7    States District Court, Southern District of

8    New York, 500 Pearl Street, New York, NY

9    10007, taken before Pessi Goldstein, a

10   shorthand reporter and Notary Public within

11   and for the State of New York.

12

13                    *       *       *

14

15

16

17

18

19

20

21

22

23

24

25

```
1
2     A P P E A R A N C E S:
3
4          STEVEN E. GREER, MD
                Plaintiff Pro Se
5
6
7          SHER TREMONTE
                Attorneys for Defendants
8               Robert Michael Serpico
                Battery Park City Authority
9               80 Broad Street
                New York, NY  10004
10         BY:  MICHAEL TREMONTE, ESQ.
                MICHAEL GIBALDI, ESQ.
11              JUSTIN GUNNELL, ESQ.
12
           ROSENBERG & ESTIS
13              Attorneys for
                Remaining Defendants
14              733 Third Avenue
                New York, NY  10017
15         BY:  DEBORAH RIEGEL, ESQ.
16
17
           GISKAN SOLOTAROFF & ANDERSON
18              Attorneys for the Witness
                11 Broadway
19              New York, NY 10004
           BY:  JASON SOLOTAROFF, ESQ.
20
21
     ALSO PRESENT:
22                   ALIX S. PUSTILNIK
                General Counsel for BPCA
23
24              *        *        *
25
```

1      KIRK SWANSON - CONFIDENTIAL

2           the scope of permitted discovery.

3                MR. SOLOTAROFF:  I'm going to

4           direct him not to answer.

5           Q.   Well, this address you mention

6      it, tell me what you can, what your lawyer

7      is comfortable with, you're suing the BPCA,

8      why?  Whatever you're --

9                MS. RIEGEL:  Objection, beyond

10          the scope of permitted discovery.

11               DR. GREER:  It's public

12          information.

13               MR. SOLOTAROFF:  Yes, again, I

14          don't want Mr. Swanson somehow to say

15          something that would be held against

16          him in his own deposition.

17               DR. GREER:  Sure, I'm just trying

18          to put it on the record.

19          Q.   Is it true that you were fired

20     from the BPCA and you are now suing?

21          A.   Yes.

22               DR. GREER:  That is all I have

23          for now.

24               MR. TREMONTE:  Can we take a

25          quick break?

1      KIRK SWANSON - CONFIDENTIAL

2          MR. SOLOTAROFF:  Sure.

3                    * * *

4          (Whereupon, a recess was taken

5      at this time.)

6                    * * *

7      Q.   Mr. Swanson, I didn't quite ask

8  this right.  Do you believe, is it your

9  opinion that Robert Serpico was involved in

10  my eviction or non-renewal of my lease, and

11  if so, why?

12          MR. TREMONTE:  Objection to form.

13      A.   Yes, almost immediately

14  afterwards Kevin and I were down at the far

15  end of that hall closer to Bob's office and

16  Bob crossed our path.  And I asked Bob if he

17  had anything to do with Greer not getting

18  his lease renewed, to which Bob visibly

19  smirked, shrugged and didn't answer my

20  question and walked away.

21      Q.   Was that January 21st?

22      A.   That was that same day.

23      Q.   Thank you.

24      A.   Shortly after Kevin approached

25  me.

Page 29

1                KIRK SWANSON - CONFIDENTIAL
2       colluded with somebody else to remove a
3       blogger, even a disagreeable one at that,
4       from his place of residence.  I found that
5       objectionable and that's something that I
6       brought up in conversation.
7            Q.   And this conviction that you
8       formed, I believe you said you became
9       convinced; correct?
10           A.   The second I saw Bob's reaction
11      to my question, yes.
12           Q.   Did you become convinced based on
13      anything else that Bob said or did?
14           A.   You would have to, over a pattern
15      of behavior over my tenure at the BPCA, it's
16      certainly something that I would place in
17      his capacity.
18           Q.   You placed in his capacity but I
19      asked you a different question.  Did
20      anything else that Mr. Serpico did after
21      that encounter in the hallway -- let's just
22      break this down.  Did he say anything
23      further to you that further supported the
24      conclusion that you drew from his gesture?
25           A.   No.

Page 54

CERTIFICATION

1

2

3

4      I, Pessi Goldstein, a Notary Public for and within the

5  State of New York, do hereby certify:

6      That the witness whose testimony as herein set forth, was

7  duly sworn by me; and that the within transcript is a true record

8  of the testimony given by said witness.

9      I further certify that I am not related to any of the

10  parties to this action by blood or marriage, and that I am in no

11  way interested in the outcome of this matter.

12      IN WITNESS WHEREOF, I have hereunto set my hand this 24th day

13  of March 2017.

14

15

        _____

16                PESSI GOLDSTEIN

17

18

19

20

21

22

23

24

25