Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:15-cv-06119
------------------------------------------x
STEVEN E. GREER, MD,

                Plaintiff,

   - against -

DENNIS MEHIEL, ROBERT SERPICO, THE BATTERY
PARK CITY AUTHORITY, HOWARD MILSTEIN,
STEVEN ROSSI, JANET MARTIN, MILFORD
MANAGEMENT, AND MARINERS COVE SITE B
ASSOCIATES,

                Defendants.

------------------------------------------x

             April 25, 2017
             2:02 p.m.

            CONFIDENTIAL

   DEPOSITION of STEPHEN ROSSI, one of the Defendants herein, held at the offices of Rosenberg & Estis, P.C., located at 733 Third Avenue, New York, New York 10017, before Anthony Giarro, a Registered Professional Reporter and a Notary Public of the State of New York.

```
 1        STEPHEN ROSSI -- CONFIDENTIAL
 2   A P P E A R A N C E S :
 3
 4   STEVEN E. GREER, MD
       Pro Se Plaintiff
 5     4674 Tatersall Court
       Columbus, Ohio 43230
 6     (via telephone)
 7
 8   ROSENBERG & ESTIS, P.C.
       Attorneys for Defendants
 9     Mariners Cove Site B Associates, Milford
       Management, Howard Milstein, Janet Martin
10     and Steven Rossi
       733 Third Avenue
11     New York, New York 10017
12   BY:  DEBORAH E. RIEGEL, ESQ.
13
14
15   SHER TREMONTE, L.L.P.
       Attorneys for Defendants
16     Battery Park City Authority and Robert
       Serpico
17     90 Broad Street
       New York, New York 10004
18
     BY:  JUSTIN J. GUNNELL, ESQ.
19        MICHAEL TREMONTE, ESQ.
            (via telephone)
20
21
22
23
24   ALSO PRESENT:
25        ABBY GOLDENBERG, ESQ.
```

Page 11

1   STEPHEN ROSSI -- CONFIDENTIAL
2   understand what you're asking.
3           DR. GREER:  Sure.
4       Q       What I'm trying to get at:
5   Was I a renter at 35F at 200 Rector Place
6   and for how long?
7       A       Yes.  I believe the lease
8   may go back to 2002, 2003, the initial
9   lease.
10      Q       Are you aware that someone
11  at Milford Management or Mariners Cove
12  decided to not renew my lease in early
13  2014?  Are you aware of that?
14      A       Yes.
15      Q       Who at Milford Management or
16  Mariners Cove personally made that
17  decision?
18      A       I did.
19      Q       Did anyone instruct you to
20  make that decision or did you come up
21  with it on your own?
22      A       No one instructed me to make
23  that decision.
24      Q       In January of 2014, do you
25  recall me being in your office at 99

                                                    Page 13

1        STEPHEN ROSSI -- CONFIDENTIAL
2        Q       Who is Robert Serpico?
3        A       I believe his last position
4   was CFO, chief financial officer, of
5   Battery Park City Authority.
6        Q       Had you ever met Mr. Serpico
7   in person?
8        A       Yes.
9        Q       For how many years or
10  decades have you known Mr. Serpico?
11       A       I've known Bob probably
12  since 1986, '87.
13       Q       Do you meet regularly, once
14  a month, for example, to discuss any
15  business matters?
16       A       No.
17       Q       Since January of 2013, so
18  the last few years, have you ever met
19  Robert Serpico at a coffee shop or a
20  restaurant in the neighborhood?
21       A       Yes.
22       Q       What was the purpose of that
23  meeting?  Was it to discuss anything
24  about Steven Greer?
25       A       No.

Page 14

1     STEPHEN ROSSI -- CONFIDENTIAL
2        Q      Was it official business
3    dealing with taxes or pilot fees?
4        A      I would say it was a
5    combination of the relationship I had
6    with Bob on a personal basis and also
7    trying to navigate some business issues.
8        Q      Why would you prefer to meet
9    at a coffee shop instead of the BPCA
10   offices or your office?
11       A      No reason.  It was
12   convenient.
13       Q      Did Robert Serpico ever
14   e-mail you or call you sometime in the
15   year 2013, asking you to investigate the
16   status of Steven Greer's rental apartment
17   lease, whether I was late in rent or any
18   other matters regarding me?
19       A      I don't believe so.
20       Q      Can you be more certain?
21   Yes or no?
22              MS. RIEGEL:  Objection.  He
23       answered your question, Dr. Greer.
24              DR. GREER:  I need a yes or
25       no.

```
                                                    Page 19
 1         STEPHEN ROSSI -- CONFIDENTIAL
 2      A        I believe it's 2015.  Or it
 3   might have been '14 --
 4      Q        Before her retirement,
 5   describe her job role.  And did she
 6   report to you?
 7             MS. RIEGEL:  Dr. Greer, you
 8         cut Mr. Rossi off.  And he was
 9         finishing his answer.
10             THE WITNESS:  Yeah.
11      A        Just to be clear, she either
12   retired May of 2014 or May of 2015.
13      Q        Did she report to you and
14   what was her job role?
15      A        She reported to me.  And she
16   managed some of the properties in Battery
17   Park City.
18      Q        Did Lorraine Doyle play any
19   role in the decision that you made to not
20   renew my apartment lease?
21      A        Yes.
22      Q        That was a "yes"?
23      A        That was a "yes."
24      Q        Explain how.  What role did
25   she play?
```

1        STEPHEN ROSSI -- CONFIDENTIAL
2        A        It was based on a review of
3   all the facts, surrounding your occupancy
4   of Apartment 35F.
5        Q        I need you to be specific.
6                 What facts are you referring
7   to?
8        A        It would have been the
9   rental history.  We discussed the
10  employees that were coming forward with
11  issues regarding yourself and the
12  resident complaints from not only the
13  residents, some of the residents in
14  Liberty Court but also some of the
15  adjacent apartments.
16       Q        What do you mean by adjacent
17  apartments?  A totally different building
18  or what?
19       A        No.  The adjacent apartments
20  to 35F would have included 35G, 35E are
21  two that come to mind.
22       Q        Did Robert Serpico and
23  Lorraine Doyle ever meet in person, to
24  your knowledge?
25                MS. RIEGEL:  Objection.  You

Page 68

1     STEPHEN ROSSI -- CONFIDENTIAL
2            C E R T I F I C A T I O N
3
4
5        I, ANTHONY GIARRO, a Shorthand
6     Reporter and a Notary Public, do hereby
7     certify that the foregoing witness, STEPHEN
8     ROSSI, was duly sworn on the date
9     indicated, and that the foregoing, to the
10    best of my ability, is a true and accurate
11    transcription of my stenographic notes.
12         I further certify that I am not
13    employed by nor related to any party to
14    this action.
15
16
17                              _____
18                              ANTHONY GIARRO