**From:** Steve Rossi
**Sent:** Wednesday, May 28, 2014 11:46 AM
**To:** Serpico, Robert
**Subject:** Re: Do not destroy documents

No we have court date third week in June. We are in Landlord Tenant court. Its a long process in nyc.
Steve r

---

**From**: Serpico, Robert [mailto:Robert.Serpico@bpca.ny.gov]
**Sent**: Wednesday, May 28, 2014 11:43 AM Eastern Standard Time
**To**: Steve Rossi
**Subject**: FW: Do not destroy documents

Is he now evicted ?  Where is he living ?

**Robert M. Serpico**
**CFO**
**Battery Park City Authority**
**200 Liberty Street**
**One World Financial Center**
**New York, NY 10281-1097**
**212 417-4253**
**robert.serpico@bpca.ny.gov**
**New York's Battery Park City**



Please consider the environment before printing this email

---

**From:** BatteryPark.TV [mailto:steve@batterypark.tv]
**Sent:** Wednesday, May 28, 2014 11:35 AM
**To:** Steve Rossi; drankin@milfordmgmt.com; Loraine Doyle; Clive Spagnoli; Dennis Mehiel; Serpico, Robert; Hyman, Shari; Forst, Robin; goldsteinp@assembly.state.ny.us; silver@assembly.state.ny.us; ackermanc@assembly.state.ny.us
**Cc:** jbodoff@dsalaw.net
**Subject:** Do not destroy documents

As you are aware, the Second District Attorney, Preet Bharara, has informed state officials to not destroy any documents obtained in the Moreland Commission. I will be subpoenaing emails and phone records from your offices relating to my retaliatory eviction. If you delete any emails, digital video, etc you will be violating the law.

cc: DOJ

**Steven Greer, MD**
**BatteryPark.TV**
(212) 945-7252
steve@batterypark.tv

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

CONFIDENTIAL                                       BPCA000245