1
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - -x
   STEVEN E. GREER, MD
4  an individual,
5                              Plaintiff,
6            -against-
7  Dennis Mehiel, an individual, Robert
   Serpico, an individual, The Battery Park
8  City Authority, a New York State authority,
   Howard Milstein, an individual, Steven
9  Rossi, an individual, Janet Martin, an
   individual, Milford Management, a New York
10 Corporation, and Mariners Cove Site B
   Associates, a New York corporation.
11
                               Defendants.
12
    - - - - - - - - - - - - - - - -x
13
14
                CONFIDENTIAL
15
16
17 DEPOSITION OF ROBERT MICHAEL SERPICO
   New York, New York
18 March 21, 2017
19
20
21
22
23
   Reported by:
24 Pessi Goldstein
   JOB NO. 121382
25

1         ROBERT M. SERPICO - CONFIDENTIAL
2    an individual resident, how often would you
3    at the BPCA level be involved with that
4    nature of leasing?
5              MR. TREMONTE:  Objection to form.
6         A.   I have no recollection of ever
7    being involved with that nature of leasing.
8         Q.   Okay.  Have you ever asked by
9    e-mail or any other way of Steve Rossi, who
10   works at Milford Management and for Howard
11   Milstein, have you ever asked Steve Rossi to
12   investigate the address of 200 Rector Place,
13   35F?
14             MR. TREMONTE:  Objection to form.
15        A.   May I, I don't know what you mean
16   "investigate."
17        Q.   Did you tell Steve Rossi to look
18   into the rental status in whether the
19   payments were up-to-date or in arrears?
20             MR. TREMONTE:  Objection to form.
21        You are permitted, by the way, to look
22        in any direction you would like.
23        A.   Yes, I'm just trying to
24   recollect.  The answer is I don't believe
25   so.  Normally as CFO, I would be of concern

1        ROBERT M. SERPICO - CONFIDENTIAL
2   to condos that are not remitting monies to
3   the Authority, but I don't believe I've ever
4   been in any meetings or --
5        Q.   So you never e-mailed --
6             MR. TREMONTE:  Hold on Mr. Greer,
7        you've got to let him finish his
8        answer.
9        A.   My recollection is, you know,
10  there are thousands of e-mails.  I don't
11  recall any.  I've known Mr. Rossi a long
12  time so I don't recall an e-mail.
13       Q.   So at no point do you recall in
14  the year 2013, or January or February of
15  2014, asking Steve Rossi to investigate
16  everything about 200 Rector Place, 35F,
17  including whether the tenant was ever late
18  for payment or any other issues?
19            MR. TREMONTE:  Objection to form.
20       A.   No, I don't recall anything like
21  that, no.
22       Q.   You don't recall or you did not
23  do it?
24       A.   I don't recall.
25            MR. TREMONTE:  Objection to form.

1       ROBERT M. SERPICO - CONFIDENTIAL
2           Q.   Okay.
3                MR. TREMONTE:  Just hold on a
4       second before you answer so I can lodge
5       an objection, if I have one.
6                THE WITNESS:  Got you.
7                MR. TREMONTE:  Thanks.
8           Q.   Are you aware that I rented an
9   apartment at 200 Rector Place, 35F?
10          A.   That is a Liberty building,
11  right.
12          Q.   Yes?
13          A.   Yes, I believe so.  I didn't know
14  the apartment number but if you say it is,
15  it is.
16          Q.   You're telling me that you don't
17  know what my apartment number -- okay.  When
18  did you first learn that any of the
19  defendants by the name of Milford
20  Management, Steve Rossi or Mariners Cove
21  Site B or Howard Milstein would not be
22  renewing my lease for my apartment where I
23  had lived for 14 years?
24               MR. TREMONTE:  Objection.
25          A.   I really don't know when I

1      ROBERT M. SERPICO - CONFIDENTIAL
2  learned that, I couldn't pinpoint a month or
3  week or day.  I don't recall when I first
4  heard that, I just don't recall.
5      Q.  Do you have, because you're
6  saying that you don't recall some things
7  that I find to be vital to what your job
8  role would have been --
9          MR. TREMONTE:  Objection,
10     harassing, move to strike.
11     Q.   -- I need to ask you have you
12  been diagnosed with any dementia or memory
13  problems?
14         MR. TREMONTE:  Objection.  I
15     instruct you not to answer that
16     harassing question.  If you keep that
17     up, Mr. Greer, we're going to stop here
18     and we're going to go get a protective
19     order.
20         DR. GREER:  Because he's saying
21     he does not remember and I'm asking if
22     he has any reasons to not remember.
23         MR. TREMONTE:  I'm instructing
24     him not to answer the question you
25     posed.

1            ROBERT M. SERPICO - CONFIDENTIAL
2                DR. GREER:  Okay, very good.
3                MR. TREMONTE:  If you want to ask
4       the question generally whether or not
5       he has reasons not to remember, you may
6       ask that question.
7       Q.   Do you have any reasons to not
8  remember the previous question such as when
9  you learned that my lease was not being
10 renewed?
11      A.   No, I'm trying to give you the
12 best honest answer I can give you.
13      Q.   So you do not have any reasons
14 that you can list that would explain why you
15 do not recall?
16               MR. TREMONTE:  Objection, asked
17      and answered.
18      Q.   Was chairman and CEO Dennis
19 Mehiel aware of your daily meeting schedule?
20               MR. TREMONTE:  Objection.
21      A.   I don't know, you'd have to ask
22 him.
23      Q.   If you were to make a typical
24 appointment with anybody outside of the BPCA
25 or inside of the BPCA, would that