# Exhibit 3

Greer deposition

Confidential and emailed to chambers for seal