# Exhibit 4

Mehiel deposition

Confidential and emailed to chambers for seal