# Exhibit 6

McCabe deposition

Confidential and emailed to chambers for seal