# Exhibit 7

Greer Initial Disclosures

Confidential and emailed to chambers for seal