# Exhibit 9

Greer business plan

Confidential and emailed to chambers for seal