# Exhibit 10

Greer mental anguish calculation

Confidential and emailed to chambers for seal