# Exhibit 11

McGowan email

Confidential and emailed to chambers for seal