# Exhibit 12

Greer moving cost receipts

Confidential and emailed to chambers for seal