**From:** karen mcd [mailto:karenannmcdermott@yahoo.com]
**Sent:** Saturday, November 10, 2012 11:40 PM
**To:** BatteryPark.TV
**Subject:** Re: Terms of use

Meet me down on the esplanade and find out "keyboard TOUGH GUY"....I'll wait while you finish BLOWING a PEP officer.


**From:** karen mcd [mailto:karenannmcdermott@yahoo.com]
**Sent:** Saturday, November 10, 2012 11:46 PM
**To:** BatteryPark.TV
**Subject:** Re: Terms of use

is this you - the lisping homo?

http://www.youtube.com/watch?v=X4HQtB_A_Tc


**From:** karen mcd [mailto:karenannmcdermott@yahoo.com]
**Sent:** Saturday, November 10, 2012 11:48 PM
**To:** BatteryPark.TV
**Subject:** Re: Terms of use

I know where you live ...which is even better....


**From:** karen mcd [mailto:karenannmcdermott@yahoo.com]
**Sent:** Sunday, November 11, 2012 12:02 AM
**To:** BatteryPark.TV
**Subject:** Re: Terms of use

MINE? Can't wait to talk to them - you saved me the trip.  And, yeah, saw your lame self-promotion videos on your LAME BLOG (cause that's all it is) -- you're even uglier that the other dork is. FREAKSHOW


**From:** karen mcd [mailto:karenannmcdermott@yahoo.com]
**Sent:** Sunday, November 11, 2012 12:03 AM
**To:** BatteryPark.TV
**Subject:** Re: Terms of use

Your FB page has "63 likes"  really?  baaaahahahahahahaha


**From:** MORAN, THOMAS [mailto:THOMASE.MORAN@nypd.org]
**Sent:** Monday, November 12, 2012 7:04 AM

**To:** SG
**Subject:** RE: I take aggravated harassment seriously

Hello Steven

Sorry to hear about this. I'm glad that you made a police report about this incident. I'm sure it wont be difficult for the Detectives to close out this case.

Take care
Tommy

**From:** Ethics [mailto:Ethics@xerox.com]
**Sent:** Tuesday, November 13, 2012 11:39 AM
**To:** info@batterypark.tv
**Subject:** FW: Karen McDermott police matter

This will confirm that we have received your report below and that we have assigned the matter you reported for investigation.

Regards,
Xerox Business Ethics and Compliance Office

**From:** Tuttle, Valerie [mailto:Valerie.Tuttle@xerox.com]
**Sent:** Thursday, November 15, 2012 11:40 AM
**To:** BatteryPark.TV; Reid DeFlorio, Sharon R
**Subject:** RE: Karen McDermott police matter

This matter is still under investigation.

**From:** Ethics [mailto:Ethics@xerox.com]
**Sent:** Tuesday, November 20, 2012 2:23 PM
**To:** info@batterypark.tv
**Subject:** Your Report to the Xerox Ethics Office

Dear Mr. Greer,

An investigation has been conducted based on your allegations of harassment on November 13, 2012.  We have concluded that the offensive e-mails were neither sent on behalf of Xerox Corporation, by a Xerox employee, or during the course or scope of Xerox employment. Additionally, there is no evidence that the offensive emails were transmitted via the Xerox email system, from a Xerox computer or using Xerox resources.  Given our findings, no further action is planned and this investigation is closed.  Thank you.

Xerox Ethics Office

**From:** BatteryPark.TV [mailto:info@batterypark.tv]
**Sent:** Tuesday, November 20, 2012 2:33 PM

**To:** 'Ethics'; 'Tuttle, Valerie'; 'Don.Liu@xerox.com'
**Cc:** 'ursula.burns@xerox.com'; 'ursula.m.burns@xerox.com'; 'jennifer.horsley@xerox.com';
'Joseph.Ketchum@xerox.com'; Jill Kozeny (Jill_Kozeny@grassley.senate.gov); Jill Gerber
(Jill_Gerber@grassley.senate.gov); 'dvega@who.eop.gov'; 'Jesse_Gannon@brown.senate.gov';
'glen_caplin@gillibrand.senate.gov'; 'cquesta@nypost.com'
**Subject:** Xerox tolerates anti-gay hate email

Don Liu
Counsel, Xerox

This is egregious. A Xerox employee send anti-gay hate emails (read bottom upward) and
nothing happens to the employee. I am not gay but this was still offensive (she Googled
my name and found the wrong person)