Subject: **Fwd: Complaint # 6543 By Linda Soriero**
From: Benevenuto
Date: Wednesday, March 06, 2013 1:04 PM
To: nicholas.reina@nypd.org
CC: Soril@aol.com

Hi Detective Reina,

I have called the precinct a few times but unfortunately keep missing you.. Anyway, our predator has not been calling me anymore since that Sunday, February 24, 2013 that you said you would go to the home and am since so very relieved. I assume you did go to his listed address for his cell phone as discussed. Thank-you a thousand times. I will call you another day to confirm if you did in fact go to the home and to find out what actually transpired.

Thank-you again,
~Linda

-----Original Message-----
From: Benevenuto <soril@aol.com>
To: nicholas.reina <nicholas.reina@nypd.org>
Cc: soril <soril@aol.com>
Sent: Mon, Jan 28, 2013 4:19 pm
Subject: Fwd: Complaint # 6543 By Linda Soriero

Hi Detective Reina,

First off Happy New Year!!! I work for the State and totally understand antiquated computer equipment. Thanks for getting back to me. Please find the attached the documents I originally sent you as per your request. I will be also emailing an updated prank call list made to me to date...He is also calling my bosses line. I Hope all the these horrific events we have been experiencing here in New York has winded down for you and also in addition hoping you are feeling better from your injury. To make myself feel better, I treated myself to the 12.12.12 concert.

Thanks again,
~Linda Soriero
Cell: 347-351-9551

-----Original Message-----
From: soril <soril@aol.com>
To: nicholas.reina <nicholas.reina@nypd.org>
Cc: soril <soril@aol.com>
Sent: Mon, Dec 17, 2012 11:58 am
Subject: Complaint # 6543 By Linda Soriero

Hi Detective Reina,

Here are the documents I told you about yesterday that I would email to you today. Also to add as previously mentioned, this person called me on my home telephone number 718-372-0858 October 31st, 2012 approx. 8:30AM.

Please call if you have any questions on my cell: 347-351-9551

Thanks kindly for all your help.

~Linda Soriero