# Exhibit 15

Soriero call transcript

Confidential and emailed to chambers for seal