# Exhibit 17

McCabe deposition

Confidential and emailed to chambers for seal