# Exhibit 18

Mehiel deposition

Confidential and emailed to chambers for seal