# Exhibit 19

Koenig deposition

Confidential and emailed to chambers for seal