# Exhibit 21

Rossi deposition

Confidential and emailed to chambers for seal