# Exhibit 22

Email string with landlord over inaccurate balances

Confidential and emailed to chambers for seal