## THREE DAYS' NOTICE

TO: DR. STEVEN GREER
200 RECTOR PLACE
APARTMENT 35F
NEW YORK, NEW YORK 10280

PLEASE TAKE NOTICE that the tenant Dr. Steven Greer ("Tenant") is indebted to the undersigned Landlord ("Landlord") of the Premises known as apartment 35F in the building located at 200 Rector Place, New York, New York 10280 in the amount of $10,887.00 which amount is comprised of rent (not including late fees totaling $650.00, legal fees and miscellaneous fees totaling $65.00), for the Premises for the following months:

| | |
|---|---|
| March 2014 rent | $3,395.00 |
| February 2014 rent | $3,395.00 |
| January 2014 rent | $3,395.00 |
| December 2013 rent balance | $ 702.00 |

PLEASE TAKE FURTHER NOTICE that any monies paid during the above four months were first credited towards the oldest outstanding month of rent.

PLEASE TAKE FURTHER NOTICE that the Tenant is required to pay said amount on or March 31, 2014, a date not less than three (3) days from the date of service of this Notice upon the Tenant or, in the alternative, to surrender the possession of the Premises to the Landlord or the Landlord will commence summary proceedings under the applicable statute to recover possession of the Premises.

Dated: New York, New York
March 12, 2014

MARINERS COVE SITE B ASSOCIATES
LANDLORD

By: _____
HOWARD MILSTEIN, PARTNER