**Steven Greer, M.D.**
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv

October 23, 2017

**Judge Alison J. Nathan**
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

Re: *Greer v. Mehiel, et al*, Civil Action No. 1:15-cv-06119 (AJN)(JLC)

Dear Judge Nathan:

I am the *pro se* Plaintiff in this instant matter of *Greer v. Mehiel*, *et al*. and am writing this letter to update the Court of several developments.

I have learned that a key official at the BPCA, head of human resources Brenda McIntyre, was fired last month. She oversaw the scheme to have handwritten logs made of my calls to the BPCA, but then postdated them, or had them written anonymously. Ms. McIntyre was also the person who executed the actual retaliation against many BPCA employees, such as Kirk Swanson, Linda Soriero, Nancy Harvey, and Allyson Ford, to name just a few. All of this relates to my motion for equitable relief to restructure the BPCA. Her firing is yet another admission of guilt by the BPCA.

In addition, I have learned that the federal lawsuit brought by Kirk Swanson against BPCA President Shari Hyman was settled shortly before Ms. Hyman left the BPCA to take a lesser job in private sector real estate. In my opinion, this cleaning up of loose ends is another admission of guilt.

Finally, as this Court is well aware, the decades of sexual crimes perpetrated by defendant Robert Serpico smack of similarity to the Harvey Weinstein cases, except that they were worse, in my opinion. The Serpico behavior was essentially sanctioned and allowed to happen by state officials.

Sincerely,

Steven E. Greer, MD

1