UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 6 2018

Steven E. Greer,

            Plaintiff,

–v–

Dennis Mehiel, et al.,

            Defendants.

15-cv-6119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has considered the arguments of pro se Plaintiff and those of Defendants Mariners Cove Site B Associates, Milford Management, Howard Milstein, Steven Rossi, and Janet Martin (the "Landlord Defendants") regarding the Landlord Defendants' anticipated motion for attorneys' fees. *See* Dkt. Nos. 441, 442, 453, 454. The Court concludes that the Landlord Defendants may move for attorneys' fees. Such a motion shall be due by May 31, 2018. Plaintiff's opposition shall be due by June 22, 2018. Any reply shall be due by July 13, 2018.

SO ORDERED

Dated: April 26, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge