# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN E. GREER**, MD<br><br>Plaintiff;<br><br>v.<br><br>**Dennis Mehiel**, **Robert Serpico**, **The Battery Park City Authority**, **Howard Milstein**, **Steven Rossi**, **Janet Martin**, **Milford Management**, **Mariners Cove Site B Associates**<br><br>Defendants. | **15-CV-6119 (AJN) (JLC)** |

## NOTICE OF MOTION

FOR RELIEF FROM SUMMARY JUDMENT ORDER
Per FRCP 60(b)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Steven Greer, and the exhibits annexed, and all prior papers and hearing, Plaintiff Steven Greer hereby moves this Court, before **The Honorable Alison J. Nathan**, per the **FRCP 60(b)(1, 3, 6)**, for an order for:

a) Relief from the earlier order & opinion (Dkt. 433) granting summary judgment to the defendants

b) Reinstate the jury trial proceedings and Plaintiff's requests for relief stated in the amended complaint

c) Reopen discovery into the commercial lease deal between the defendants for office space at 200 Rector Place

*Steven Greer*

Signed this 5th day of July, 2018

Signature of Plaintiff Steven Greer

Mailing Address:
Steven Greer
4674 Tatersall Court
Columbus, Ohio 43230
(212) 945-7252
steve@batterypark.tv