UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven E. Greer,

            Plaintiff,

–v–

Dennis Mehiel, et al.,

            Defendants.

FEB 0 4 2019

15-cv-6119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In a Memorandum Opinion & Order dated March 29, 2018, the Court granted Defendants' motions for summary judgment and denied Plaintiff's motion for summary judgment. Dkt. No. 433. Thereafter, Plaintiff and the Landlord Defendants reached a settlement agreement resolving the only remaining claim—the Landlord Defendants' counterclaim for attorneys' fees. *See* Dkt. No. 483. Accordingly, the Clerk of the Court is respectfully directed to enter judgment in favor of Defendants.

    SO ORDERED.

Dated: February 4, 2019
New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge

1