# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Steven E. Greer

(List the full name(s) of the plaintiff(s)/petitioner(s).)

15 cv 6119 (AJN)(JLC)

-against-

NOTICE OF APPEAL

Dennis Mehiel, Robert Serpico, The BPCA, Howard Milstein, Steven Rossi, Jane + Martin Milford Maugent, Marinett Cove Sito B Associated

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiff Steven Greer

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: 2-4-2019

(date that judgment or order was entered on docket)

that: denied Plaintiff's Motion for Summary Judgment and Rule 60 Motion and granted defendants' Motion Summary Judgment

(If the appeal is from an order, provide a brief description above of the decision in the order.)

2-4-2019
Dated

Steven Greer
Signature

Greer, Steven E.
Name (Last, First, MI)

200 West Main St.   New Albany   Ohio   43054
Address   City   State   Zip Code

(212) 945-7252   steve@batterypark.tv
Telephone Number   E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13